UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. and <br> COLUMBIA HOUSING SLP <br> CORPORATION, as limited partners in <br> 2013 Travis Oak Creek, L.P. <br><br> Plaintiffs, <br><br> v. <br><br> 2013 TRAVIS OAK CREEK GP, LLC, <br> 2013 TRAVIS OAK CREEK <br> DEVELOPER, INC., <br> CHULA INVESTMENTS, LTD. <br> and RENE O. CAMPOS <br><br> Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. 3:17-cv-01521 |

### PNC BANK, N.A.'S AND COLUMBIA HOUSING SLP CORPORATION'S CORPORATE DISCLOSURE STATEMENT AND <u>CERTIFICATE OF INTERESTED PERSONS</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.1(c), Plaintiffs PNC Bank, N.A. ("**PNC**") and Columbia Housing SLP Corporation ("**Columbia Housing**") provide the following information:

PNC states that its is wholly owned by PNC Financial Services Group, Inc., which is a publicly held and traded corporation.

Columbia Housing states that it is wholly owned by PNC Financial Services Group, Inc., which is a publicly held and traded corporation.

PNC and Columbia Housing state that the following is a list of persons and entities who are financially interested in the outcome of the above-captioned action: PNC Bank, N.A., PNC Financial Services Group, Inc., Columbia Housing, 2013 Travis Oak Creek, L.P., 2013 Travis

Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos.

Dated:  June 8, 2017.

By: /s/ *Robert M. Hoffman*
Robert M. Hoffman
Texas Bar No. 09788200
robhoffman@andrewskurth.com
James C. Bookhout
Texas Bar No. 24087187
jamesbookhout@andrewskurth.com
**ANDREWS KURTH KENYON LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone:   (214) 659-4400
Facsimile:   (214) 659-4401

**ATTORNEYS FOR PLAINTIFFS
PNC BANK, N.A. AND COLUMBIA HOUSING
SLP CORPORATION**