

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-01521-K

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2017 JUN 15 P 12: 03
DEPUTY CLERK

This summons for *(name of individual and title, if any)*  2013 Travis Oak Creek Developer Inc
was received by me on *(date)*  06/08/2017  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  I served the summons on 2013 Travis Oak Creek Developer Inc, by delivering to its registered agent, 2001 Agency Corporation, by delivering to its registered agent, Smith, Stern, Friedman & Nelms, P.C., by delivering to its President, Leonard A. Stern, at 14160 Dallas Parkway, Suite 800, Dallas, Texas 75254 on 06/08/2017 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  06/12/2017

_____
Server's signature

ADIL TADLI    Authorized Person – SCH1206
*Printed name and title*

5470 LBJ Freeway, Suite 100
Dallas, Texas 75240
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| PNC Bank NA et al<br>*Plaintiff*<br>v.<br>2013 Travis Oak Creek GP LLC et al<br>*Defendant* | )<br>)<br>)<br>) Civil Action No. 3:17-cv-01521-K<br>)<br>)<br>)<br>) |

## Summons in a Civil Action

**TO:** 2013 Travis Oak Creek Developer Inc

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Robert Hoffman
    1717 Main Street
    Suite 3700
    Dallas , TX 75201-4761

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 06/08/2017

*Signature of Clerk or Deputy Clerk*