# U.S. District Court
# Northern District of Texas (Dallas)
## CIVIL DOCKET FOR CASE #: 3:17−cv−01521−K

| | |
|---|---|
| PNC Bank NA et al v. 2013 Travis Oak Creek GP LLC et al | Date Filed: 06/08/2017 |
| Assigned to: Judge Ed Kinkeade | Jury Demand: None |
| Cause: 28:1332 Diversity−Breach of Contract | Nature of Suit: 190 Contract: Other Contract |
| | Jurisdiction: Diversity |

**Plaintiff**

**PNC Bank NA**  represented by  **Robert M Hoffman**
*as limited partner in 2013 Travis Oak Creek LP*

Andrews Kurth Kenyon LLP
1717 Main Street
Suite 3700
Dallas, TX 75201−4761
214−659−4653
Fax: 214−659−4401
Email: robhoffman@andrewskurth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**James C Bookhout**
Andrews Kurth Kenyon LLP
1717 Main Street
Suite 3700
Dallas, TX 75201
214−659−4447
Fax: 214−659−4401
Email: jamesbookhout@andrewskurth.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

**Columbia Housing SLP Corporation**  represented by  **Robert M Hoffman**
*as limited partner in 2013 Travis Oak Creek LP*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**James C Bookhout**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**2013 Travis Oak Creek GP LLC**

**Defendant**

**2013 Travis Oak Creek Developer Inc**

**Defendant**

**Chula Investments Ltd**

**Defendant**

**Rene O Campos**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2017 | Ï 1 | COMPLAINT against All Defendants filed by PNC Bank NA, Columbia Housing SLP Corporation. (Filing fee $400; Receipt number 0539–8460489) Plaintiff will submit summons(es) for issuance. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D, # 5 Cover Sheet) (Hoffman, Robert) (Entered: 06/08/2017) |
| 06/08/2017 | Ï 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Columbia Housing SLP Corporation, PNC Bank NA identifying Corporate Parent/Other Affiliate PNC Financial Services Group, Inc. for Columbia Housing SLP Corporation, PNC Bank NA. (Hoffman, Robert) (Entered: 06/08/2017) |
| 06/08/2017 | Ï 3 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Horan). Clerk to provide copy to plaintiff if not received electronically. (sss) (Entered: 06/08/2017) |
| 06/08/2017 | Ï 4 | Request for Clerk to issue Summons for 2013 Travis Oak Creek GP, LLC filed by Columbia Housing SLP Corporation, PNC Bank NA. (Hoffman, Robert) (Entered: 06/08/2017) |
| 06/08/2017 | Ï 5 | Request for Clerk to issue Summons for 2013 Travis Oak Creek Developer, Inc. filed by Columbia Housing SLP Corporation, PNC Bank NA. (Hoffman, Robert) (Entered: 06/08/2017) |
| 06/08/2017 | Ï 6 | Request for Clerk to issue Summons for Chula Investments, Ltd. filed by Columbia Housing SLP Corporation, PNC Bank NA. (Hoffman, Robert) (Entered: 06/08/2017) |
| 06/08/2017 | Ï 7 | Request for Clerk to issue Summons for Rene O. Campos filed by Columbia Housing SLP Corporation, PNC Bank NA. (Hoffman, Robert) (Entered: 06/08/2017) |
| 06/08/2017 | Ï 8 | Summons Issued as to 2013 Travis Oak Creek Developer Inc, 2013 Travis Oak Creek GP LLC, Rene O Campos, Chula Investments Ltd. (sss) (Entered: 06/08/2017) |
| 06/09/2017 | Ï 9 | AMENDED COMPLAINT against 2013 Travis Oak Creek Developer Inc, 2013 Travis Oak Creek GP LLC, Rene O Campos, Chula Investments Ltd filed by PNC Bank NA, Columbia Housing SLP Corporation. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information – Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B, # 3 Exhibit(s) C, # 4 Exhibit(s) D) (Bookhout, James) (Entered: 06/09/2017) |
| 06/12/2017 | 10 | MOTION for Temporary Restraining Order *and for Preliminary Injunction* filed by Columbia Housing SLP Corporation, PNC Bank NA with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order Proposed Temporary Restraining Order) (Bookhout, James) (Entered: 06/12/2017) |
| 06/12/2017 | 11 | Appendix in Support filed by Columbia Housing SLP Corporation, PNC Bank NA re 10 MOTION for Temporary Restraining Order *and for Preliminary Injunction* (Bookhout, James) (Entered: 06/12/2017) |
| 06/14/2017 | 12 | NOTICE of *Filing of Order Staying Related Case in the U.S. District Court for the Western District of Texas* filed by Columbia Housing SLP Corporation, PNC Bank NA (Attachments: # 1 Exhibit(s) A – Order Staying Related Case in the U.S. District Court for the Western District of Texas) (Bookhout, James) (Entered: 06/14/2017) |
| 06/15/2017 | 13 | SUMMONS Returned Executed as to 2013 Travis Oak Creek GP LLC; served on 6/8/2017. (rekc) (Entered: 06/15/2017) |
| 06/15/2017 | 14 | SUMMONS Returned Executed as to Chula Investments Ltd; served on 6/8/2017. (rekc) (Entered: 06/15/2017) |
| 06/15/2017 | 15 | SUMMONS Returned Executed as to 2013 Travis Oak Creek Developer Inc; served on 6/8/2017. (rekc) (Entered: 06/15/2017) |
| 06/15/2017 | 16 | Order Transferring to Another District: Case transferred to Austin Division Division of Western District of Texas. (Ordered by Judge Ed Kinkeade on 6/15/2017) (rekc) (Entered: 06/15/2017) |