UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC Bank N.A., Columbia Housing SLP Corporation § § § | CIVIL NO: AU:17-CV-00584-RP |
| vs. § § | |
| 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer Inc, Chula Investments Ltd, Rene O Campos | |

ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Friday, June 16, 2017 at 03:30 PM**. All parties and counsel must appear at this hearing.

    IT IS SO ORDERED this 16th day of June, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE