

| | | |
|---|---|---|
| **JEANNETTE J. CLACK**<br>**CLERK OF COURT** | **UNITED STATES DISTRICT COURT**<br>**WESTERN DISTRICT OF TEXAS**<br>501 West 5th Street, Ste. 1100<br>Austin, TX  78701 | **PHILIP J. DEVLIN**<br>**CHIEF DEPUTY** |

**June 16, 2017**

James C. Bookhout  
Andrews Kurth Kenyon LLP  
1717 Main Street, Suite 3700  
Dallas, TX 75201

David Philip Whittlesey  
Robert M. Hoffman  
Via CM/ECF

RE:  PNC Bank N.A. et al v. 2013 Travis Oak Creek GP, LLC et al  
       1:17-CV-584-RP, Formerly Case No.  3:17-CV-01521

Dear Counsel:

This is to advise you that the above captioned case has been transferred from the Northern District of Texas , and filed in this office on June 15, 2017.

The case has been given case number **1:17-CV-584-RP** and assigned to the Honorable Robert Pitman. It is requested that all future pleadings reflect the case number assigned in this court and that they be filed in the Office of the Clerk at the above address.

Please be sure to review the Local Rules for the Western District of Texas, standing orders for the Austin Division, and the Administrative Policies and Procedures for Electronic Filing.  The *E-Filing and E-Noticing Registration Form* and various other forms are available on our website *www.txwd.uscourts.gov*.

If you have any questions regarding the above information, please do not hesitate to call our office at (512) 916-5896.

Sincerely,

*Amanda Deichert*

Deputy Clerk