

|  | UNITED STATES DISTRICT COURT |  |
|---|---|---|
| **JEANNETTE J. CLACK** CLERK OF COURT | **WESTERN DISTRICT OF TEXAS** 501 West 5th Street, Suite 1100 Austin, Texas 78701 | **PHILIP J. DEVLIN** CHIEF DEPUTY |

**June 16, 2017**

James C. Bookhout
Andrews Kurth Kenyon LLP
1717 Main Street, Suite 3700
Dallas, TX 75201

RE:  PNC Bank N.A. et al v. 2013 Travis Oak Creek GP, LLC et al
     1:17-CV-584-RP, Formerly Case No.  3:17-CV-01521

Dear Mr. Bookhout,

The records of this office indicate that you are not admitted to practice in this court.

**Local District Court Rule AT-1(f)(1) states:** "An attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding...."

**If you intend to represent a party in this case, you must submit to this court a Motion to Appear pro hac vice within ten days of the date of this letter**.  You can locate a copy of the motion on our website at
http://www.txwd.uscourts.gov/USDC%20Rules/StandingOrders/Austin/AustinProHacVice.pdf
The motion must contain an original signature by the attorney seeking to be admitted pro hac vice. Pro hac vice motions signed by one attorney for another attorney *will not* be granted.  If you are an attorney who maintains your office outside of this district, the Judge may require you to designate local counsel as co-counsel (Local Rule AT-2).

Please be sure to review the Local Rules for the Western District of Texas before you submit your motion, especially Local Rules CV-5 (Pleadings & Filing Papers), CV-7 (Motions), CV-10 (Form of Pleadings), and AT-1(f)(1) and AT-(f)(2)  (Pro hac vice requirements), and standing orders for the Austin Division.  For your convenience, a complete copy of the Local Rules for the Western District of Texas and various forms can be downloaded from our website.

**Please be advised that the Clerk no longer automatically adds non-admitted attorneys to a case.  Thus, non-admitted attorneys will not receive orders or notices (which may include deadlines, hearing dates, etc.) filed in their case. The Clerk will only add said attorneys to the case upon the granting of a Motion to Appear pro hac vice.**

If you have any questions regarding the above information, please do not hesitate to call.

Sincerely,

*Amanda Deichert*

Deputy Clerk