## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. and | § | |
| COLUMBIA HOUSING SLP | § | |
| CORPORATION, as partners in | § | |
| 2013 Travis Oak Creek LP, and | § | |
| 2013 TRAVIS OAK CREEK, LP | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. 1:17-cv-00584-RP** |
| V. | § | |
| | § | |
| 2013 TRAVIS OAK CREEK GP, LLC, | § | |
| 2013 TRAVIS OAK CREEK | § | |
| DEVELOPER, INC., CHULA | § | |
| INVESTMENTS, LTD., and | § | |
| RENE O. CAMPOS | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR
## TEMPORARY RESTRAINING ORDER AND TO HEARING THEREOF

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

2013 Travis Oak Creek GP, LLC (the "Travis GP"), 2013 Travis Oak Creek Developer,

Inc. ("Developer"), Chula Investments, Ltd. ("Chula"), and Rene O. Campos ("Campos")

(collectively, "Defendants"), file this Objection to the Plaintiffs' Motion for Temporary

Restraining Order and to Hearing Thereof, and respectfully show as follows:

### RELEVANT FACTS AND PROCEDURAL BACKGROUND

1.      On June 15, 2017, Judge Kinkaid entered an order in this case stating, among

other things, the following:

> The Court questions whether there is complete diversity in this
> case, as the members and/or submembers of the limited
> partnerships and limited liability company parties are not listed.
> [citations omitted]

*Defendants' Objection to Plaintiffs' Motion for*
*Temporary Restraining Order and to Hearing Thereof*                                                     *Page 1*
2526712.1

2.      Defendants have filed a Motion to Dismiss pursuant to Rule 12(b)(1), F.R.Civ.P. [Doc. 22] because diversity jurisdiction does not exist.  That motion and its arguments are incorporated herein by reference.

3.      The Court entered an order [Doc. 19] in this case – following its transfer to the Western District last evening on the Motion of Judge Kinkade (who question whether there is diversity jurisdiction) – setting Plaintiffs' Motion for Temporary Restraining Order and for Preliminary Injunction for a hearing at 3:30 p.m. on June 16, 2017.  The Court is also hearing a motion for temporary restraining order and for emergency appointment of a receiver at the same time, in Civil Action No. 1:17-CV-00560-RP, that has been filed by the Plaintiffs in that action.

4.      Because subject matter jurisdiction does not exist in this case due to a lack of diversity of citizenship of the adverse parties, Defendants object to the Motion for Temporary Restraining Order and any hearing thereof, for want of jurisdiction, although they reserve the right to respond should the Court not sustain this objection.

## **PRAYER**

WHEREFORE, Defendants pray that the Court sustain these objections, dismissing the Motion for Temporary Restraining Order for want of subject matter jurisdiction, along with all such other and further relief to which Defendants are justly entitled.

Respectfully submitted,

*/s/ Kenneth B. Chaiken*
Kenneth B. Chaiken
State Bar No.  04057800
kchaiken@chaikenlaw.com

**CHAIKEN & CHAIKEN, P.C.**
Legacy Town Center III
5801 Tennyson Parkway
Plano, Texas 75024
(214) 265-0250 telephone
(214) 265-1537 facsimile

*Defendants' Objection to Plaintiffs' Motion for*
*Temporary Restraining Order and to Hearing Thereof*                                                                 *Page 2*
2526712.1

William S. Rhea
State Bar No. 16807100
brhea@dbcllp.com
**DuBOIS, BRYANT & CAMPBELL, LLP**
303 Colorado Street, Suite 2300
Austin, TX  78701
(512) 457-8000
(512) 457-8008 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**
**2013 TRAVIS OAK CREEK GP, LLC**
**AND 2013 TRAVIS OAK CREEK, LP**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this *Objection to Motion for Temporary Restraining Order and to Hearing Thereof* has been served upon all counsel of record by electronic service and/or electronic mail on this 16th day of June, 2017.

 /s/ *Kenneth B. Chaiken*
Kenneth B. Chaiken

*Defendants' Objection to Plaintiffs' Motion for*
*Temporary Restraining Order and to Hearing Thereof*                                    *Page 3*
2526712.1