IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A.; COLUMBIA HOUSING SLP CORPORATION; and 2013 TRAVIS OAK CREEK, LP;<br><br>Plaintiffs,<br><br>v.<br><br>2013 TRAVIS OAK CREEK GP, LLC; 2013 OAK CREEK DEVELOPER, INC.; CHULA INVESTMENTS, LTD; and RENE O. CAMPOS,<br><br>Defendants. | § § § § § § § § § § § § § § § | 1:17-cv-584-RP<br>(consolidated with 1:17-cv-560-RP) |

**ORDER RESETTING PRELIMINARY INJUNCTION HEARING**

On this day, the Court entered an order setting 2013 Travis Oak Creek GP's motion for entry of a preliminary injunction (contained within Case No. 1:17-cv-560, Dkt. 9) and PNC Bank and Columbia Housing's motion for entry of a preliminary injunction(contained within Case No. 1:17-cv-584, Dkt. 10) for an evidentiary hearing to be held at 9:00 a.m. on July 21, 2017 in Courtroom Four of the United States Courthouse at 501 West Fifth Street, Austin, Texas 78701. **The hearing on these motions is reset for 10 a.m. on the same day.**

**SIGNED** on June 19, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE