IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A.; COLUMBIA HOUSING SLP CORPORATION; and 2013 TRAVIS OAK CREEK, LP; <br><br> Plaintiffs, <br><br> v. <br><br> 2013 TRAVIS OAK CREEK GP, LLC; 2013 OAK CREEK DEVELOPER, INC.; CHULA INVESTMENTS, LTD; and RENE O. CAMPOS, <br><br> Defendants. | § § § § § § § § § § § § § § § | 1:17-cv-584-RP <br> (consolidated with 1:17-cv-560-RP) |

## ORDER

Before the Court in the above-entitled matter is Plaintiffs' Emergency Motion for Expedited Discovery, filed June 21, 2017, (Dkt. 27). Plaintiffs move the Court to order certain limited and expedited discovery prior to the upcoming hearing on the pending motions for preliminary injunctions, which is set for July 21, 2017 at 10:00 a.m. before the undersigned. The Court strongly encourages the parties to confer in good faith and to make every possible effort to agree on a schedule governing discovery prior to the hearing. To the extent that the parties are unable to reach an agreement, Plaintiffs' motion is hereby **REFERRED** to United States Magistrate Judge Mark Lane for disposition pursuant to 28 U.S.C. § 636(b)(1).

**SIGNED** on June 21, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1