UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. and <br> COLUMBIA HOUSING SLP <br> CORPORATION, as partners in <br> 2013 Travis Oak Creek, LP, and <br> 2013 TRAVIS OAK CREEK, LP <br><br> Plaintiffs, <br><br> v. <br><br> 2013 TRAVIS OAK CREEK GP, LLC, <br> 2013 TRAVIS OAK CREEK <br> DEVELOPER, INC., <br> CHULA INVESTMENTS, LTD., <br> and RENE O. CAMPOS <br><br> Defendants. | § § § § § § § § § § § § § § § § § | Civil Action No. 1:17-cv-00584-RP |

PLAINTIFFS' NOTICE OF CONFERENCE AND STATUS REPORT
REGARDING EMERGENCY MOTION FOR EXPEDITED DISCOVERY

Plaintiffs PNC Bank, N.A. ("**PNC**"), Columbia Housing SLP Corporation ("**Columbia**"), and 2013 Travis Oak Creek, LP (the "**Partnership**") (collectively, "**Plaintiffs**") file this Notice of Conference with Defendants 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos ("**Defendants**") and Status Report regarding Plaintiffs' Emergency Motion for Expedited Discovery (the "**Motion**").

On June 21, 2017, the Court entered an Order requiring the parties to confer on the Motion and referring the Motion to the Honorable Mark Lane, United States Magistrate Judge in the event that the parties were unable to reach an agreement. The Motion seeks leave for the parties to engage in limited, expedited discovery, including serving ten (10) requests for production, ten (10) interrogatories, and ten (10) requests for admission and taking one (1) deposition per side.

As required by that Order, counsel for Plaintiffs has conferred in good faith with counsel for Defendants. While Defendants appear to be unopposed to expedited discovery, they have asked to serve one hundred (100) requests for production and one hundred (100) requests for admission, and to take up to six (6) depositions, per side. This approach could conceivably entail twelve (12) depositions across the country, and only after the parties have searched for the untold thousands of documents responsive to one hundred document requests. Plaintiffs respectfully submit that this would be excessive for expedited discovery in preparation for a preliminary injunction hearing and highly impractical in the time remaining before that hearing takes place on July 21, 2017. They are therefore unable to agree to Defendants' proposal.

In an effort to reach a compromise, Plaintiffs modified their proposal to expand the scope of the deposition to be a corporate representative deposition (of all entities on each side) on up to ten (10) topics, which Plaintiffs believe would allow Defendants more than enough opportunity to take discovery regarding all six "Events of Default" alleged in the pleadings on file with the Court—which is where Defendants say their interests lie. However, Defendants' counsel responded that he was still not agreeable to this modified proposal.

Because the parties are unable to reach an agreement regarding the relief requested in the Motion, Plaintiffs respectfully request that the Court enter an order granting their pending Motion requesting limited, expedited discovery, as modified above.

| | |
|---|---|
| Dated: June 22, 2017. | By: /s/ *Robert M. Hoffman*<br>Robert M. Hoffman<br>Texas Bar No. 09788200<br>robhoffman@andrewskurth.com<br>James C. Bookhout (*seeking admission*)<br>Texas Bar No. 24087187<br>jamesbookhout@andrewskurth.com<br>**ANDREWS KURTH KENYON LLP**<br>1717 Main Street, Suite 3700<br>Dallas, Texas 75201<br>Telephone:   (214) 659-4400<br>Facsimile:    (214) 659-4401<br><br>David P. Whittlesey<br>Texas Bar No. 00791920<br>dwhittlesey@andrewskurth.com<br>**ANDREWS KURTH KENYON LLP**<br>111 Congress Avenue, Suite 1700<br>Austin, Texas 78701<br>Telephone:   (512) 320-9200<br>Facsimile:    (512) 320-9292<br><br>**ATTORNEYS FOR PLAINTIFFS**<br>**PNC BANK, N.A., COLUMBIA HOUSING SLP**<br>**CORPORATION, AND 2013 TRAVIS OAK**<br>**CREEK, LP** |

Case 1:17-cv-00584-RP   Document 29   Filed 06/22/17   Page 4 of 4

## **CERTIFICATE OF SERVICE**

      I certify that on June 22, 2017, a copy of the foregoing document was served on counsel for the Defendants in this case via email and on all counsel of record via the Court's CM/ECF facilities.

                                    */s/ Robert M. Hoffman*
                                    Robert M. Hoffman

**PLAINTIFFS' NOTICE OF CONFERENCE AND STATUS REPORT REGARDING
EMERGENCY MOTION FOR EXPEDITED DISCOVERY—Page 4**
DAL:959773.1