IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC BANK, N.A.; COLUMBIA HOUSING SLP CORPORATION; and 2013 TRAVIS OAK CREEK, LP, <br>     Plaintiffs, <br><br> V. <br><br> 2013 TRAVIS OAK CREEK GP, LLC; 2013 OAK CREEK DEVELOPER, INC.; CHULA INVESTMENTS, LTD; and RENE O. CAMPOS, <br>     Defendants. | § § § § § § § § § § § § § §   A-17-CV-584-RP-ML |

## ORDER

Before the court is Plaintiffs' Emergency Motion for Expedited Discovery [Dkt. #27] filed June 21, 2017. The motion was referred to the undersigned for disposition by United States District Judge Robert Pitman pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Rules of the United States District Court for the Western District of Texas.

Having reviewed the matters, the undersigned finds an oral hearing on the matter would be beneficial. Accordingly, the Magistrate Court hereby sets and directs the parties, or counsel acting on their behalf, to appear in person on **Tuesday, June 27, 2017, at 3:00 p.m.** in Courtroom Eight, United States Courthouse, 501 West Fifth Street, Austin, Texas 78701.

Finally, due to the expedited scheduled required by this matter, the undersigned **DIRECTS** Defendants to file a written response to Plaintiffs' motion **on or before Monday, June 26, 2017 at 5:00 p.m**.

SIGNED June 23, 2017.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE