# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| 2013 TRAVIS OAK CREEK GP, LLC | § | |
| and 2013 TRAVIS OAK CREEK, LP, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:17-cv-560-RP |
| | § | |
| PNC BANK, N.A. and COLUMBIA | § | |
| HOUSING SLP CORPORATION | § | |
| | § | |
| Defendants. | § | |

------------------------------------------------------  Consolidated with and now
                                                        assigned civil action no:

| | | |
|---|---|---|
| PNC BANK, N.A. and | - § | |
| COLUMBIA HOUSING SLP | § | |
| CORPORATION, as partners in | § | |
| 2013 Travis Oak Creek, LP, and | § | |
| 2013 TRAVIS OAK CREEK, LP | § | |
| | § | |
| Plaintiffs, | § | ~~Civil Action No.~~ 1:17-cv-00584-RP |
| | § | |
| v. | § | |
| | § | |
| 2013 TRAVIS OAK CREEK GP, LLC, | § | |
| 2013 TRAVIS OAK CREEK | § | |
| DEVELOPER, INC., | § | |
| CHULA INVESTMENTS, LTD., | § | |
| and RENE O. CAMPOS | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER ON EMERGENCY MOTION FOR EXPEDITED DISCOVERY

~~Plaintiffs~~ PNC Bank, N.A., Columbia Housing SLP Corporation, and 2013 Travis Oak Creek, LP (collectively, the "~~Plaintiffs~~Movants") filed an Emergency Motion for Expedited Discovery (the "**Motion**") specifically so that the parties can prepare for the July 21, 2017 preliminary injunction hearing and continued hearing on . ~~Plaintiffs and Defendants~~ 2013 Travis Oak Creek GP, LLC and 2013 Travis Oak Creek LP's application for the appointment of a

receiver (collectively "the July Hearing").  As evidenced by the signatures of their counsel below, the parties ~~2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos (collectively "Defendants")~~ have reached an agreement regarding the relief requested in the Motion. Accordingly, ~~Having considered the Motion and the response, if any, the Court~~ **~~GRANTS~~** ~~the following relief:~~

**IT IS ORDERED** that the parties are permitted to ~~take~~conduct expedited discovery in this case for the purpose of preparing for the ~~preliminary injunction h~~July Hearing, and such discovery ~~which is set for July 21, 2017. Expedited discovery~~ may commence immediately following ~~as of~~ the date of this Order, in accordance with its terms.

~~**IT IS ORDERED** that all discovery propounded under this Order must be directly relevant to the matters to be heard on July 21.~~

**IT IS ORDERED** that each side (i.e., not each party) is hereby permitted to serve twenty (20) requests for production, ten (10) interrogatories, and twenty (20) requests for admission on the other side in the case, along with notices of depositions listing corporate representative topics of examination. ~~, with each discrete subpart of any of these types of request to count as a separate request.~~ The parties shall serve any objections to any such ~~such~~requests or notices served upon their side, in writing, by no later than four (4) business days after the date of service of the request or notice. The parties shall serve substantive written responses to the requests and shall produce documents by seven (7) calendar days after the date of service of the requests subject to their objections. Service of objections and written responses must be made by and shall be effective if served by email on all counsel of record. Production of documents must also occur via email, or by uploading to a cloud-type, mutually accessible document management or storage facility.  ~~The~~On request by any of the Parties, the Court will consider all objections served by

any Party, via a telephonic hearing to occur not later than _____, if the parties are unable to agree to a resolution of the same prior to that time.

**IT IS ORDERED** that ~~Plaintiffs~~ Movants are permitted to take the corporate representative deposition of each of the ~~entity~~ opposing entity parties~~Defendants~~ (to occur concurrently at the same deposition), and that those entities' representatives at the deposition shall be at least Rene O. Campos and Mark Rogers. ~~Plaintiffs may~~Movants may simultaneously take the deposition of Mr. Campos and Mr. Rogers in their personal capacities. ~~If Mr. Campos and Mr. Rogers cannot testify as to all of the topics contained in Plaintiffs' corporate representative deposition notice, Defendants shall designate one or more additional corporate representatives to testify as to the appropriate topics. Defendants~~

**IT IS ORDERED** that Respondents are permitted to take the corporate representative deposition of each of ~~Plaintiffs~~ the opposing entity parties (to occur concurrently at the same deposition), and those entities' representative shall be at least David Hasselwander (on behalf of Columbia Housing SLP Corporation and PNC Bank, National Association), and Abi Tobun (on behalf of PNC Bank, National Association). Defendants may simultaneously take the depositions of M~~essrs.~~r. Hasselwander and Tobun in ~~his~~their personal capacit~~ies~~ ~~y~~. ~~If Mr. Hasselwander cannot testify as to all of the topics contained in Defendants' corporate representative deposition notice, Plaintiffs~~Plaintiff PNC Bank, N.A. ~~shall designate one or more additional corporate representatives to testify as to the appropriate topics.~~, who will likely be Abi Tobun. ~~Corporate representative depositions are limited to a total of ten (10) noticed deposition topics~~

**IT IS ORDERED** that the~~. The~~ depositions described above ~~authorized above shall occur by no later than July 18, 2017, unless otherwise agreed to by the parties~~shall take place in Dallas, Texas during the time period between July 12th and July 19th, 2017 ~~starting the day after any mediation and continue with all deliberate speed (excluding weekends)~~ subject to the

-4-

witness' schedules, and as may be otherwise agreed to by the parties. In the unlikely event the lawyers cannot agree on deposition scheduling, the parties can contact Magistrate Judge Mark Lane for immediate deposition scheduling resolution.

Other than ans authorized above, no further expedited discovery is permitted, except as may be further authorized by upon motion by a further Order from the Court, or agreed to by the parties.

**IT IS FURTHER ORDERED** that the parties are to participate in mediation to take place in Dallas, Texas before the July Hearingby no later than July 14, 2017. One or more representatives with full authority to reach a complete settlement (including a settlement of the parties' "breakage fee" dispute) must attend on behalf of each party.

**SO ORDERED.**

SIGNED on this ___ day of _____, 2017.

_____
United States Magistrate Judge

DAL:959973.12