UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP** | § § § § | |
| **Plaintiffs,** | § § | Action No. 1:17-cv-584-RP-ML |
| **v.** | § § | |
| **2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS** | § § § § § § | |
| **Defendants.** | § | |

------------------------------------------------------

| | |
|---|---|
| **2013 TRAVIS OAK CREEK GP, LLC and 2013 TRAVIS OAK CREEK, LP,** | § § § |
| **Plaintiffs,** | § § |
| **v.** | § § § |
| **PNC BANK, N.A. and COLUMBIA HOUSING SLP CORPORATION** | § § § § |
| **Defendants.** | § |

**ORDER ON EMERGENCY MOTION FOR EXPEDITED DISCOVERY**

PNC Bank, N.A., Columbia Housing SLP Corporation, and 2013 Travis Oak Creek, LP (collectively, the "**Movants**") filed an Emergency Motion for Expedited Discovery [Dkt. #27] (the "**Motion**") seeking limited, expedited discovery so that the parties can prepare for the matters to be heard during the hearing set for 10:00 a.m. on July 21, 2017, in this action (the "**July Hearing**"). Having considered the Motion, the Response of 2013 Travis Oak Creek, GP, LLC, 2013 Travis Oak Creek Development, Inc., Chula Investments, Ltd., Rene O. Campos and

2013 Travis Oak Creek, LP (collectively, "**Respondents**"), Movants' Reply, and the arguments of counsel, the Court **GRANTS** the following relief:

**IT IS ORDERED** that the parties are permitted to conduct limited, expedited discovery in this case for the purpose of preparing for the July Hearing, and such discovery may commence as of the date of this Order, in accordance with its terms.

**IT IS ORDERED that all discovery propounded under this Order must be directly relevant to the matters to be heard at the July Hearing**.

**IT IS ORDERED** that each side (i.e., not each party) is hereby permitted to serve twenty (20) requests for production, ten (10) interrogatories, and twenty (20) requests for admission on the other side (i.e., not each party) in the case, along with notices of depositions listing corporate representative topics of examination. Such discovery requests and such notices must be served by no later than 5:00 p.m. on **July 3, 2017**. The parties shall serve any objections to any such requests or notices served upon their side in writing by no later than four (4) business days[1] after the date of service of the request or notice. The parties shall serve substantive written responses to the requests and shall produce documents by 5:00 p.m. on July 10, 2017, subject to any objections the parties may raise. Service of objections and written responses must be made by and shall be effective if served by email on all counsel of record. Production of documents must also occur via email or by uploading to a cloud-based, mutually accessible document management or storage facility. The parties are directed to confer regarding any objections or discovery disputes; and, if the parties are unable to reach an agreement, the side seeking the additional discovery may file a motion setting forth in full the factual and legal grounds for that side's respective position. The opposing parties should file a response by no later than 24 hours after the filing of any motion. The Court may rule on any such matters on the papers submitted

---

[1] "Business day" means weekdays that are not federal holidays.

without any oral argument. The Court will consider any briefed motion regarding an objection or other discovery dispute that remains unresolved via a telephonic hearing to occur at 3:00 p.m. on July 11, 2017, if the parties are unable to agree to a resolution of the same prior to that time.

**IT IS ORDERED** that Movants are permitted to take the corporate representative deposition of each of the entity Respondents (all depositions of Respondents' corporate representative on a given topic are to occur concurrently at the same deposition), and that those entities' representatives at the deposition shall be at least Rene O. Campos and Mark Rogers, whom Movants may simultaneously depose in their personal capacities, and such other designated representatives as may be necessary to respond to the matters upon which examination is requested.

**IT IS ORDERED** that Respondents are permitted to take the corporate representative deposition of each of the Movant entities (all depositions of Movants' corporate representative on a given topic are to occur concurrently at the same deposition), and those entities' representatives shall be at least David Hasselwander (on behalf of Columbia Housing SLP Corporation and PNC Bank, N.A.), and Abi Tobun (on behalf of PNC Bank, N.A.), whom Respondents may simultaneously depose in their personal capacities, and such other designated representatives as may be necessary to respond to the matters upon which examination is requested.

**IT IS ORDERED** that the depositions authorized above shall take place in Dallas, Texas on business days between and including July 12 and July 19, 2017, subject to the witness's schedules and as may be otherwise agreed to by the parties. In the unlikely event that the lawyers cannot agree on deposition scheduling, the parties can contact Magistrate Judge Mark Lane for immediate deposition scheduling resolution.

Other than as authorized above, no further expedited discovery is permitted, except as may be further authorized by Order from the Court or agreed to by the parties.

**IT IS FURTHER ORDERED** that the parties are to participate in mediation to take place in Dallas, Texas by no later than July 11, 2017. One or more representatives with full authority to reach a complete settlement must attend on behalf of each party.

**SO ORDERED.**

SIGNED June 29, 2017.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE