# EXHIBIT A

## DECLARATION OF DAVID HASSELWANDER

1. My name is David Hasselwander. I am over the age of 21, and I am of sound mind, capable of making this declaration, and have personal knowledge of the facts stated. I have never been convicted of a felony or a crime of moral turpitude.

2. I am a Vice President of PNC Real Estate, a division of PNC Bank, N.A. ("**PNC**"). I have personally overseen and participated in PNC's and Columbia Housing SLP Corporation's ("**Columbia Housing**") involvement in 2013 Travis Oak Creek, LP (the "**Partnership**"). I am familiar with the development and management of the Lucero Apartments complex located in Austin, Travis County, Texas (the "**Project**") by 2013 Travis Oak Creek GP, LLC (the "**First GP**"). It is through this oversight and participation that I gained personal knowledge of all the facts set forth in this Declaration.

3. PNC Bank, N.A. is a federally chartered bank with its main office and principal place of business in Pittsburgh, Pennsylvania, as is reflected on its articles of association. Columbia Housing SLP Corporation is an Oregon Corporation with its principal place of business in Portland, Oregon. 2013 Travis Oak Creek, LP is a Texas limited partnership. Following the removal of 2013 Travis Oak Creek GP, LLC as general partner in the Partnership, Columbia Housing is the sole general partner in the Partnership and PNC Bank, N.A. is the sole limited partner.

4. 2013 Travis Oak Creek GP, LLC is a Texas limited liability company. To the best of my knowledge, all its members are citizens and residents of Texas. 2013 Travis Oak Creek Developer, Inc. is a Texas corporation with its principal place of business in Austin, Texas. Chula Investments, Ltd. is a Texas limited partnership. Its sole general partner is Chula Management, LLC, a Texas limited liability company. To the best of my knowledge, all the

limited partners in Chula Investments, Ltd. and all the members in its general partner are Texas citizens and/or residents. Renee O. Campos is a Texas citizen and resident who works and resides in Austin, Texas.

5. Prior to June 7, 2017, when Columbia Housing sent a notice of removal to the First GP, PNC and Columbia Housing owned more than 99% of the interests in the Partnership. After the removal, they own 100% of the interests in the Partnership. The First GP did not obtain the consent of either PNC or Columbia Housing to file any claims or causes of action in the name of the Partnership against PNC or Columbia Housing, including but not limited to a request to appoint a receiver over the Partnership and/or its assets or for injunctive relief against PNC and/or Columbia Housing.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in Jefferson County, State of Kentucky, on the 30th day of June, 2017.

*/s/ David Hasselwander*
David Hasselwander