IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP | § § § § | |
| Plaintiffs, | § | Action No. 1:17-cv-584-RP-ML |
| v. | § § § § | consolidated with Case No. 1:17-cv-560-RP |
| 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS | § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL

Before the Court is Plaintiffs' Motion to Compel ("Motion"). Having considered the parties' briefing and oral argument the Court finds that the Motion should be **GRANTED**. Accordingly, it is hereby **ORDERED** that:

Defendants' objections and privilege assertions to Plaintiffs' Expedited Requests for Production are **OVERRULED**;

Defendants' objections and privilege assertions to Plaintiffs' Expedited Interrogatories are **OVERRULED;**

Defendants are **ORDERED** to produce all documents responsive to all Plaintiffs' Expedited Requests for Production;

Defendants are **ORDERED** to provide full responses to Plaintiffs' Expedited Interrogatories; and

Defendants are **ORDERED** to provide a verification supporting their responses to Plaintiffs' Expedited Interrogatories.

**DATED** this ___ day of _____, 2017.

_____
United States District Court Judge