UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP<br><br>    Plaintiffs,<br><br>v.<br><br>2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS<br><br>    Defendants.<br>--------------------------------------------------------<br>2013 TRAVIS OAK CREEK GP, LLC and 2013 TRAVIS OAK CREEK, LP,<br><br>    Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A. and COLUMBIA HOUSING SLP CORPORATION<br><br>    Defendants. | §§§§§§§§§§§§§§§§<br><br>Civil Action No. 1:17-cv-584-RP-ML |

### ORDER ON MOTION TO COMPEL

    Before the Court is the Motion to Compel _____ filed by 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd. and Rene O. Campos.   Having considered the Motion, the Response thereto, and the arguments of counsel, the Court is of the opinion that the Motion should be GRANTED.

It is, therefore, ORDERED that the objections lodged by PNC Bank, N.A. and Columbia Housing SLP, Corporation to expedited Request for Production are OVERRULED.

IT IS FURTHER ORDERED that the objections lodged by PNC Bank, N.A. and Columbia Housing SLP, Corporation to expedited Interrogatories are OVERRULED.

IT IS FURTHER ORDERED that the objections lodged by PNC Bank, N.A. and Columbia Housing SLP, Corporation to expedited Request for Admission are OVERRULED.

IT IS FURTHER ORDERED that the objections lodged by PNC Bank, N.A. and Columbia Housing SLP, Corporation to Notice of Deposition of its corporate representative are OVERRULED.

IT IS FURTHER ORDERED that PNC Bank N.A. and Columbia Housing SLP Corporation are to produce complete responses to expedited Interrogatories.

IT IS FURTHER ORDERED that PNC Bank N.A. and Columbia Housing SLP Corporation are to produce complete responses to expedited Request for Production.

IT IS FURTHER ORDERED that PNC Bank N.A. and Columbia Housing SLP Corporation are to produce Abi Tobun for deposition on the _____ day of _____, 2017, at _____ __.m. to provide testimony regarding the topics contained in the Notice of Deposition.

IT IS FURTHER ORDERED that Robert M. Hoffman, lead counsel for PNC Bank N.A. and Columbia Housing SLP Corporation, shall pay $_____ which amount represents the reasonable and necessary attorneys' fees and expenses incurred by 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd. and Rene O. Campos to file and argue the Motion to Compel _____.

SIGNED this _____ day of _____, 2015.

_____
UNITED STATES MAGISTRATE   JUDGE