UNITED STATES DISTRICT COURT
Western District of Texas

**Alternative Dispute Resolution Summary**

1. Style of case:     PNC Bank, N.A., et al. v. 2013 Travis Oak Creek GP, LLC, et al.
2. Civil action number: 1:17-cv-584-RP-ML     (consolidated)
3. Nature of suit:     Partnership Dispute
4. Date of Mediation: July 11, 2017
5. When did the case settle?

    Before ADR _____     In ADR _____     Did Not Settle   **X**

6. What was your total fee?  $4,800     or     Pro Bono _____
7. How was this Mediation initiated?

    By court order    **X**     or     agreement of the parties ___

8. Please provide the names, addresses, and telephone numbers of counsel:

    Robert M. Hoffman                          Kenneth B. Chaiken
    James C. Bookhout                          CHAIKEN & CHAIKEN P.C.
    ANDREWS KURTH KENYON LLP                   5801 Tennyson Parkway, Suite 440
    1717 Main Street, Suite 3700               Plano, TX 75024
    Dallas, TX 75201                           Tel: 214-265-0250
    Telephone: 214-659-4400                    **Attorney for Defendants**
    **Attorneys for Plaintiffs**

9. Additional comments:   None.

_____     Date: 7/12/17
Paul J. Van Osselaer
VAN OSSELAER DISPUTE RESOLUTION PLLC
2305 Cheswick Court
Austin, TX 78746
(512) 593-5104
Paul@VanOsselaerADR.com
**Mediator**

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement*