IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A.; COLUMBIA HOUSING SLP CORPORATION; and 2013 TRAVIS OAK CREEK, LP;<br><br>Plaintiffs,<br><br>v.<br><br>2013 TRAVIS OAK CREEK GP, LLC; 2013 OAK CREEK DEVELOPER, INC.; CHULA INVESTMENTS, LTD; and RENE O. CAMPOS,<br><br>Defendants. | § § § § § § § § § § § § § § § | 1:17-cv-584-RP<br>(consolidated with 1:17-cv-560-RP) |

## NOTICE REGARDING PRELIMINARY INJUNCTION HEARING

The above-entitled matter is set for a preliminary injunction hearing on Friday, July 21, 2017 at 10:00 a.m. The Court issues this notice to inform the parties that it intends to provide each side 2.5 hours to present evidence, in addition to an opportunity to make brief opening and closing arguments as the Court deems appropriate. The Court will keep track of the time used by each side. Time spent on cross-examination will count toward the 2.5 hour limit. The Court expects the parties to avoid unnecessary and duplicative questioning, and to make a good faith effort to present the necessary evidence in an efficient and expeditious fashion.

**SIGNED** on July 20, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1