UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC BANK, N.A., COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP<br><br>　　Plaintiffs,<br><br>v.<br><br>2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS<br><br>　　Defendants.<br><br>2013 TRAVIS OAK CREEK GP, LLC and 2013 TRAVIS OAK CREEK, LP,<br><br>　　Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A. and COLUMBIA HOUSING SLP CORPORATION<br><br>　　Defendants. | **Civil Action No. 1:17-cv-00584-RP** |

**APPENDIX IN SUPPORT OF RESPONSE TO PNC BANK, NATIONAL ASSOCIATION'S AND COLUMBIA HOUSING SLP CORPORATION'S <u>MOTION FOR PRELIMINARY INJUNCTION</u>**

2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos LP (collectively "Respondents") respectfully submit this Appendix in Support of their Response to the Motion for Preliminary Injunction filed by PNC National Bank, National Association and Columbia Housing SLP Corporation.

| Exh # | Document | Depo Exh # | Bates ##s | Appendix Pages |
|---|---|---|---|---|
| 1. | Amended and Restated Agreement of Limited Partnership of 2013 Travis Oak Creek, LP | 3 | PLAINTIFFS 00008456-8614 | 0001-0160 |
| 2. | Forward Commitment | 30 | PLAINTIFFS 00020826-20984 | 0161-0320 |
| 3. | Email | 18 | PLAINTIFFS 00007840 | 0321-0322 |
| 4. | Email | 19 | PLAINTIFFS 00007838 | 0323-0325 |
| 5. | Letter – Request for extension of Final Delivery Date | 31 | PLAINTIFFS 00000501-505 | 0326-0331 |
| 6. | Letter – Extension of Final Delivery Date | 51 | PLAINTIFFS 00017000-17001 | 0332-0334 |
| 7. | Oak Creek Transaction Summary | 25 | PLAINTIFFS 00002762 | 0335-0336 |
| 8. | Letter – Notice of Default under Forward Commitment | 8 | PLAINTIFFS 00008625-27 | 0337-0340 |
| 9. | Letter – Amended and Restated Agreement of Limited Partnership | 10 | 2013TOGP 000013-16 | 0341-0345 |
| 10. | Delivery Assurance Certificate | n/a | PLAINTIFFS 00007819-7830 | 0346-0358 |

| 11. | Kathleen Wu email | n/a | PLAINTIFFS 00020467-68 | 0359-0361 |
|---|---|---|---|---|
| 12. | Email | | PLAINTIFFS 00007056-59 | 0362-0366 |
| 13. | Unconditional Waiver | | 2013TOGP 008664, 8665, 8669 | 0367-0370 |
| 14. | Wu letter 4/24/17 | | PLAINTIFFS 00008628-29 | 0371-0373 |
| 15. | Mark Rogers email | 33 | PLAINTIFFS 00004274 | 0374-0375 |
| 16. | Mark Rogers email | 32 | PLAINTIFFS 00006858 | 0376-0377 |
| 17. | Mark Rogers depo excerpts | n/a | n/a | 0378-0380 |
| 18. | 1/31/17 letter – Notice of Termination of Forward Commitment | n/a | PLAINTIFFS 00011021-23 | 0381-0384 |
| 19. | Certificates of Occupancy | n/a | 2013TOGP 008663, 004970-72 | 0385-0389 |
| 20. | Hasselwander email 5/9/17 | 4 | n/a | 0390-0394 |
| 21. | Hasselwander depo excerpts | n/a | n/a | 0395-0401 |
| 22. | 6/7/17 Wu letter | 11 | PLAINTIFFS 8030-8036 | 0402-0409 |
| 23. | Plaintiffs' Objections and Responses to Defendants' Interrogatories | n/a | n/a | 0410-0424 |
| 24. | Certificate of Substantial Completion | n/a | PLAINTIFFS 00007060-7176 | 0425-0542 |
| 25. | Email | 21 | PLAINTIFFS 00007815 | 0543-0548 |

Respectfully submitted,

*/s/ Kenneth B. Chaiken*
Kenneth B. Chaiken
State Bar No. 04057800
kchaiken@chaikenlaw.com

**CHAIKEN & CHAIKEN, P.C.**
Legacy Town Center III
5801 Tennyson Parkway
Plano, Texas 75024
(214) 265-0250 telephone
(214) 265-1537 facsimile

William S. Rhea
State Bar No. 16807100
brhea@dbcllp.com
**DuBOIS, BRYANT & CAMPBELL, LLP**
303 Colorado Street, Suite 2300
Austin, TX  78701
(512) 457-8000
(512) 457-8008 (Facsimile)

**ATTORNEYS FOR RESPONDENTS**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via the Court's electronic filing system on this 20th day of July, 2017.

*/s/ Kenneth B. Chaiken*
Kenneth B. Chaiken