# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A., COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP<br><br>Plaintiffs,<br><br>v.<br><br>2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS<br><br>Defendants.<br><br>2013 TRAVIS OAK CREEK GP, LLC and 2013 TRAVIS OAK CREEK, LP,<br><br>Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A. and COLUMBIA HOUSING SLP CORPORATION<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | **Civil Action No. 1:17-cv-00584-RP** |

### APPENDIX IN SUPPORT OF RESPONSE TO PNC BANK, NATIONAL ASSOCIATION'S AND COLUMBIA HOUSING SLP CORPORATION'S <u>MOTION FOR PRELIMINARY INJUNCTION</u>
### <u>Part 4</u>