AO 440 (Rev. 12/09) Summons in a Civil Action

RECEIVED
JUN 8 2017
@ 5:30pm

FILED
JUL 21 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　DEPUTY

## UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| PNC Bank NA et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:17-cv-01521-K |
| | ) | |
| 2013 Travis Oak Creek GP LLC et al | ) | A 17-cv-584 RP |
| *Defendant* | ) | |

### Summons in a Civil Action

**TO:** Rene O Campos

A lawsuit has been filed against you.

　　　Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

　　　Robert Hoffman
　　　1717 Main Street
　　　Suite 3700
　　　Dallas, TX 75201-4761

　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 06/08/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:17-cv-01521-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Rene O Campos__
was received by me on *(date)* __6/8/17__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or   *RETURN / AFFIDAVIT PROOF - ATTACHED*

☐ other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

## PROOF OF SERVICE

### UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| PNC BANK NA, et al<br>Plaintiff,<br>vs<br><br>2013 TRAVIS OAK CREEK GP, LLC<br>et al<br>  Defendant | **ORIGINAL** | Case No. 3:17-cv-01521-K |

Came to hand on June 08, 2017, at 05:30 PM.

Executed at 603 W 8th Street, Austin, TX 78701, within the County of Travis, at 10:00 AM on June 13, 2017, by delivering to the within named:

### RENE O CAMPOS,

in person, a true copy of this Summons in a Civil Action together with PNC Bank, N.A.'s and Columbia Housing SLP Corporation's Original Complaint; PNC Bank, N.A.'s and Columbia Housing SLP Corporation's Corporate Disclosure Statement and Certificate of Interested Persons with attached Exhibits, having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the abovereferenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the abovereferenced cause.

By: _____
Thomas R. Kroll SCH-3012
Exp: 8/31/2019

### VERIFICATION

STATE OF TEXAS         §
COUNTY OF TRAVIS    §

   BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Thomas R. Kroll, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
   Given under my hand and seal of office this June 14, 2017.

_____
NOTARY PUBLIC STATE OF TEXAS

HELEN LUPERCIO
Notary Public, State of Texas
Comm. Expires 11-04-2019
Notary ID 130429927

17-027013/159-0536

RECEIVED

JUL 2 1 2017

CLERK, U.S DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

A0:17-cv-584-RP

U.S. District Clerk's Office
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Dear Sir/Madam,

This Summons was presented to the Clerk's office in the Northern District of Texas and filed; however, the case has been transferred to the Western District as of 6/15/2017. We are now sending it to you for filing. If there are any questions, please let me know.

Regards,

Adam Bourgeois
Operations Support Specialist
U.S. Courts
Northern District of Texas
214.753.2257