# EXHIBIT B

| | |
|---|---|
| **From:** | Kenneth Chaiken <kchaiken@chaikenlaw.com> |
| **Sent:** | Tuesday, July 18, 2017 9:16 AM |
| **To:** | Hoffman, Rob |
| **Cc:** | Standly Kirk; Kenneth Chaiken |
| **Subject:** | 2013 Travis Oak Creek, LP |
| **Attachments:** | image001.png |

Rob:

Chase has advised that it is ordering an appraisal for Lucero Apts. Additionally, Chase has asked for the most current rent roll, Partnership financial statements, the HUD/HAP contracts, and the Partnership's 2016 audited financial statements.

Unless you immediately object to their doing so and articulate a sound reason for the objection, representatives of 2013 Travis Oak Creek GP, LLC intend to cooperate with Chase to get their appraisal done and they will provide the requested information.  This should cause Chase to continue to forbear on its exercise of remedies beyond the set off that has occurred.

Please give this your immediate attention.

Regards,

Ken