UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC Bank N.A., Columbia Housing SLP Corporation §<br>§<br>vs. §<br>§<br>2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer Inc, Chula Investments Ltd, Rene O Campos | CIVIL NO:<br>AU:17-CV-00584-RP |

# LIST OF WITNESSES FROM PRELIMINARY INJUNCTION HEARING

| BY | PLAINTIFF | BY | DEFENDANT |
|---|---|---|---|
| 1. | Abi Tobun | 1. | J. Kirk Standly |
| 2. | David Hasselwander | 2. | |
| 3. | Mark Rogers | 3. | |
| 4. | | 4. | |
| 5. | | 5. | |
| 6. | | 6. | |
| 7. | | 7. | |
| 8. | | 8. | |
| 9. | | 9. | |
| 10. | | 10. | |
| 11. | | 11. | |
| 12. | | 12. | |
| 13. | | 13. | |
| 14. | | 14. | |
| 15. | | 15. | |