UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC Bank N.A., Columbia Housing SLP Corporation | § § § § § § | NO:  AU:17-CV-00584-RP |
| vs. | | |
| 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer Inc, Chula Investments Ltd, Rene O Campos | | |

## EXHIBITS FROM PRELIMINARY INJUNCTION HEARING

| Exhibit | Description | Date Admitted |
|---|---|---|
| | SEE ATTACHED | |