United States District Court
Western District
Exhibits Log: 1:17cv584
PNC Bank et al v 2013 Travis Oak Creek Prelim Injun hearing, 7/21/2017

| Exhibit | Description | Rlsd | Seal | Identified | Admitted |
|---|---|---|---|---|---|
| Pla-3 | Partnership Agreement of 2013 Travis Oak Creek LP | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-4 | Mechanics Lien Affidavit and Claim | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-7 | 6 28 17 Chase Notice of Set Off | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-8 | 12 27 16 PNC Notice of Default under Forward Commitment | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-10 | 2 28 17 Notice of Default under Partnership Agreement | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-11 | 6 7 17 Notice of Removal of General Partner | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-12 | 6 16 17 Supplemental Notice of Removal of the First GP | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-30 | 5 21 14 Forward Commitment for Fixed Rate Mortgage Loan | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-31 | 11 14 16 PNC Ltr re Request for Extension of Final Delivery Date | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-32 | Email from Mark Rogers to Kirk Standly re Lucero - extensions | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-33 | Email from Mark Rogers to Susan Howard re Oak Creek Village | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-34 | 11 17 16 WJE Ltr re Revised Report for Enclosure Assessment of Oak Creek Village Apts | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-35 | 7 22 16 WJE Ltr re Report for Limited Enclosure Assessment Oak Creek Village Apts | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-37 | Arbor Email from William Connolly to Gianni Ottaviano re Lucero Apts | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-41 | Def Weis Builders First Amended 3rd Party Petition against 2013 Travis Oak Creek - Travis Co. | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-45 | 6 2 17 Chase Notice of Default | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-54 | 4 24 17 AK Ltr to 2013 Travis re Amended and Restated Agreement of Ltd Partnership | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-55 | Delivery Assurance Certificate | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Pla-61 | 6 28 17 K Chaiken Ltr re Advance Promissory Note | No | No | 7/27/2017 2:41 PM | 7/27/2017 2:41 PM |
| Def-11 | Campos Exhibit 11 | No | No | 7/27/2017 2:44 PM | 7/27/2017 2:44 PM |
| Def-18 | Tobun Exhibit 18 | No | No | 7/27/2017 2:44 PM | 7/27/2017 2:44 PM |
| Def-21 | Tobun Exhibit 21 | No | No | 7/27/2017 2:44 PM | 7/27/2017 2:44 PM |
| Def-51 | Standly Exhibit 51 | No | No | 7/27/2017 2:44 PM | 7/27/2017 2:44 PM |

| | | | | | |
|---|---|---|---|---|---|
| Def-56 | PLAINTIFFS_00011426- 11448 | No | No | 7/27/2017 2:44 PM | 7/27/2017 2:44 PM |
| Def-57 | PLAINTIFFS_00016581 | No | No | 7/27/2017 2:44 PM | 7/27/2017 2:44 PM |
| Def-58 | PLAINTIFFS_00011021- 11023 | No | No | 7/27/2017 2:44 PM | 7/27/2017 2:44 PM |
| Def-60 | Hasselwander Exhibit 04 | No | No | 7/27/2017 2:44 PM | 7/27/2017 2:44 PM |
| Def-62 | PLAINTIFFS_00007060-7176 | No | No | 7/27/2017 2:44 PM | 7/27/2017 2:44 PM |
| Def-63 | TOGP 8663, 4970-72 | No | No | 7/27/2017 2:44 PM | 7/27/2017 2:44 PM |
| Def-64 | 2013TOGP 8664, 8665, 8669 | No | No | 7/27/2017 2:44 PM | 7/27/2017 2:44 PM |

Case 1:17-cv-00584-RP   Document 72-1   Filed 07/25/17   Page 2 of 2