Defendant's Exhibits

61

# AIA Document G704™ – 2000

## Certificate of Substantial Completion

**PROJECT:**
*(Name and address)*
Oak Creek Village Apartments
2324 Wilson Street
Austin, Texas 78704

**PROJECT NUMBER:**
**CONTRACT FOR:** General Construction
**CONTRACT DATE:** May 21st, 2014

OWNER:
ARCHITECT:
CONTRACTOR:
FIELD:
OTHER:

**TO OWNER:**
*(Name and address)*
Mark Rogers
2013 Travis Oak Creek LP
3001 Knox St  Ste 400
Dallas, TX 72505

**TO CONTRACTOR:**
*(Name and address)*
Paul Coplen
Weis Builders Inc
1660 S Stemmons Fwy
Dallas, TX 75067

**PROJECT OR PORTION OF THE PROJECT DESIGNATED FOR PARTIAL OCCUPANCY OR USE SHALL INCLUDE:**

Building exteriors and interior public spaces, including: Parking Garage, Theater Classroom, Public Restrooms, Business Center, Trash Rooms, Community Room, Fitness Center, Leasing Office, and Property Manager's Office. Excludes all residential unit interiors & balconies, (reviewed and punched by Owner), and the Community Kitchen (unavailable for review at time of punch).

The Work described above, performed under this Contract has been reviewed and found, to the Architect's best knowledge, information and belief, to be substantially complete. Substantial Completion is the stage in the progress of the Work when the Work or designated portion is sufficiently complete in accordance with the Contract Documents so that the Owner can occupy or utilize the Work for its intended use. The date of Substantial Completion of the Project or portion designated above is the date of issuance established by this Certificate, which is also the date of commencement of applicable warranties required by the Contract Documents, except as stated below:

**Warranty**

**Date of Commencement**
March 1st, 2016

| Berey Chen Studio, LP | | 3 1 2016 |
|---|---|---|
| **ARCHITECT** | **BY** | **DATE OF ISSUANCE** |

A list of items to be completed or corrected is attached hereto. The failure to include any items on such list does not alter the responsibility of the Contractor to complete all Work in accordance with the Contract Documents. Unless otherwise agreed to in writing, the date of commencement of warranties for items on the attached list will be the date of issuance of the final Certificate of Payment or the date of final payment.

**Cost estimate of Work that is incomplete or defective:** $To Be Determined

The Contractor will complete or correct the Work on the list of items attached hereto within within Ninety Days (90) from the above date of Substantial Completion.

| | | |
|---|---|---|
| **CONTRACTOR** | **BY** | **DATE** |

The Owner accepts the Work or designated portion as substantially complete and will assume full possession at (time) on (date).

| | | |
|---|---|---|
| **OWNER** | **BY** | **DATE** |

The responsibilities of the Owner and Contractor for security, maintenance, heat, utilities, damage to the Work and insurance shall be as follows:
*(Note: Owner's and Contractor's legal and insurance counsel should determine and review insurance requirements and coverage.)*

AIA Document G704™ – 2000. Copyright © 1963, 1978, 1992 and 2000 by The American Institute of Architects. **All rights reserved. WARNING: This AIA Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law.** This draft was produced by AIA software at 11:22:06 on 02/29/2016 under Order No.6129929005_1 which expires on 09/28/2016, and is not for resale.
**User Notes:** (1312342905)

1

PLAINTIFFS_00007060

(October 8, 2015 Owner-provided List)

Exterior issues:

- Dripping leak from pipe in first floor garage (located right above the bench we have installed) Small puddle of water on floor.
- A majority of the drain grills in the garage have concrete all over them, blocking drainage.  All need to be replaced as the concrete won't come off.
- Hundreds of small holes (estimate diameter of a quarter) all throughout garage flooring
- Several broken concrete spots and concrete spillage all throughout garage (2nd level has biggest issue)
- Building D hose bib, next to the classroom, doesn't work
- When they were testing the splash pad water went into the first level garage and puddled very badly around the column area.  There is no drainage there, unless it's clogged, leaving large puddles of standing water
- Nails sticking out of concrete in garage (space 9 as an example)
- Handrail on stairwell, building 2 sixth floor no secured.  Screw missing and was rail was never mounted to the wall
- A majority of the gutter tops are filled with coke bottles, debris and trash from construction workers.  All gutter tops throughout entire property need to be cleaned out and screens need to be installed on top.  Otherwise these will always get clogged and become inoperable.
- 6th floor, building 2- unfinished 2x2 area that was never stuccoed.
- Building 2 stairwell, each transition is still only hardy board, no stucco
- Public bathrooms in building D- floor drains are crooked and flooring square cut too large.  Looks very bad.  Both public bathrooms have the same problem.
- Flashing underneath public water fountains missing
- Level 1 garage.  Drain valve near the splash pad room was turned on and rust water got all over the column and it's now stained.
- The clearance pole leading into the garage is on the ground and it's broken.  Level 1
- Level 1 garage near ventilation- electrical box by it not closed.  Having down and needs to be completely secured.  Should have 4 screws and it's only hanging by 1 screw.  Exposed wires in the box.
- Level 1 garage man hole bowed (series of 5 of them with 1 being bowed and holding water)
- Building 2 stairs- pressure washer patterns all over concrete stairs.  Due to incorrect power washing, blasted concrete.
- Every breezeway, every ceiling, every 3 feet there is major cracking.  When they installed the hardy board, it looks like they didn't tape it, which is causing the large cracking.  This is a big concern.
- All ceiling lights were installed before finishing the ceiling with stucco and paint.  Will cause water issues, moisture, direct access for bugs.  It is raw material underneath all lights.
- The bottoms of the corner areas and columns in the breezeways have stucco damage. Throughout both buildings, all levels

PLAINTIFFS_00007061

- All front doors in bad condition.  Some have big dents, scratches and all need touch up paint.  Each time we tried to bring this up during unit punch, we were told that is an exterior punch issue and it would not be addressed until that time.
- 5th floor building 2: Exit sign where it meets the ceiling is uneven.  This shows raw material and a hole in the ceiling.
- Building 2 roof- the HVAC metal ducting has been stepped on.  It is caved in.  Needs to be replaced.
- Building 4, North end near unit 4208 and across.  Unfinished bottom of building, no stucco.
- Unit 2309, concrete problem  at threshold
- The awnings on the 5th floors of each building, above the unit doors.  They have nails and trash on them and they have a thick yellow film that needs to be cleaned off.  Maintenance talked to power washing company and he said "the only thing that would get the yellow film off is lacquer thinner and Weis won't want to pay 10K to clean them all off".
- Building 2, 6th floor- Electrical outlet box cover is broken.  Tried to re-secure but the tabs are broken off.
- Maintenance tested the electrical outlets on both buildings and there was only 1 outlet out of all of them that was actually working.
- Unit 2409 doesn't have a threshold.

CONFIDENTIAL



Travis Lucy <travis@bcarc.com>

## Fwd: Additional Ext. Punch items

4 messages

---

**Lisa Catlett** <lcatlett@arnoldgrounds.com>      Fri, Oct 9, 2015 at 8:55 AM
To: Joe Tracy <jtracy@cpmtx.com>, Travis Lucy <travis@bcarc.com>, Mark Rogers <mrogers972@gmail.com>
Cc: Jimmy Arnold <jimmy@arnoldgrounds.com>, Rose Leal <Oakcreek@arnoldgrounds.com>

See below for addl exterior items for your punch.

———— Forwarded message ————
From: "Lucero Maintenance" <luceromaintenance@arnoldgrounds.com>
Date: Oct 9, 2015 8:44 AM
Subject: Additional Ext. Punch items
To: "Lisa Catlett" <lcatlett@arnoldgrounds.com>, "Amy M. Lucas" <oakcreek@arnoldgrounds.com>
Cc:

---

\*13 LED lights not working 5th flr of bldg 2

5th flr of bldg 4-
3 LED covers detached
Roof gate with no lock installed
Roof gate across 4500 will not unlock
Unfinished Sprinkler trash room exterior
Open hole 12"x12" inches in ceiling by elevator
Exposed hole behind florescent above 4500 bees are entering

4th flr bldg 4 unfinished sprinkler in trash room

All trash chutes unfinished still Hardee board

Florescents still paper wrapped in trash chute rooms

Glue residue on Unit # signs from when they taped off to stucco :example at 4502

---

Pics available

---

**Travis Lucy** <travis@bcarc.com>      Tue, Oct 13, 2015 at 7:13 AM
To: Lisa Catlett <lcatlett@arnoldgrounds.com>
Cc: Jimmy Arnold <jimmy@arnoldgrounds.com>, Joe Tracy <jtracy@cpmtx.com>, Rose Leal
<Oakcreek@arnoldgrounds.com>, Mark Rogers <mrogers972@gmail.com>

Lisa-
I have your original list, the photograph of the bad flashing condition, and this 'additional list', and will be walking
the property this morning starting at 10 with others from my office.

I will let you know if we have questions about anything your team has listed.

When we've recorded our items, we'll compile all of it and send it along for your review.

[Quoted text hidden]

---

CONFIDENTIAL                      PLAINTIFFS_00007063

Field Report                                                                                       BCS    07/14/2015

**Field Report: Oak Creek Village Apartments, Phase 1**

Bercy Chen Studio                                                                              Date:   7.14.15

Report #:   B-01                                        Verification Items:
Time:        7:30am
% Complete  75%
In Progress: B&D interior punch, A&C dry-in, A604 & A500 Framing, flatwork, stucco
Attendees:   Kyle Colston, David Liddick, Travis Lucy



| Location | Item | Description | Action |
|---|---|---|---|
| Garage Perimeter | 01 | Roof drainage from downspouts enters the garage via PVC piping penetrations through garage wall at numerous locations along the west & north walls.  BCS recommends that all of these be converted to sheet metal to match the downspouts above, so that no PVC is visible from the exterior. | BCS to review with owner & issue direction. |
| Building A, West | 02 | Building A has a top-floor cantilever at the NW corner.  Two downspouts need to be routed down to penetrations in the podium deck below.  BCS recommends that the downspout to run internally through the wall for the top floor only, and then punch through the soffit to run externally for the remainder of the run. | BCS to review with owner & issue direction. |

Labels on Building A image:
- Downspout connection & overflow
- Proposed internal downspout in ext wall & floor trusses
- Penetration through soffit
- External downspout section to connection point below
- Downspout connection @ Podium level

CONFIDENTIAL

Field Report                                                                    BCS      07/14/2015

| Location | BCS | Description | Action |
|---|---|---|---|
| Building A, North | 03 | The bottom edge of the stucco termination currently leaves a perforated trim piece visible and appears unfinished. | BCS to issue PCO for trim detail |
| Building C, Level 6 | 04 | Just east of the Leasing Office & Kitchen, two unit entrances are protected by canopies that are nearly aligned with one another, but stop short of connecting. BCS would like to have these connected. The two are nearly aligned - maybe only 1.5" off - and 2x blocking could be used to align & connect. | BCS to issue PCO. |
| General, Balconies | 05 | The stucco work surrounding the aluminum balcony floor edge is substandard. The stucco edges are uneven, rough, and not level/plumb. The gap between the floor edge & stucco often exceeds 1/2". Repair stucco edges & trim to create 1/4" max open joint. | |



(image callouts:)
Sharp corners
Level/plumb/ straight stucco edge
1/4" gap, max
Clean stucco edge

Field Report                                                                                           BCS      07/14/2015

| | | | |
|---|---|---|---|
| General, Balconies | 06 | Seal edges of soffit vent covers & outlets to soffit board, paint. | |



| | | |
|---|---|---|
| General, Ext Doors | 07 | Typical exterior door issues, observed at most locations:<br>   - Sheet metal flashing damaged & installed out of level<br>   - Flashing tape visible<br>   - Stucco & debris wedged in gap above head flashing<br>   - Inconsistent reveal joint size between stucco bead & head flashing strip |



CONFIDENTIAL

PLAINTIFFS_00007066

Field Report                                                    BCS    07/14/2015

| General, Ext Outlets | 08 | Some exterior outlets are not level or flush against the wall. | |
|---|---|---|---|



| General, EIFS | 09 | Typical EIFS issues: | |
|---|---|---|---|

- Material in ends of reveal joints
- Texture inconsistency & flaws - divots, drops, scratches, etc
- Bottom edge flashing clogged with EIFS debris
- Run-off staining
- Concrete work splatter
- Damaged edges
- Reveal joints not installed straight/level/plumb



 

CONFIDENTIAL                                    PLAINTIFFS_00007067

Field Report                                                BCS    07/14/2015

| Location | Item | Description | | | Action |
|----------|------|-------------|---|---|--------|
| General, EIFS | 09 | (Continued) | | | |





remove excess EIFS from alum trim

CONFIDENTIAL

Field Report                                          BCS    07/14/2015

| Location | Item | Description | Action |
|---|---|---|---|
| General, EIFS | 09 | (Continued) | |



Field Report                                                    BCS    07/14/2015

| | | | |
|---|---|---|---|

General,    09    (Continued)
EIFS





Garage    10    On G1, the fluorescent strip accent lights are positioned per plan,    BCS to issue PCO
Lighting           approximately 10' from the west wall that they're intended to wash.
                   However, due to the placement of a sprinkler pipe, there's a large shadow
                   line interrupting the 'wall wash' effect.  BCS recommends shifting either
                   the lighting (west 2') or the sprinkler line (east 2'), to move that shadow
                   line down to the floor.  Either option is acceptable - the least expensive &
                   schedule-impacting is our preference.



CONFIDENTIAL                              PLAINTIFFS_00007070

Field Report                                                                    BCS

# Field Report: Oak Creek Village Apartments, Phase 1

Bercy Chen Studio                                                           Date:   7.21.15

Report #:     B-02                                        Verification Items:
Time:         7:30am
% Complete    75%
In Progress:  B&D interior punch, A&C dry-in, A604 & A500 dry-in, flatwork, stucco
Attendees:    Kindall Stephens, Travis Lucy

| Location | Item | Observation | Action |
|---|---|---|---|
| Garage Interior | 01 | All locations:  Column-mounted electrical devices appear to protrude more than 4", below 80" AFF, which is a TAS/ANSI accessibility violation. | |
| Garage Interior | 02 | Rebar visible in concrete floor divots @ bottom of north stair, level G1 | |
| Garage Interior: G2 | 03 | Floor divots near B-9, level G2 | |



PLAINTIFFS_00007071

Field Report                                                                 BCS

| Location | BCS | Description | Action |
|---|---|---|---|
| Building 4, South Stair, Level 1 | 04 | Sprinkler head missing escutcheon plate | |
| Building 4, North and South Stair | 05 | Typical @ handrail ends:  welds to perforated metal screens are very rough and inconsistent.<br> | |
| Building 4, South Stair, Level 4 | 06 | Sloppy connection from handrail to stucco wall.  Prefer a clean gap in lieu of the filler material used here.<br> | |
| Building 4, South Stair, Level 4 | 07 | @ mid-landing between Levels 4 & 5, the perforated panel is bowed & out of plumb at it's attachment to the corner post.<br> | |
| Building 4, South Stair, Level 5 | 08 | Cap @ top of structural steel post is roughly cut & welded with sharp protruding edges; grind smooth & flush w/ post<br> | |

CONFIDENTIAL

Field Report                                              BCS

| Location | Item | Description | Action |
|---|---|---|---|
| All 2&4 Stairs | 09 | Top landing wall sconce light is missing.  NOTE:  To meet TAS/ANSI 117.1 "protruding object" requirements, this fixture must be flush-mounted against steel column, over a fully recessed J-box, if any part of the fixture is to be lower than 80" AFF | |
| Building 4, South Stair, Level 6 | 10 | Top level railing adjacent to stair does not attach to stucco wall - railing is loose & weak.  Modify top bracket to allow bolted connection to stucco wall, below metal cap.  Do not cut parapet cap. | |



| Building 4, Corridor, Level 5 | 11 | Common guardrail issues: | |



rust staining

cracking concrete patches

relocate railing attachment bracket; do not cut parapet cap

CONFIDENTIAL

Field Report                                                      BCS

| Location | Item | Description | Action |
|---|---|---|---|
| Building 4, North Stair, mid-level landing between 3 & 4 | 12 | Rust or rust-colored liquid stain @ base of guardrail | |



| Building 4, North Stair | 13 | Typical Painting Notes:<br>- Handrail paint scratched, typical for all stairs<br>- The square columns are un-painted where they abut the fascias at each level; this is likely to continually cause rust-staining & corrosion problems<br>- Conduit to lighting is typically only 1/2 painted: paint all of it, to the fixture.<br>- Remove paint from light fixtures & adjacent walls | |



CONFIDENTIAL

Field Report                                                    BCS

| Location | Item | Description | Action |
|----------|------|-------------|--------|
| Building 4,<br>North<br>Stair,<br>Level 3 | 14 | There is a large gap between the guardrail and the wall at Level 3 on the North edge of the railing, and as a result, the rail is not rigidly secured. Modify steel tab to meet face of stucco wall.<br> | |
| Building 4,<br>North<br>Stair,<br>Level 2 | 15 | Similar to Item 14 above.  Railing isn't rigidly secured<br> | |
| Building 4,<br>North Stair,<br>mid-landin<br>g between<br>1&2 | 16 | Bowed perforated panel @ connection to corner post<br> | |
| Building 4,<br>North<br>Stair,<br>Level 1 | 17 | The hand rail from Level 1 to the landing is damaged.<br> | |

Field Report                                                    BCS

| Location | Item | Description | Action |
|---|---|---|---|
| Garage, G2 | 18 | Large floor leave-out @ north end may require fall protection after all services are installed. | |



| Garage, G2 | 19 | Styrofoam & fill material falling through Podium deck opening | |



| Garage, G2 | 20 | Continue striping.  Tie-in with striped crosswalk across vehicular entrance. | |



CONFIDENTIAL

Field Report                                                    BCS

| Location | Item | Description | Action |
|---|---|---|---|
| Building 3 connection to Building 4, Level 3 | 21 | The clear width of this opening, from catwalk to upper courtyard, MUST be 36" for AFD access requirements.  Please confirm. | |



| Exterior breezeways | 22 | Typical:  reveal joint @ top of stucco wall below soffit is often out of level, wavy, debris-filled, paint spattered.  Some cracking of stucco also occurring.<br>BCS recommendation:  Clean & paint this joint ceiling white, everywhere. | |



CONFIDENTIAL

Field Report                                                        BCS

| Location | Item | Description | Action |
|---|---|---|---|
| Building 2, North end, Level 4 | 23 | Water damaged soffit indicates water intrusion behind fascia @ north stair. | |



| Exterior Stairs, Buildings 2&4 | 24 | Typical: check bolted connections to Breezeway floor/ceiling fascia for rigidity & tightness. Several bolts were observed to be protruding & not fully seated, washers often overlap one another. | |



CONFIDENTIAL

Field Report                                                                BCS

| Location | Item | Description | | Action |
|---|---|---|---|---|

Building 2, North stair, top landing | 25 | Cap @ top of structural column is roughly welded - grind smooth.



Metal Railings | 26 | Typical: concrete patches at posts are typically not level, not textured to match adjacent broom finished concrete, and concrete residue splattered on metal railings.



Wall Sconces, All Unit Balconies | 27 | Wall sconces are installed below 80" AFF, and protrude more than 4" from the back wall, which BCS believes is an accessibility violation. | | BCS has relayed this concern to Terry Kitay for review and will pass along her ruling.



CONFIDENTIAL



CONFIDENTIAL

PLAINTIFFS_00007080



PLAINTIFFS_00007081

Field Report                                                                                     BCS

**Field Report: Oak Creek Village Apartments, Phase 1**

Bercy Chen Studio                                                                    Date:   7.28.15

Report #:      B-03                                          Verification Items:
Time:          10:30am
% Complete     75%
In Progress:   B&D interior punch, A&C dry-in, A604 & A500 dry-in, flatwork, stucco
Attendees:     Joshua Mackley



| Location | Item | Observation | Action |
|---|---|---|---|
| Level 3 Breezeways Buildings B and D | 01 | Soffit trim @ breezeway and lightwell ceilings is dirty, scratched and bent, sloppy joint caulking and cracked ragged edge at adjacent cement board ceiling. BCS recommends cleaning free of marks and stray paint/caulking stains. | |
| Level 3 Breezeway Building D | 02 | Guardrail @ unit D301 entry misaligned and not square with wall; bottom portion is buried in stucco.  BCS suggests cutting guard back clear of wall and aligning with face of wall. | |
| Level 3 Breezeways Buildings B and D | 03 | Floor Trim missing @ base reveal in many breezeway locations. Waterproofing is visible and stucco edge is ragged. | |

CONFIDENTIAL

Field Report                                    BCS

| Location | BCS | Description | Action |
|---|---|---|---|
| Level 3 Breezeways Buildings B and D | 04 | Joint @ breezeway ceiling/wall transition often ragged and covered with excess stucco. BCS recommends cleaning ceiling surfaces and repainting for clean transition. | |
| Level 3 Breezeways Buildings B and D | 05 | Trim @ unit entry door headers bent and chipped throughout. | |
| Level 3 Breezeway Building D @ Unit D301 | 06 | Stucco around lightwell window for unit D301 is ragged and sloppy, with excess material on surround trim. Clean edges and trim surface free of staining. | |
| Level 3 Breezeways Buildings B and D | 07 | Plate connector at guard to wall bent in many locations; flatten plate and provide painted washer behind plate to create snug connection @ wall. | |



PLAINTIFFS_00007083

Field Report                                                          BCS

| Level 3 Breezeways Buildings B and D | 08 | Stucco trim conditions at many unit entry door frames are bent, cracked, and dirty. All locations to be straightened, patched, and cleaned as necessary. |
|---|---|---|



| Level 3 Breezeways Buildings B and D | 09 | Exposed fasteners, stained surfaces, and gaps around entry door frames in many locations. Patch and clean. |
|---|---|---|



| Level 3 Breezeways Buildings B and D | 10 | Open stucco gap @ FEC, both corridor locations |
|---|---|---|

 

Field Report                                    BCS

| Location | Item | Description | Action |
|---|---|---|---|
| Level 3 Breezeway Building D | 11 | Ragged and sloppy joint @ corridor door head reveal. | |



| Location | Item | Description | Action |
|---|---|---|---|
| Level 3 Breezeways Buildings B and D | 12 | Exposed sheathing, caulking, and waterproofing barrier @ multiple door trim conditions.  Trim, clean, and seal as required. | |



Field Report                                                    BCS

| Location | Item | Description | Action |
|----------|------|-------------|--------|
| Level 3 Breezeway Building B | 13 | Cracked/open stucco @ bracket | |



| Location | Item | Description | Action |
|----------|------|-------------|--------|
| Level 3 Breezeways Buildings B and D | 14 | Open concrete and rust staining @ guardrail post in multiple locations. Patch opening and clean rust as necessary. | |



| Location | Item | Description | Action |
|----------|------|-------------|--------|
| Level 3 Breezeways Building B @ Stair B North | 15 | Bent guardrail bracket @ Stair B North | |



| Location | Item | Description | Action |
|----------|------|-------------|--------|
| Level 3 Breezeway Building B | 16 | Guardrail adjacent to unit B303 is bent and bowing. | |



CONFIDENTIAL

Field Report                                                                BCS

| Location | Item | Description | Action |
|---|---|---|---|
| Level 3 Breezeways Buildings B and D | 17 | Sloppy paint @ many guardrail connections to wall. Touch up paint to clean edges. |  |
| Level 4 Breezeway Building B | 18 | Face of breezeway soffit at Level 4 landing adjacent to elevator B out of alignment. |  |

CONFIDENTIAL

Field Report                                                              BCS    [ 8.11.2015 ]

**Field Report: Oak Creek Village Apartments, Phase 1**

Bercy Chen Studio                                                                     Date:

Report #:     B-04                                          Verification Items:
Time:         7:45am, 10:00am
% Complete    80%
In Progress:  Phase 1A TCO prep, Phase 1B EIFS, MEP
Attendees:    TL, Weis (Paul C, Kyle C)

| Location | Item | Description | Action |
|---|---|---|---|
| Unit Entries, Phase 1B | #1 | Flashing above Unit 1B entry doors is being installed identically to problematic 1A entries.<br><br><br><br>Note: Window heads along corridors have stucco J-trim, no flashing, and they look great. Why are doors along the corridors treated differently? | |
| Garage, North side exterior | #2 | Paint exposed conduit, FS piping, and steel brackets 'railing gray'. Provide white escutcheon plates for soffit penetrations | |

                                    PLAINTIFFS_00007088

Field Report                                                                BCS      07/14/2015

| Location | BCS | Observations | Action |
|---|---|---|---|
| Garage, G1 | #3 | One of the garage floor directional markers was observed to have an extra, incorrect arrowhead, directing traffic incorrectly.<br> | |
| Garage, West Stair to grade | #4 | BCS & Kyle C discussed the west stair adjacent to the garage, connecting podium level to grade.   BCS to issue clarification based on the following:<br><br>1.  The concrete sub's current layout has the top landing aligned with structural podium deck.<br>2.  The top landing will be revised to be 6.5" above the podium deck.  6.5" was indicated to be the riser height, and this change will effectively add 1 riser.<br>3.  The additional height will allow for an easier, accessible tie-in to the +9" finished floor height of the Level 3 corridor system.<br>4.  The north limit of the route from stairs to the west face of Building 1 will be protected by 42"H concrete wall.<br>5.  The southern limit of this route will be protected by 42" metal guards, to match the balconies. | |
| Garage, North side exterior | #5 | BCS reviewed a mock-up of Weis's proposed 'base of stucco wall' flashing mock-up with Weis & Keller Masonry.  BCS to issue final flashing detail based on the following:<br>1.  The current stucco termination includes a folded & perforated trim piece that was concluded to have no function in this location.  It will be trimmed off flush with the bottom of the stucco J-bead.<br>2.  The new flashing piece will have positive slope to ensure drainage away from the face of wall below.<br> | |

CONFIDENTIAL

Field Report                                                          BCS    07/14/2015

| Location | Item | Description | Action |
|---|---|---|---|
| Garage, North side exterior | #6 | BCS reviewed a mock-up of Weis's proposed 'topping slab edge correction' flashing mock-up with Weis. BCS to issue final flashing detail, based on Weis's proposed design, with only minor modification for aesthetic concerns.  | |
| Building 1 West exterior | #7 | BCS reviewed downspouts along the west side of Building 1 with Weis. at this point in time, only 2 are installed. BCS to provide guidance for routing of all locations, including connection details at garage wall. | |
| General Exterior, stucco | #8 | Stucco texture is wavy and inconsistent in many locations, below the quality standard established by the mock-up. Many locations appear to be scarred or damaged.   | |

CONFIDENTIAL

Field Report                                                BCS    07/14/2015





CONFIDENTIAL                                    PLAINTIFFS_00007091

Field Report

BCS    9.22.2015

**Field Report: Oak Creek Village Apartments, Phase 1**

Bercy Chen Studio                                                                                                    Date:

| | |
|---|---|
| Report #: | B-05 |
| Time: | 8:00am, 10:00am |
| % Complete | 85% |
| In Progress: | Phase 1A punch list prep work, Phase 1B EIFS, MEP, unit interiors |
| Attendees: | TL, Weis (Paul, David) |

Verification Items:

| Location | Item | Description | Action |
|---|---|---|---|
| Garage exterior, west | #1 | Confirm wall-mounted light is temporary, until wall packs above are activated.  Also, repair large 'scar' marks across face of garage  | |
| Pavilion Area | #2 | Retaining walls do not match design layout in a couple of locations:<br>- Low wall adjacent to parking garage south leg should be curved per PCO-49, PCO-45.  Built straight.<br><br>- High wall west of Building 3 elec meters is skewed further west than designed, and might create an encroachment into the CRZ of the large live oak in this zone. | Discussed with Owner & Weis on site.  The low wall will be re-built per the current design.  The high wall will remain as is, for review by Owner's arborist at a later date. |

Field Report                                                              BCS    07/14/2015

| Location | BCS | Description | Action |
|---|---|---|---|
| Communi ty Space, BCR/IDF | #3 | Weis & BCS discussed the need to house an HVAC fan unit within the closet.  Mounting the unit high & horizontal above the closet was ruled out due to access & duct routing problems.  Owner, Weis, BCS agreed that vertically mounting the unit in the east corner of the closet is preferred.  BCS prepared a sketch for Owner's internal review with IT staff. | |
| Wilson perimeter fence | #4 | Correct non-plumb pickets @ stone wall connection, SE corner of Building 3.<br><br>1 partial ht picket, connect to sloped picket<br>1 picket match slope of stone wall, full height, approx 1"-2" gap to stone<br>3 vertical pickets, eq spacing to fill bottom rail | |
| Site Driveway , north end | #5 | Water leak noted @ base of tall stone retaining wall, near northwest corner of Building 2.  Water is bubbling up & flowing steadily @ approx .25-.5gpm @ the seam between sidewalk & wall, below the weeps.<br><br>Adjust irrigation above tall retaining wall to prevent run-off down face of wall.<br> | |

CONFIDENTIAL                                                    PLAINTIFFS_00007093

Field Report                                                                          BCS    07/14/2015

| Location | Item | Description | Action |
|---|---|---|---|
| Building 2, North end exterior | #6 | PCO-64 wallpack light shields were not fabricated to design dimensions. The front lip overhang is significantly shorter on the 2 north-facing Building 2 lights.  | |
| Exterior metal flashing | #7 | BCS reviewed 3 exterior flashing mock-ups, with minor adjustments noted below.<br>- Base of stucco wall above garage concrete wall<br>- Base of aluminum edge @ all topping slabs<br>- Base of hardiepanel fascias @ exterior stairs<br> maintain straight, level drip edge, typical<br>turn up the last 1/2" to 1" of drip edge 45 degrees @ meeting with perpendicular walls, to prevent run-off water from washing down stucco face, typical<br> | |
| East Trash Room | #8 | Weis noted that a CoA inspector raised a concern over the support of the trash chute bracing, within the shaftwall assembly. One end of a horizontal brace is bearing on a short piece of 2x blocking, exposed within the shaft. Use 1" shaftwall liner panel or 2x 5/8" Type X gypsum board cladding (fire caulked seams) to completely envelop the blocking, or replace w/ non-combustible metal support. | |
| East Trash Room | #9 | Neither the east wall air exhaust nor the west wall intake louver are protected by fire dampers. Both of these walls are required to be 3/4hr fire barriers, and these air transfer openings should be protected with minimum 2 hour fire dampers per IBC 2012. Citations: 713.13.4, 717.5.2 | BCS to notify PES & issue PCO |

CONFIDENTIAL

Field Report

BCS | 9.29.2015

## Field Report: Oak Creek Village Apartments, Phase 1

Bercy Chen Studio                                                              Date:

| | |
|---|---|
| Report #: | B-06 |
| Time: | 8:00am |
| % Complete | 89% |
| In Progress: | Phase 1A punch list prep work, Phase 1B EIFS, MEP, unit interiors, retaining walls |
| Attendees: | TL |

Verification Items:

| Location | Item | Description | Action |
|---|---|---|---|
| Site | #1 | Repair cracking & damaged mortar @ retaining walls  | |
| Building 4, Ground Floor | #2 | Entry to Theater/Classroom is not protected overhead, and is open to sky above. Original CDs call for a framed canopy, similar to the top floor unit entrances (A4.01 detail bubble). Because this is expected to be a high-use public entry, and it is a double door at the ground floor, BCS feels that overhead protection is critical and recommends that the full canopy be installed. We also understand that with residents already occupying this building, Ownership may prefer a less disruptive & mess-intensive solution, in which case the bent-steel canopy used at the mail & Kitchen areas would be a possible alternative. | |

Field Report                                    BCS        9.29.2015

| Location | BCS | | Action |
|---|---|---|---|
| Wilson Street Perimeter Fence | #3 | Gates should be self-closing but were observed to be sitting open without being propped. | |
| Catwalk | #4 | Catwalk is missing an expansion joint cover plate. | |
| Building 3, SE Corner | #5 | The exterior wall near the meter bank is only partially stucco-ed, the rest has exposed concrete, metal trim, and drain mat. Also, the SE corner at Level 3 has exposed waterproofing near the retaining wall. Confirm both of these locations will be finished in stucco to match the remainder of the building. | |



PLAINTIFFS_00007096

Field Report                                                  BCS        9.29.2015

| Location | Item | Description | Action |
|---|---|---|---|
| SE Site | #6 | Tree protection around some heritage-sized oaks has been removed or is falling apart, and materials are stacked at the base of the trees.  Tree 306 appears to have approx 12" of fill dirt within inches of it's trunk, which is prohibited by CoA ordinance. | |





| Exterior | #7 | Observed dented downspout collector heads along Wilson Street, Building 4. | |

 

CONFIDENTIAL

Field Report

BCS   10.6.2015

## Field Report:  Oak Creek Village Apartments, Phase 1

Bercy Chen Studio

Date:

| | |
|---|---|
| Report #: | B-07 |
| Time: | 8:00am |
| % Complete | 91% |
| In Progress: | Phase 1A punch list prep work, Phase 1B EIFS, MEP, unit interiors, topping slab |
| Attendees: | TL |

Verification Items:



| Location | Item | Description | Action |
|---|---|---|---|
| Garage | #1 | Significant amounts of water observed ponding on level G1, sometimes around equipment & materials.  Remove any resulting staining or discoloration. | |
| Garage | #2 | Clean layout markings & stain marks from G1 walls & ceiling, prior to turnover. | |

CONFIDENTIAL

PLAINTIFFS_00007098

Field Report                                                                    BCS      10.6.2015

| Location | BCS | Description | Action |
|----------|-----|-------------|--------|
| Garage | #3 | P-traps are wrapped in a foil-faced insulation.  Would like to understand the purpose of the wrap, and to know if there are alternatives that will provide a more finished or less noticeable look.<br> | |
| Building C, North end | #4 | There is a large gap (12" wide, approx) between podium edge & catwalk, a location that is accessible to tenants.  Recommend placing a temporary barricade over this opening, until the concrete topping is poured & the gap is reduced to a code-compliant size (4" sphere).<br> | |
| Wilson Street Perimeter Fence | #5 | Joe Tracy, David Liddick, and Travis Lucy reviewed the gates along Wilson Street.  The catwalk gate was observed to be functioning as intended, with good self-closing strength & latching.  It is equipped with self-closing hinges and a 'gate spring' device.  This gate will serve as the approved mock-up basis for the others. | |
| Wilson Street Perimeter Fence | #6 | Several panels have bent pickets<br> | |

CONFIDENTIAL                                                        PLAINTIFFS_00007099

Field Report                                                    BCS    10.6.2015

| Pavilion Area | #7 | Retaining wall along Wilson has a piece of OSB or plywood protruding from a mortar joint | |
|---|---|---|---|



| Podium Deck | #8 | Avoid stacking paver pallets in close proximity on the podium deck. SCA's stated deadweight limit for the podium deck is 100psf, and each pallet of 11 pavers is estimated at +/-370psf. Substantial topping slab cracking was observed in the immediate vicinity of these pallets. | Weis was in the process of redistributing the pallets at time of departure. |
|---|---|---|---|



| Other | #9 | Other observations:<br>- Elevator A installation in progress<br>- BCS provided direction for G1 accent lighting adjustment with R&L Electrical staff (David). Sprinkler pipe shadow is to be cast to the ground immediately adjacent to base of wall. Accent lights are to remain aligned, and are expected to be approximately 12" to 16" closer to the wall. Approximately 6 to 8 lights at the southern end of this line will need to shift north or south by approximately 1'-0", to avoid conflict with thickened slab sections at these locations.<br>- Podium topping slab placement in progress<br>- Podium leak testing in progress<br>- Splash pad piping installation in progress<br>-BCS selected "Zinc-Cote" from Berridge color chart for podium deck perimeter flashing pieces | |
|---|---|---|---|

CONFIDENTIAL

PLAINTIFFS_00007100

Field Report

BCS    | 10.13.2015 |

**Field Report:** Oak Creek Village Apartments, Phase 1

Bercy Chen Studio                                                                    Date:

Report #:      B-08                                        Verification Items:
Time:          10:00am
% Complete     92%
In Progress:   Phase 1B EIFS, MEP, unit interiors, topping slab, pavers, south sitework
Attendees:     TL, JM, CC

| Location | Ref | Description | Action |
|---|---|---|---|
| Stair 1 North, Level 3 | #1 | West-facing stairwell egress door appears to lack TAS-required clearance on strike side, due to fire pump cabinet. | |
| Roof, South Bldg A | #2 | Parapet wall wood framing exposed on top & sides where TPO doesn't cover, @ south end of level 5, and appears to have been exposed to water | |
| Garage area drains | #3 | All garage area drains are stained and at least partially clogged with concrete. | |



CONFIDENTIAL

Field Report                                                                                    BCS          10.13.2015

| Location | BCS | Description | Action |
|---|---|---|---|
| Garage, floor joints | #4 | Form board edges protrude above the finished floor surface at some columns and shear walls within the garages, preventing sealant joint installation and allowing the possibility of water penetration  | |
| Garage floor | #4 | Mortar stains on garage floor near CMU walls, typ. | |
| Garage Equip Room | #5 | Per CDs, perimeter wall of Equipment Room is to be constructed per UL 905, 2hr fire-resistance rating.  Large hole above door for piping penetrations will need to be infilled per the UL design. | |

CONFIDENTIAL

Field Report                                                    BCS    10.13.2015

| Location | Item | Description | Action |
|----------|------|-------------|--------|
| Garage Ceiling | #6 | Repair rough, chipped concrete edge above G1 ramp | |



| Garage, ramp area | #7 | Meetings between columns and 1/2 walls surrounding the G1 ramp were not jointed in some locations, resulting in cracking.  Repair and add control joints. | |



| Garage, ramp area | #8 | Form boards visible at 1/2 wall & column meetings in several locations. Cut form board back below wall & provide sealant joint | |



CONFIDENTIAL

PLAINTIFFS_00007103

Field Report                                    BCS    10.13.2015

| Garage Air Shafts | #9 | Both air shafts were observed to be covered at time of inspection, due to nearby surface-level site work. Maintain code-required monitoring and air change at all times when garage is occupied and used by tenants. |





| Landscaping | #10 | Tree planting in progress at time of walk through. |



| Windows, Phase 1A | #11 | At some locations, window frame perimeter sealant joints were observed to be discontinuous and/or poorly tooled and sloppy in appearance. |



     PLAINTIFFS_00007104

Field Report                                                    BCS   10.13.2015

| Location | Item | Description | Action |
|---|---|---|---|
| Balcony Railings | #12 | Balcony rail painting is incomplete at some ground floor post-bases. Also, some rust is visible around perforated panel edges, suggesting either that paint is failing, or more likely that unpainted metal is exposed to weather behind/inside of the perforated panel frame | |



| Location | Item | Description | Action |
|---|---|---|---|
| Downspouts | #13 | Concrete and/or stucco clogging seen on some downspout drain covers. | |



CONFIDENTIAL

Field Report                                                    BCS   | 10.13.2015 |

| Location | Tag | Description | | Action |
|---|---|---|---|---|
| Parapet caps | #14 | Typical Issues:<br>1. Sealant joints are frequently badly tooled and sloppy at prominent locations, visible from breezeway.  Sealant was wiped off on TPO and parapet cap at numerous visible locations.<br>2. Rust stains from metal equipment left on parapet caps<br>3. Parapet-to-perpendicular wall flashing joints are inconsistent and appear to be poorly tied in, creating possible water penetration points. | | |



Field Report                                                           BCS    10.13.2015

| Location | Item | Description | Action |
|---|---|---|---|
| Top floor breezeway, Phase 1A | #15 | Typical Issues:<br>1. Rust and stucco staining<br>2. Concrete spatter on stucco walls<br>3. Cracking concrete patches @ guardrail posts<br>4. Floor drain coverings not yet removed, and/or floor drains partially covered by concrete topping<br>5. Concrete not finished at some edge locations, below railings<br>6. Low-level lighting not straight, covers removed. | |



Field Report                                                          BCS      10.13.2015

| Location | Field | Description | | Action |
|---|---|---|---|---|
| Rooftops, Phase 1A | #16 | Typical Issues:<br>1. TPO walkpads do not fully connect roof access points to all rooftop mounted equipment.<br>2. Trash, extra fasteners, insulation, and other debris are causing staining that is visible from breezeways, and are possible tear/puncture hazards<br>3. Access gates missing locking hardware in tenant-occupied areas<br>4. TPO equipment pads are not fully adhered<br>5. Stucco spatter on TPO surfaces<br>6. Access gate installation damaged adjacent parapet cap flashing and stucco. | | |



Field Report                                                    BCS    10.13.2015

| Location | Item | Description | Action |
|---|---|---|---|
| Fire Doors, Phase 1A South | #17 | UL label painted over - unable to confirm fire rating.  No seals installed. | |



| Trash Vestibule, Bldg 4 | #18 | Large concrete drop on floor.  Hole in ceiling.  Plastic sheeting still on trash chute door. | |



| Corridors, Lighting | #19 | Soffit above light fixtures is unpainted.  Surprisingly large amounts of dead bugs were observed in the lenses of many lights - recommend checking that wiring knock-outs are sealed around cabling, and lenses are properly secured. | |



CONFIDENTIAL

Field Report                                                                BCS    10.13.2015

| Location | Item | Description | Action |
|---|---|---|---|

BCR/IDF, Building 4   #20   BCR/IDF room interior unfinished.




Stucco flashing   #21   Base-of-stucco wall flashing was reviewed at an earlier date at the north wall of the parking garage, and similar flashing mistakes are repeated throughout the project. Issues include large, superfluous profiles needlessly installed above adjoining elements (other walls, flashing). The column depicted below should have it's stucco tied in with the parapet wall below, not interrupted by base & parapet cap flashing.




Stucco flares out near base, not plumb; stucco should have tied in with parapet below; stop parapet cap flashing at column face

CONFIDENTIAL

PLAINTIFFS_00007110

(October 8, 2015 Owner-provided List)

Exterior issues:

- Dripping leak from pipe in first floor garage (located right above the bench we have installed) Small puddle of water on floor.
- A majority of the drain grills in the garage have concrete all over them, blocking drainage.  All need to be replaced as the concrete won't come off.
- Hundreds of small holes (estimate diameter of a quarter) all throughout garage flooring
- Several broken concrete spots and concrete spillage all throughout garage (2nd level has biggest issue)
- Building D hose bib, next to the classroom, doesn't work
- When they were testing the splash pad water went into the first level garage and puddled very badly around the column area.  There is no drainage there, unless it's clogged, leaving large puddles of standing water
- Nails sticking out of concrete in garage (space 9 as an example)
- Handrail on stairwell, building 2 sixth floor no secured.  Screw missing and was rail was never mounted to the wall
- A majority of the gutter tops are filled with coke bottles, debris and trash from construction workers.  All gutter tops throughout entire property need to be cleaned out and screens need to be installed on top.  Otherwise these will always get clogged and become inoperable.
- 6th floor, building 2- unfinished 2x2 area that was never stuccoed.
- Building 2 stairwell, each transition is still only hardy board, no stucco
- Public bathrooms in building D- floor drains are crooked and flooring square cut too large.  Looks very bad.  Both public bathrooms have the same problem.
- Flashing underneath public water fountains missing
- Level 1 garage.  Drain valve near the splash pad room was turned on and rust water got all over the column and it's now stained.
- The clearance pole leading into the garage is on the ground and it's broken.  Level 1
- Level 1 garage near ventilation- electrical box by it not closed.  Having down and needs to be completely secured.  Should have 4 screws and it's only hanging by 1 screw.  Exposed wires in the box.
- Level 1 garage man hole bowed (series of 5 of them with 1 being bowed and holding water)
- Building 2 stairs- pressure washer patterns all over concrete stairs.  Due to incorrect power washing, blasted concrete.
- Every breezeway, every ceiling, every 3 feet there is major cracking.  When they installed the hardy board, it looks like they didn't tape it, which is causing the large cracking.  This is a big concern.
- All ceiling lights were installed before finishing the ceiling with stucco and paint.  Will cause water issues, moisture, direct access for bugs.  It is raw material underneath all lights.
- The bottoms of the corner areas and columns in the breezeways have stucco damage.  Throughout both buildings, all levels

- All front doors in bad condition.  Some have big dents, scratches and all need touch up paint.  Each time we tried to bring this up during unit punch, we were told that is an exterior punch issue and it would not be addressed until that time.
- 5th floor building 2: Exit sign where it meets the ceiling is uneven.  This shows raw material and a hole in the ceiling.
- Building 2 roof- the HVAC metal ducting has been stepped on.  It is caved in.  Needs to be replaced.
- Building 4, North end near unit 4208 and across.  Unfinished bottom of building, no stucco.
- Unit 2309, concrete problem  at threshold
- The awnings on the 5th floors of each building, above the unit doors.  They have nails and trash on them and they have a thick yellow film that needs to be cleaned off.  Maintenance talked to power washing company and he said "the only thing that would get the yellow film off is lacquer thinner and Weis won't want to pay 10K to clean them all off".
- Building 2, 6th floor- Electrical outlet box cover is broken.  Tried to re-secure but the tabs are broken off.
- Maintenance tested the electrical outlets on both buildings and there was only 1 outlet out of all of them that was actually working.
- Unit 2409 doesn't have a threshold.

CONFIDENTIAL

PLAINTIFFS_00007112



**Travis Lucy <travis@bcarc.com>**

## Fwd: Additional Ext. Punch items

4 messages

**Lisa Catlett** <lcatlett@arnoldgrounds.com>                                      Fri, Oct 9, 2015 at 8:55 AM
To: Joe Tracy <jtracy@cpmtx.com>, Travis Lucy <travis@bcarc.com>, Mark Rogers <mrogers972@gmail.com>
Cc: Jimmy Arnold <jimmy@arnoldgrounds.com>, Rose Leal <Oakcreek@arnoldgrounds.com>

See below for addl exterior items for your punch.

———— Forwarded message ————
From: "Lucero Maintenance" <luceromaintenance@arnoldgrounds.com>
Date: Oct 9, 2015 8:44 AM
Subject: Additional Ext. Punch items
To: "Lisa Catlett" <lcatlett@arnoldgrounds.com>, "Amy M. Lucas" <oakcreek@arnoldgrounds.com>
Cc:

*13 LED lights not working 5th flr of bldg   2

5th flr of bldg 4
3 LED covers detached
Roof gate with no lock installed
Roof gate across 4500 will not unlock
Unfinished Sprinkler trash room exterior
Open hole 12"x12" inches in ceiling  by elevator
Exposed hole behind florescent above 4500 bees are entering

4th flr bldg 4 unfinished sprinkler in trash room

All trash chutes unfinished  still Hardee board

Florescents   still paper wrapped in trash chute  rooms

Glue residue on Unit # signs from when they taped off to stucco   example at 4502

Pics available

**Travis Lucy** <travis@bcarc.com>                                              Tue, Oct 13, 2015 at 7:13 AM
To: Lisa Catlett <lcatlett@arnoldgrounds.com>
Cc: Jimmy Arnold <jimmy@arnoldgrounds.com>, Joe Tracy <jtracy@cpmtx.com>, Rose Leal
<Oakcreek@arnoldgrounds.com>, Mark Rogers <mrogers972@gmail.com>

Lisa-
I have your original list, the photograph of the bad flashing condition, and this 'additional list', and will be walking
the property this morning starting at 10 with others from my office.

I will let you know if we have questions about anything your team has listed.

When we've recorded our items, we'll compile all of it and send it along for your review.

[Quoted text hidden]

CONFIDENTIAL                                                           PLAINTIFFS_00007113

Field Report

BCS   11.10.2015

## Field Report: Oak Creek Village Apartments, Phase 1
Bercy Chen Studio

Date:

| | |
|---|---|
| Report #: | B-09 |
| Time: | 8:00am |
| % Complete | 97% |
| In Progress: | Topping slab, metal railings, unit final cleaning, south stair, pavers, gravel |
| Attendees: | TL |

Verification Items:



| Location | Item | Description | Action |
|---|---|---|---|
| Garage, north wall | #1 | Staining observed below a visible pipe penetration at stucco/concrete transition line. | |
| Grading, Pavilion Area | #2 | Original survey indicates base elevation of tree 306 to be 570.88', and proposed final grade surrounding this tree to be 569'. Rough grade appears to be installed at least 12" higher than tree base, with topsoil not yet installed. | |
| Retaining walls, Pavilion area | #3 | Retaining wall mortar is failing & cracking apart in many locations. Cap stones are loose and in danger of falling out. | |

CONFIDENTIAL

PLAINTIFFS_00007114

Field Report                                                       BCS   | 11.10.2015 |

| Location | BCS | Observations | Action |
|---|---|---|---|
| 6th Floor Roof Deck | #4 | Ponding observed at low-slope roof @ South Roof Deck - up to 1" standing water near outlet points.  | |
| 6th Floor, Building A | #5 | Exposed plywood & structural framing visible at tops of several corridor pilasters.  | |
| Stair 1 North | #6 | 1" to 1.5" gap between 6th floor stair landing and CMU shaft wall.  | |
| Phase 1A Landscaping | #7 | All Japanese Maple trees exhibit signs of stress - singed leaves.  | |

CONFIDENTIAL                                    PLAINTIFFS_00007115

Field Report                                    BCS    | 11.10.2015 |

| Garage | #8 | Parking spaces 162 (G1) and 72 (G2) require wheel stops to protect drain pipes that were routed close to the ground. |



| Stair 1 North | #9 | - Handprint & writing in the concrete of 2 stair landings.<br>- Egress gate at level 3 is to be equipped with spring hinges for automatic closing, per A8.08 detail.  Currently installed standard, non-closing hinges. |

| Building A Corridors | #10 | Concrete & waterproofing staining observed on aluminum edging in multiple locations. |

 

| Building A Corridors | #11 | Cardboard and masonry debris observed underneath paver system - remove all trash & possible drainage obstructions. |



| Upper Courtyard facing units, level 3 | #12 | Balconies @ level 3 should provide 5'-0" minimum clear width (face of wall or wall-mounted object to inside face of railing), per CDs, for 'BF' unit accessibility. |

 

CONFIDENTIAL

Field Report                                                BCS   11.10.2015

| Location | Item | Description |
| --- | --- | --- |

Roof Overflows | #13 | Sheet metal edges & seaming at roof overflow openings is substandard quality, generally.  Gaps and imperfections are visible from ground level, 40' away.



Corridor gravel beds | #14 | Position perf steel edging to eliminate gap at paver edge.



Building 3, SE corner | #15 | Wall staining from overflow outlet - check roof slope & downspout.



Sidewalk connection to podium | #16 | Drain grates in pedestrian walkways must meet ADA/TAS requirements for accessibility.  Currently installed trench drain cover has openings that are too large.  (TAS 302.3)



CONFIDENTIAL

Field Report                                              BCS   | 11.10.2015 |

| Location | Item | Description | Action |
|---|---|---|---|
| Building 3, SW corner | #17 | Tyvek visible at meeting of retaining wall & building corner | |



| Building 3, South Roof Deck | #18 | Roof deck railing vertical post spacing is not per design.  PCO-044 shows 5' to 6' spacing.  Please explain reasoning behind this change. | |



CONFIDENTIAL

Field Report

BCS   11.17.2015

## Field Report: Oak Creek Village Apartments, Phase 1

Bercy Chen Studio

Date:

| | | | |
|---|---|---|---|
| Report #: | B-10 | | Verification Items: |
| Time: | 8:00am (rain) | | |
| % Complete | 98% | | |
| In Progress: | Topping slab, metal railings, unit final cleaning, south stair, wood pavers, gravel | | |
| Attendees: | TL | | |

| Location | Item | Observation | Action |
|---|---|---|---|
| Chiller Building | #1 | New east exterior wall of chiller building appears to be incomplete, and vulnerable to water intrusion/damage. Tyvek visible at roof shingle edge. Gutter cut off at roof edge, empties onto new wood trim @ edge of cut roof. Exterior wood wall panels appear to be absorbing water. | |
| South End, Building 1 | #2 | Small landscaping pocket bounded by sidewalks takes on water faster than it can be absorbed. | |
| Corridors | #3 | Concrete pavers are not protected, accumulating construction debris | |



CONFIDENTIAL

Field Report                                              BCS   11.17.2015



| Location | BCS | | Action |
|---|---|---|---|
| Podium Deck | #4 | Ponding observed at podium deck - drains appear to have protective coverings. Confirm drains are clear of debris (including concrete) and functioning correctly. | |
| 3rd Floor, Building 3, Breezeway entry | #5 | Ceiling edge transitions are very rough - not floated well, with joint compound in the aluminum trim. Most lights are not yet installed. | |
| Building 3, Level 3 | #6 | Stucco control joints missing. | |
| Building 3 | #7 | Staining observed below window corners. Confirm the cause of this staining and repair. Check seals around windows for water/air tightness. | |

CONFIDENTIAL

PLAINTIFFS_00007120

Field Report                                                    BCS    11.17.2015

| Location | Item | Description | Action |
|---|---|---|---|
| Stair A North, Level 2 | #8 | Cracking observed at concrete beam & concrete column intersection. Confirm whether or not this is only superficial, or extends through to the structural concrete. | |

 

| Garage, Level 2 | #9 | Significant amounts of water are seeping into the garage at the cold joint between podium deck & perimeter wall. Water intrusion appears to correspond exactly with location of demolished & rebuilt retaining wall above, and trench drain/sidewalk connection to podium deck above, suggesting that this work likely damaged the waterproofing. | |



| Building 1, 6th Floor | #10 | Mark, Joe, Paul, and Travis reviewed the ship ladder roof access behind Elevator 1, and concluded that additional protection would be necessary to prevent unauthorized access. It was agreed that BCS would create a PCO for a 6' to 7' tall gate and side panel at this location. | |



CONFIDENTIAL                                                    PLAINTIFFS_00007121

Field Report                                                    BCS   11.17.2015

| Location | # | Description | Action |
|---|---|---|---|
| Building 1, Level 6, Drain outlet | #11 | Drainage outlet from 'bridge' to Office / North Deck was not constructed according to detail.  It lacks the outflow extension needed to prevent water from cascading down the face of stucco below, and significant staining has already developed.  Additionally, the parapet detail does not match the design:  wood cladding covering the metal cap, running continuously over the drain outlet point. | |



| | | | |
|---|---|---|---|
| Building 1, Level 6 | #12 | Wood pavers are unsealed & unprotected, debris accumulating. | |



| | | | |
|---|---|---|---|
| Building 1, Level 6 | #13 | Fire extinguisher was discharged in the Leasing Office.  South IDF closet door & frame appear to have been pulled out of the wall. | |

 

CONFIDENTIAL

Field Report                                                    BCS    11.17.2015

| Location | Trade | Description | Action |
|----------|-------|-------------|--------|
| Building 1,  #14<br>Level 5 | | 2 unit entry canopies on the south end have slight depressions in the center, causing water to pond on the TPO. | |

 

CONFIDENTIAL

PLAINTIFFS_00007123

Field Report

BCS   11.24.2015

## Field Report: Oak Creek Village Apartments, Phase 1

Bercy Chen Studio                                                                    Date:

| | |
|---|---|
| Report #: | B-11 |
| Time: | 8:00am |
| % Complete | 99% |
| In Progress: | Topping slab, metal railings, unit final cleaning, south stair, wood pavers, gravel |
| Attendees: | TL |

Verification Items:

| Location | Item | Description | Action |
|---|---|---|---|
| Level 2, Building 4 South | #1 | Per RFI 118 response, the 'gap' between the north wall of the garage and the south wall of Building 4 is to be closed off by a 72" picket fence, for access control; not yet installed. | |
| Level 3, Catwalk | #2 | Catwalk is not yet complete. Gate hardware not installed at the west end. Expansion joint cover not installed at east end. Wall pack light missing from Building 3 north wall above catwalk. | |
| Wilson Street sideyard, Building 4 | #3 | Significant amount of standing water visible adjacent to Buildings 2 & 4, east side landscaped areas. | |



CONFIDENTIAL

PLAINTIFFS_00007124

Field Report                                                                    BCS    11.24.2015



| Location | BCS | Description | Picture |
|---|---|---|---|
| Wilson Street Fence | #4 | New gate hinges installed.  Hinges seem to possess good closing force, but gate does not consistently swing close on it's own, often stopping just short of latching.  Knox boxes at north gate & mid-Building 4 gate have been opened.  Landscaping along Wilson sidewalk not complete. | |
| Retaining Walls | #5 | Retaining walls in the south main entrance area (Pavilion) were observed to be extremely weak - able to be pulled apart by hand.  Mortar seems to be very low strength with very weak bond to stones.  This condition was observed in several locations throughout this area. | |
| Building 1, Level 3 | #6 | Perforated gravel retainer strip is shimmed up off of the podium topping, which is likely to allow gravel to wash underneath. | |

CONFIDENTIAL                                    PLAINTIFFS_00007125

Field Report                                                                   BCS    11.24.2015

| Location | Item | Description | | Action |
|----------|------|-------------|---|--------|

| Stair 1 South, Level 2.5 | #7 | Confirm 7'-0" clearance below fire sprinkler valve over bottom landing. | | |



| Podium Deck | #8 | Exposed stem wall below stucco is unfinished or poorly finished in several locations.  Observed still-visible exterior sheathing (no waterproofing), exposed waterproofing, concrete splatter & stucco drops. | | |



| Podium Deck, North end | #9 | Railing at north garage wall is extremely poor quality and does not match the style of the other railing on the project. | | |



| Podium Deck | #10 | Border between gravel bed and sloped topping slab does not match detail. Design calls for [non-perforated] stainless steel angle retainer edge on gravel bed, where it is taller than adjacent concrete.  Currently, a piece of 2x lumber is exposed at this location | | |



CONFIDENTIAL                                                      PLAINTIFFS_00007126

Field Report                                    BCS   11.24.2015

| Location | Item | Description |
| --- | --- | --- |
| Podium | #11 | Loose conc paver near SE corner of deck, outside of Community Room. Adjust pedestal. |



Mailboxes

Loose corner

| Building 3, Level 3 | #12 | Confirm that EXIT signage has correct arrow indicators and illuminated faces at all locations. |



| Building 3, Podium Deck | #13 | Plywood form board still installed at paver/conc transition, near main breezeway entry |



| Stair 1 North | #14 | Paint drops on CMU stairwell walls and conc floor, ceiling texture is uneven, exterior stucco corner at Level 5 damaged. |

   

CONFIDENTIAL

Field Report                                                    BCS   11.24.2015

| Building 1, #15 Level 6 | Sheet metal pilaster caps have an odd 'flap' at the beam tie-in point, and sloppy visible sealant joints.   Beams are to have sheet metal caps, per CD detail, not yet installed.  Integrate pilaster & beam caps per specification quality standards for exposed sheet metal seams. |



| Buildings #16 1&3, Level 5&6 | TPO seaming material has been used to seal sheet metal cap flashing at numerous locations.  TPO material drops over the edge of the sheet metal cap flashing at other, seemingly random locations, visible from the walkway below. Multiple short pieces of sheet metal have been used to flash continuous edges at numerous locations, creating unnecessary joints.  Gap visible under parapet cap flashing - flashing height not adequate to lap onto stucco below |

Example of proper sheet metal corner - no visible sealant or TPO, tight straight seam



Field Report                                      BCS   | 11.24.2015 |

| Location | Item | Comment | Action |
|---|---|---|---|
| Garage, G2, East wall | #17 | Water is leaking down into the parking garage from the ceiling of the garage, over parking space #8. | |



CONFIDENTIAL                                      PLAINTIFFS_00007129

Field Report

BCS | 12.01.2015

**Field Report: Oak Creek Village Apartments, Phase 1**

Bercy Chen Studio

Date:

| Report #: | B-12 | Verification Items: |
| Time: | 8:00am | |
| % Complete | 99% | |
| In Progress: | Planting, Cleaning, Unit Punch, **TCO issued for Phase 1B** | |
| Attendees: | TL | |

| Location | # | Description | Action |
|---|---|---|---|
| All | #1 | With TCO issuance, Phase 1B can begin to be occupied, however several possible life-safety / code compliance issues were observed that should be addressed immediately, prior to tenant occupancy.<br>1. Stair 1 North lacks self-closing hinges and egress signage at level 3 gate.<br>2. West trash chute doors are not installed on several levels, meaning that the required fire rated assembly for this chase is not complete. Also, temporary plumbing valves are surface mounted on the walls in the trash vestibules, walls are unpainted & unfinished.<br>3. Fire doors are north ends of Buildings 1 & 3 are pad-locked shut, blocking a required egress route and creating over-long dead ends.<br>4. The double doors on the north wall of the garage do not latch, due to missing hardware. These are 90 minute doors that are part of a required fire wall separation.<br>5. The smell of exhaust in the garage was very strong, and both fans were not running. Per discussion in the OAC meeting, Weis is to force these to run continuously per UMC provisions, while improvements to the detection system are priced. | |
| Garage Concrete | #2 | Vertical concrete surfaces are partially finished, with un-finished walls remaining around the south end of the Garage. | |
| Retaining Walls | #3 | BCS, Weis, and ERWS met to review weak & crumbling retaining wall conditions. ERWS stated that their punch process will include re-building all low-strength & broken sections, as well as removing mortar drops & cleaning. BCS recommends removing all loose stones adjacent to pedestrian walkways immediately, and certainly prior to tenant occupancy.<br><br>BCS also noted that the retaining wall on the south side of Building 1 is missing it's top course. | |

PLAINTIFFS_00007130

Field Report                                        BCS    12.01.2015

| Location | BCS | Description | Action |
|---|---|---|---|
| Level 3 Corridor, Building 1 | #4 | Several damaged stucco corners observed.  Stucco walls are not straight in some locations, causing 3/4" or larger gaps between wall & pavers, which will be a problem with collecting debris. | |
| Level 3 Corridors | #5 | OSB form boards from topping slab install have been left in place, and are disintegrating.  Pavers should directly abut topping slab ramps, with 1/4" max gap.  BCS would accept cedar or redwood joint strip as an alternative, but the OSB must be completely removed. | |
| Buildings 1 & 3, Downspouts | #6 | Two downspouts above the garage do not have a piped connection through the podium deck.  If these discharge onto the topping slab, staining will result.  Weis & BCS discussed – Weis will review with waterproofing subcontractor to determine if deck penetration is feasible.<br><br>One downspout & overflow is missing.  The garage penetration is in place. | |



PLAINTIFFS_00007131

Field Report                                                    BCS    12.01.2015

| Location | Item | Description | Action |
|----------|------|-------------|--------|

**Building 3, Level 3**   #7   Incomplete guardrails at unit balcony.



**Fitness Room**   #8   Interior finish out in progress.  Confirm restroom ceiling is 7'-0" clear below AC unit.  Exterior door to Community Room is locked but still able to be opened, due to missing strike plates.



**Level 3, Building 3**   #9   Drain inlets at south side of Building 3 (2 total) are to be buried below gravel covering, per PCO-049.  Provide filter screens to prevent wash out. Recommend waiting for gravel exchange to make this adjustment.



**Building 3, Roof deck drains**   #10   The outlets from the North & South Roof Decks are not tied into the adjacent downspouts as designed.  They currently discharge down the face of the building and have caused staining.





Field Report                                                  BCS    12.01.2015

| Location | Item | Description | Action |
|----------|------|-------------|--------|
| Surface Parking, SE | #11 | Pole light on site, awaiting installation. | |



| Splash Pad | #12 | Splash pad area has been stained with what appears to be cementitious material. | |



| Building 4, Elevator, Level 2 | #13 | Concrete foundation depression traps & holds water against the elevator shaft; should slope to drain away. | |



| Building 4, Level 2 | #14 | Landscaping area drain missing screen cover. | |



CONFIDENTIAL

PLAINTIFFS_00007133

Field Report                                                   BCS    | 12.01.2015 |

| Location Item | | Comment | Action |
|---|---|---|---|
| Building 1, Level 3 & 4 | #15 | Unit number signs are applied based on the original CMH numbering scheme, not the updated & correct version. | |
| Building 1, Unit 1415 | #16 | Unit "1415" (actually 1413) was reviewed by Joe, Conor, Mark, BCS, and Weis, to check on reports of subfloor, flooring, and ceiling issues. The ceiling in the bedroom had a failed joint, with tape drooping off of the ceiling.<br><br>The floor shows visible ripples and bubbles in some locations. Whether this was attributable to subfloor failure, subfloor minor imperfection, or floor install error was not able to be determined.<br><br>Conor's independent review noted flooring issues in 3601, 1604, 1605, and 1508. (Many units were not available for review at the time of his walk through).<br><br>Amy has also reported flooring issues (11.24.15) in<br>3311<br>3310<br>3408<br>3409<br>3411<br>3413<br>1608<br>1609<br>1610<br>1612<br>1613<br>1615 | |

CONFIDENTIAL

Field Report

BCS 12.08.2015

## Field Report: Oak Creek Village Apartments, Phase 1

Bercy Chen Studio

Date:

| | |
|---|---|
| Report #: | B-13 |
| Time: | 8:00am |
| % Complete | 99% |
| In Progress: | Cleaning, Unit Punch, **TCO issued for Phase 1B** |
| Attendees: | TL |

Verification Items:

| Location | Item | Description | Action |
|---|---|---|---|
| All | #1 | Possible life-safety / code compliance issues were observed in Phase 1B that should be addressed immediately, prior to tenant occupancy.<br>1. Fire doors at the north end of Building 1 on at least a few levels are pad-locked shut, blocking a required egress route and creating over-long dead ends.<br>2. The double doors on the north wall of the garage do not latch, due to missing hardware. These are 90 minute doors that are part of a required fire wall separation.<br>3. The garage exhaust fan ran intermittently, not full-time. As discussed, the exhaust will either run full-time or be operated by a combination $CO/NO_2$ detection system, per UMC requirements.<br>4. The SE yard area adjacent to the surface lot includes multiple fall-hazard locations that are either unprotected or under-protected by temporary wood rails that do not meet IBC guard design requirements for open area or lateral strength. | |
| Lighting | #2 | 1. Light shields on the north end of Building 1 still need to be re-done.<br>2. Several breezeway lights aren't installed yet in the main entrance. | |
| Railings | #3 | Rust was observed at many locations on the guardrails. The interior side of the perforated panel frames appear to be unpainted.<br> |  |

CONFIDENTIAL

Field Report                                        BCS   12.08.2015

| Location | BCS | Detail Notes | Attack |
|---|---|---|---|
| Level 6 Deck | #4 | Many wood deck tiles are loose or improperly supported, especially cut tiles around the perimeter. | |



| Downspouts | #5 | See ASI-034 for garage sidewall downspout penetrations. | |

CONFIDENTIAL

Field Report

BCS    12.15.2015

**Field Report: Oak Creek Village Apartments, Phase 1**

Bercy Chen Studio

Date:

| | | |
|---|---|---|
| Report #: | B-14 | Verification Items: |
| Time: | 8:00am | |
| % Complete | 99% | |
| In Progress: | Cleaning, Unit Punch, **TCO issued for Phase 1B** | |
| Attendees: | TL | |

| Location | Item | Description | Action |
|---|---|---|---|
| Retaining Walls | #1 | Additional retaining wall correction items:<br>1. Drain piping should not protrude beyond the face of the wall. Piping is very thin-walled and fragile, and will be subject to breakage – cut off excess pipe flush w/ surrounding mortar.<br>2. Wall adjacent to Building 1 south face is unfinished, missing part of the top course. Top edge is poorly capped. | |
| | |  | |
| Garage Fan | #2 | Garage exhaust was observed to be off. Weis informed the team that the City of Austin inspector overrode the UMC code requirement for continuous-operation exhaust, in favor of CO-detection triggered operation, and that PES is following up with the inspector to try to reach an agreement | |
| Gravel Beds & Corridors | #3 | Podium-level gravel beds & corridors are littered with a fair amount of debris from construction. Recommend complete removal & cleaning prior to tenant occupancy, to establish a clean first impression and good precedent. | |

CONFIDENTIAL

Field Report                                                    BCS     12.15.2015

| Location | BCS | | Action |
|----------|-----|--|--------|
| Ramp Transitions | #4 | Old OSB forms have been removed from ramp transitions to pavers. The resulting 5/8" to 7/8" gap will need to be filled in flush with a durable, traffic-rated material (redwood, cedar, concrete) to provide a TAS-compliant route.  | |
| Podium Entrance | #5 | Large amounts of soil run-off observed on the podium deck after this weekend's rail. Trench drain and several area drains will likely need to be cleaned out. Recommend either extension of the retaining wall, or installation of silt fence until this area is landscaped.  | |
| Stairs | #6 | Related to last week's observation that the guardrails are not fully painted and beginning to rust, the exterior (and interior) stairs also have numerous visible locations that are unpainted and showing rust, contributing to staining of walkways and painted surfaces below. During a prior discussion on site with Weis (David), BCS was told that precast concrete treads would be removed prior to painting of the metal stair components, but it is clear that this didn't happen on Stair 1 South and Stair 1 North.  | |

PLAINTIFFS_00007138

Field Report

BCS   12.15.2015

| Location | BCS | | |
|---|---|---|---|
| Wall-mount path lights | #7 | Along top floor walkways, several of the low-level path lights have the covers removed / knocked-off.  One of the displaced covers didn't have it's set-screw tightened, causing it to fall off easily.  Check that these are adjusted for tight fit. | |
| Building 4 Downspout | #8 | The downspout on the south face of Building 4 was installed incorrectly. The RFI-121 response called for this downspout to be located on the east face of the trash vestibule roof, running down to the Level 4 roof just below it. | |
| Building 3, Level 6 | #9 | Construction debris outside the door of an occupied unit. | |



CONFIDENTIAL

Field Report                                                      BCS    12.15.2015

| Location | BCS | | Status |
|---|---|---|---|
| Stair 1 North | #10 | Interior stairwell walls were not adequately protected during ceiling painting, railing painting, and other operations and require cleaning. 1" of standing water observed at the bottom level of the stair, source unknown.  Code-required signage still missing from Level 3 egress gate.  Level G1 door, fire rated, stops short of fully latching.  Level G1 wall has exposed OSB left over from forming that needs to be removed & joint sealed. | |



CONFIDENTIAL

Field Report

BCS | 02.08.2016

# Field Report: Oak Creek Village Apartments, Phase 1

Bercy Chen Studio

Date:

Report #:    **Punch List: Interior Public Spaces**          Verification Items:
Time:        1:00pm
% Complete
In Progress:
Attendees:



| Location | Item | Observation | Action |
|---|---|---|---|
| Women's RR, Bldg 4, Lvl 2 | | | Flooring:  Spattered with paint throughout. Clean or replace.  Poorly cut at floor drain - caulk used to patch doesn't match. Replace cut pieces. |
| Women's RR, Bldg 4, Lvl 2 | | | Door Frame:  remove dripping paint @ top left interior corner, remove caulk. Door:  Bad texture @ bottom 1/3 - repaint Vanity Light:  clean base |
| Women's RR, Bldg 4, Lvl 2 | | | Water Fountains:  repair base of wall trim, remove loose material protruding from beneath base trim, provide seamless patch at cut concrete slab |

CONFIDENTIAL

PLAINTIFFS_00007141

Field Report                                    BCS   02.08.2016

| Location | BCS | Picture Name | Action |
|---|---|---|---|
| Business Center | | | Exterior Sign damaged. Repair stucco hole below sign. Perimeter of interior floor appears to have paint overspray in some spots - remove. |
| | | | Wall plates: most are painted to the wall. Telecom/Data plates were removed after painting and have cracked painted edges. Remove paint from plates, repair damaged areas. |
| | | | Paint: NE corner near windows needs paint touch up. Door track has inconsistent sheen and needs touch up |



PLAINTIFFS_00007142

Field Report                                                    BCS    02.08.2016

| Location | BCS | Issue/Action | | Action |
|----------|-----|--------------|---|--------|

**Business Center Cont.**



Door Hardware:  Replace damaged closet door hardware, and re-install the rest with proper prep.  Strike plates and latch plates are not mortised in.  Flush bolt is crooked.  Random screws used.  Paint on hinges.  Paint on latch rosette.

@ Barn doors, replace mounting bolt & nut with flat head, flush fastener.

**Theater / Classroom**

- Same paint comments regarding wall plates.
- Clean recessed lighting trim - remove all fingerprints and paint
- Same comments regarding closet door hardware, which doesn't latch.  Not one piece of hardware is well installed.
- Remove dust coating HVAC equipment and closet.  Walls appear to be painted in different sheens



Field Report

BCS    02.08.2016

| Location | BCS | Description |
|---|---|---|
| Theater / Classroom cont | | Plug door & frame holes.  Remove paint from hardware.  Replace all soffit perimeter pieces - permanent marker, scraped, mangled |
| East Trash Room | | Replace scarred interior door handle.  Door handle scratches interior side of door when operated - touch up door paint.  Install matching hinge screws in all hinge screw holes.  Replace all sheetrock in west half of room.  Remediate molded areas.  Install FRP as discussed.  Confirm that walls are clad in exterior MR Gyp, per 3/A0.03. |



CONFIDENTIAL

Field Report                                                                    BCS    02.08.2016



**East Trash Continued**

PCO 67 called for fire/smoke dampers at the trash room.  RFI 118 response called for a 72" picket fence across the edge of sidewalk between Trash & Garage, to block access to the Wilson street yard.

**IDF, Building 4, Level 5, South**

No threshold installed.  Damaged interior lever.  No weather seals.  Exposed OSB.  Walls and ceilings not taped and floated; required based on fire ratings.  Large cut-outs adjacent to wall outlets?

Field Report                                         BCS    02.08.2016

| Location | BCS | Observations | Action |
|---|---|---|---|



IDF, Building 4, Level 4, North

Similar comments to IDF level 5. Room is not finished. Open holes into unit demising wall are unacceptable for fire rating. Door lacks deadbolt and cannot be secured. This is a wood-framed wood interior door in an exposed exterior location and should be HM.

Comm. Room, Bldg 3, Lvl 3

Adhesive/caulk on threshold and conc in front of door. Dead bolt strike plate is set in too deep - should be flush. Replace latch strike with correct piece for frame depth. Repair interior casing at hinges & repaint. Replace nail-split casing piece on latch side. Daylight streaming in at top corner, latch side, hinge side, and across the entire bottom edge. Repair weather stripping and door bottom to be air/water tight. Touch up frame paint, interior/exterior. Exterior lever & deadbolt seem to have been sandblasted or chemically etched - replace.

Field Report                                                    BCS    02.08.2016



| Location | BCS | Description | Picture |
| --- | --- | --- | --- |
| Comm Room | | Clean and tighten light trims. | |
| Comm Room | | Remove paint from all door hardware (typ all doors).  Replace frame & casing pieces with bad cuts for hardware prep.  Use hinge screws in hinges.  Provide cover plate for open pull box. | |
| Fitness | | At one point, a large mirror was discussed for the north wall - was this not approved?  Paint on rubber floor tile below water fountain | |

CONFIDENTIAL

Field Report                                                    BCS   | 02.08.2016 |

| Location | BCS | Description | Status |
|---|---|---|---|

**Fitness RR, South**



No water @ sink. Emergency lighting not fully mounted. Excess grout on floor.

**Fitness RR, North**



Sand & repaint top left corner of door casing. Remove excess grout from walls & floor. Clean floor. Sink does not produce hot water.

**Fitness**



Door threshold slopes to the interior and is too short; needs to extend to face of stucco. Exterior wall around door/windows spattered with concrete. Light visible @ bottom of door - repair seal. Sand & repaint top right interior side of door frame around hinge. Tighten exterior lever.

CONFIDENTIAL

Field Report                                                                  BCS    02.08.2016

| Location | BCS | Field Report | Action |
|---|---|---|---|
| Breezeway, Bldg 3, west of main entry | | | Large gap between pavers & topping slab was sealed, not filled with a cedar or redwood strip as discussed.  As a result, removing the paver for maintenance or replacement will ruin the joint.  Sealant was applied very poorly & unevenly, backer rod is protruding from the middle of the joint. |
| 6th floor deck | | | South deck access gate was not installed per design.  PCO-61 has this gate mounted on the north face of this opening, not inside of it, so that it can open 180 degrees and lay flat against the breezeway wall.  As installed, the door opens 90 and obstructs egress in the breezeway corridor.  Would accept flipping the swing to open inward and lay flat against the Kitchen wall.  Re-install, and provide hold opens for both gates as indicated in the PCO.  Add strike plate.  Touch up stucco where steel work burned or over-sprayed. |
| 6th floor restroom, west | | | Missing strike plate.  Deadbolt strike inset too deep - set flush with frame.  Clean floor drain cover to like new condition or replace.  Hole in wall above tile (possibly due to data work).  Clean light trim & lens.  Install grab bars & provide proof of blocking.  Remove paint from door hardware.  Chip off excess mortar from top edge of wall tile. |



CONFIDENTIAL                                                          PLAINTIFFS_00007149

Field Report                                                            BCS    02.08.2016

| Location | BCS | Detail Notes | Action |
|---|---|---|---|
| 6th Floor Deck | | | |



Wood tile installation is generally very poor quality and poses hazards to users. Recommend closing this area off until defective conditions are remedied. Edge tiles are loose and will slide out horizontally in multiple locations. Edge tiles are not well supported in many locations. Center tiles creak and 'give' under foot. Tiles are stained, coated in adhesive residue, and damaged. Construction debris is visible beneath the tiles. Replace all damaged pieces. Fully secure all loose pieces. Stabilize all pieces completely - no creaking or bouncing. Clean to like new condition.

Edge conditions at parapets are not installed per detail in PCO-44. These were to be wrapped in ipe material.

South closet door is not complete. Weather barrier membrane has been exposed for some time and needs to be trimmed out.

**6th Floor Deck**

South Deck drainage outlets: replace collector head & tie in with low-slope gutter tying into downspout above vents. Replace badly cut & damaged sheetmetal flashing around drainage outlet. Clean. Central Drain Outlet: This was not built per design, looks bad, and will continue to stain the wall below the opening. Add extension to outlet, cover sheet metal parapet and opening gap in ipe as designed.

CONFIDENTIAL

Field Report

BCS   02.08.2016

| Locations | BCS | Contractor Notes | Status |
|---|---|---|---|
| Leasing / Prop Manager | |  | Frames & hardware for both doors are in poor condition. Install larger threshold to cover wood tile transition. Install missing frame screws. Remove shipping sticker from door. Remove sprayed texture from door edge. Replace painted door seals. Install strike plates flush & receiver piece to cover exposed wood. Interior of leasing door is dented - replace.<br><br>Also, the leasing office glazing has an odd sticky film near the top edge, interior side. |
| Top floor breezeways | | | Many low level lights are missing covers. As noted previously, these lights come with security set screws, which were not tightened properly on many of these lights, leaving the covers loose. Replace all missing covers. |

CONFIDENTIAL

Field Report                                                                    BCS    02.08.2016

| Location | BCS | | Picture |
|---|---|---|---|
| Fire closet Building 1, level 5 south | | | Similar comments to IDF level 5. Room is not finished. Open holes into unit demising wall are unacceptable for fire rating. Threshold dos not appear to be well sealed at the edges and will let water enter. Roof directly in front of this closet has a very soft spot, and has a low spot that will retain water. |



CONFIDENTIAL

Field Report

BCS  02.09.2016

## Field Report: Oak Creek Village Apartments, Phase 1

Bercy Chen Studio

Date:

| Report #: | **Punch List: Ground Level Exterior** | Verification Items: |
| Time: | 1:00pm | |
| % Complete | | |
| In Progress: | Voice/Data installs by Owner's other contractor, pressure washing | |
| Attendees: | | |



| Location | | Observation | Action |
| SE Corner, Transformer | | Remove extra materials & debris.  Replace toppled bollard & repair damage. | |
| SE yard | | Remove temporary signage & bike rack protection, when allowable by AHJ.  Confirm bike racks are fully anchored and finished. | |
| Wilson Frontage | | Restore bare planted areas along fence & retaining wall.  Several utility boxes and conduits are exposed & protruding above surrounding grade - cover conduit completely, and set surround grade per Civil details.  Remove concrete sidewalk remnants, per previous Civil direction. | |

PLAINTIFFS_00007153

Field Report                                                          BCS    02.09.2016

| Location | | |
|---|---|---|
| All Retaining Walls |  | |

Despite previous repairs, stone retaining walls continue to crumble apart along top edges.  Several loose stones observed, and many locations show mortar/stone separation, especially head joints near the top of wall.  Holes along tops of walls for future guardrails appear to be a contributing factor, but this issue is more widespread than can be explained by that factor alone.  Additionally, workmanship is very poor.  Excess mortar was not cleaned from the tall walls facing the building, among other areas.  Toothed in repairs are noticeable.  Form board for adjacent sidewalks protrudes up above the sidewalk level.  Surveyors painted the railing & wall near the SE corner of Building 3.

| SE Corner Bldg 3 |  | |
|---|---|---|

Black waterproofing material is visible @ meeting of retaining wall & building @ east wall, and to a lesser extent the west wall, that is probably not UV-exposure rated.  Provide mortar-matched sealant (Aluminum NP-1 or sim.) joint w/ backer rod @ meeting of retaining wall / building on the east-facing wall.  Joint should be well sealed at the top, and recessed from stucco face.  East wall storm drain does not have a drain assembly - just a cut off plastic pipe flush with grade.

| Podium |  | |
|---|---|---|

Pavers near the community room have sealant/adhesive clumps firmly stuck on the face - clean.  All pavers should be thoroughly cleaned at conclusion of other punch work that threatens to soil them.

Field Report                                                                          BCS      02.09.2016

| Location | BCS | Description | Status |
|----------|-----|-------------|--------|
| Stucco | | Stucco quality is poor. It is uneven, warped, and scarred on virtually every surface, far below the quality of the mockup. Stucco is also stained in many locations. At time of photography, pressure washing was in progress. Washed areas displayed mixed results: some rust/runoff stains were removed, some were not. No concrete splatter stains appeared to be affected by the wash. The aluminum edge profiles have not improved. They are badly stained and unacceptable as is. Paint is a short-term solution that will significantly add to the Owner's maintenance burden. | |



CONFIDENTIAL                                        PLAINTIFFS_00007155

Field Report

BCS 02.09.2016



PLAINTIFFS_00007156

Field Report

BCS    02.09.2016



PLAINTIFFS_00007157

Field Report

BCS   02.09.2016



CONFIDENTIAL

Field Report                                                                         BCS    02.09.2016

| Location | | | |
|---|---|---|---|
| Soffit Trim | - Joint gaps are often excessively large.<br>- Frequently stained by mud, paint, sealant, stucco<br>- Some dented or nicked sections<br>- Bad sealant joint between extrusion and hardiesoffit | | |



Field Report                                                                    BCS    02.09.2016

| Location | BCS | Description | Action |
|----------|-----|-------------|--------|
| Misc. Cleaning & Repair | | - Gravel beds were not well cleaned after construction - mortar/stucco drops and other trash still present<br>- Deck drains shall be completely free of concrete and other obstruction.<br>- Vent covers shall be cleaned to like-new condition.<br>- Remove staining from vertical concrete, including below catwalk, and along internal site drive | |



CONFIDENTIAL                                                      PLAINTIFFS_00007160

Field Report                                                BCS   02.09.2016



| Location | | | Detail |
|---|---|---|---|
| Bldg 3 | | | Install missing downspout & overflow. |
| Door Paint, all | | | Re-check & touch up door & frame paint - several weak spots noted. |
| Breezeway lights | | | Typical Breezeway light repairs:<br>- Remove debris from lenses<br>- Confirm all tamper-resistant screws are installed<br>- Replace cracked or warped lenses<br>- Tighten loose fixtures to soffit |
| Elevator 4 elec room | | | Remove exposed conduit & run concealed. Repair stucco. |

CONFIDENTIAL

Field Report                                          BCS     02.09.2016



| Location | | | |
|---|---|---|---|
| Unit Entries | | | |

Most door head flashings are still unacceptable.  Make repairs discussed previously.

Exterior Wall Base @ podium level

Waterproofing exposed below stucco termination is not intended for UV exposure or contact/abuse and already exhibits signs of degradation throughout.  OSB and exterior gyp sheathing are exposed in several locations.

Coordinate with waterproofing manufacture for repair options that will maintain warranty and improve appearance.

Exterior steel

As noted previously, exterior steel is not completely painted in many locations, and is already generating rust staining.  Remove rust and fully paint exterior steel per construction documents.

CONFIDENTIAL

Field Report                                                                  BCS    02.09.2016



| Location | BCS | Description | Action |
|---|---|---|---|
| Soffits near stairs | | | Remove water damaged soffit material, and any other material affected.  Remove unpainted hardie fascia pieces.  Install drip edge flashing behind hardie fascia as previously discussed.  Pre-paint new hardie fascia before installation.  Align exposed fastener heads |
| Light Shields, North end | | | Remove temporary cardboard/tape from Building 4 lights.<br>Building 2 light shield extensions look terrible and are not accepted.  Fabricate 2 new shields based on PCO 64 dimensions.  Do not remove existing shields until replacements are ready. |
| Garage, North | | | Pipe penetration must be firestopped and sealed in accordance with an approved 3hr UL system.  Currently, foam padding is exposed, partially filling the opening.  Paint pipe balcony gray. |

CONFIDENTIAL

Field Report                                                                    BCS    02.09.2016

| Location | BCS | | Action |
|----------|-----|---|--------|
| Garage West Concrete Exterior | | | Remove concrete splatter from entire wall & FDC connection.  Parge scarred/textured areas.  Remove staining & markings. |



| South Stair 1, bottom | | | Clean and paint extra embed plate, balcony gray. |

| SE Bldg 1 | | | Hose box will not close, due to hose connection placement.  Remove filter fabric, clean, add soil to fill sinkhole adjacent to drain. |

CONFIDENTIAL

PLAINTIFFS_00007164

Field Report

BCS 02.09.2016

| Location | BCS | Description | Action |
|---|---|---|---|
| SE Bldg 1 | | - repair stucco hole behind downspout<br>- repair & clean stucco around electrical conduit<br>- clean out trench drain and ensure bottom of drain slopes to outlet, does not trap standing water<br>- Add white traffic stripe to nosing of 5" step-down near trench drain (Owner has declined to install gravel)<br>- Clean stucco | |



Float chipped areas smooth, clean.

PLAINTIFFS_00007165

Field Report

BCS    02.16.2016

## Field Report: Oak Creek Village Apartments, Phase 1

Bercy Chen Studio                                                                            Date:

| Report #: | **Punch List: Garage** | Verification Items: |
|-----------|------------------------|---------------------|
| Time: | 10:00am | |
| % Complete | | |
| In Progress: | | |
| Attendees: | | |



| Location | Item | Description | Action |
|----------|------|-------------|--------|
| G1 North | | | This wet spot was 1st noticed 1-2 months ago and doesn't seem to have changed. Can't tell if this is a stain or waterproofing failure. This location is adjacent to the long-open pit where the garage was extended for FDC access on the podium level. |
| All Garage | | | All ceilings, walls, floors require cleaning to eliminate layout marks, weld burn marks, stains, etc. |
| Striping | | | Striping flaws noted - unsure if this is wear/tear or application error. Also, incorrect directional arrow on G1 has not been addressed. |
| Electrical | | | - Several open ceiling mounted boxes observed.<br>- Chain of boxes partially open with plastic-jacketed wiring exposed.<br>- Large elec panels on east wall of stairwell are unlocked<br>- Bollards protecting elec panels are empty, unpainted, uncapped. Fill w/ conc, cap & paint. |

CONFIDENTIAL

Field Report                                                    BCS    02.16.2016

| Location | BCS | Client Notes | Pictures |
|---|---|---|---|

**Leaks, All** — Many locations exhibit signs of water intrusion, on both levels, usually at the top of wall/ceiling joint. Photographed locations are perimeter walls unless noted otherwise



G1



G1



G1 - base of wall near ramp



G1 - ceiling drips near elevator, originating from G2 ceiling directly above



G1 - ceiling near ramp



G2 - trash room



G2



G2 - water dripping @ rapid rate from electrical boxes



G2 - water dripping @ rapid rate from electrical boxes



G2 - location of previously discussed leak (below entry sidewalk) still leaking

CONFIDENTIAL

Field Report                                                            BCS    02.16.2016



Leaks, All

G2 - location of previously discussed leak (below entry sidewalk) still leaking

G2 - location of previously discussed leak (below entry sidewalk) still leaking

G2 - ceiling SW of elevator core, below Unit 3300

G2 - ceiling SW of elevator core, below Unit 3300

G2

G2 - Fire Control Room

G2

All

Coordinate with owner for removal of extra material - doors, sheet metal, concrete core (SW corner), steel, etc.

Floor

Loose filler strips @ floor perimeter are coming up. Remove concrete/mortar drops throughout

CONFIDENTIAL

Field Report                                                                BCS   02.16.2016

| Location | | | Action |
|---|---|---|---|
| Lighting |  | | Many lights have damaged, loose, or missing shields. As noted previously, most of the mfr-provided tamper-proof security screws were not installed. Replace all damaged or missing shields.<br><br>Adjust chain-hung fixtures to hang level. |
| Wall/ceiling |  | | Several locations have plastic sheeting either adhered or embedded into concrete. East perimeter wall of G2, West perimeter wall of G2 |
| Maintenance / Splash Pad Room |  | | - Remove effluorescence staining @ bottom course of CMU from equipment leak.<br>- Replace molded door frame & damaged bathroom door.<br>- Finish bathroom interior. Paint all gyp surfaces, clean-up / replace damaged wall board.<br>- Double door doesn't latch securely - can be pulled open when locked.<br>- Overwhelming chlorine/chemical odor present. Exhaust system does not seem to be running properly or is not adequate for equipment. Confirm proper operation. |
| Floor Drains |  | | Replace obstructed, stained or otherwise less-than-new quality drain grates. Trim back or remove excess fabric material around grates. |
| Accessible Signage |  | | Install wall mounted signage.<br><br>Confirm that G1-level Van Accessible signage & striping was installed, to compensate for lack of adequate vertical clearance on G2. |

PLAINTIFFS_00007169

Field Report                                                BCS   | 02.16.2016 |



**G1 Ramp** — Re-float scarred and scratched vertical concrete surfaces surrounding G1 entry ramp. Chamfer bottom edge of G2 half wall approx 1/2" to remove small chips and breaks.

**Misc**
- Trench drain @ entry: OSB piece @ east side of drain protrudes up above grate. Grate appears to stop more than 1" short of opening on that end. How is train channel waterproofed and terminated on this end?
- Guardrail paint incomplete @ Stair A South.
- West wall of main entry: concrete splatter on stucco. The appearance of the waterproofing below stucco termination is unacceptable and cause for concern - why is it stained black/brown and patchy in appearance?
- Cut off PCV weeps @ retaining walls cleanly.

PLAINTIFFS_00007170

Field Report

BCS  | 02.22.2016 |

**Field Report: Oak Creek Village Apartments, Phase 1**

Bercy Chen Studio                                                                                                    Date:

| Report #: | **Punch List: Exterior General** | Verification Items: |
| Time: | 2:00pm | |
| % Complete | | |
| In Progress: | Parking Lot corrections | |
| Attendees: | | |

| Location | Item | Description | Action |
|---|---|---|---|
| Stucco flashing details | | Stucco wall-to-parapet cap flashing details are unacceptable, aesthetically and functionally (waterproofing). Badly cut flashing & sheet metal, large gaps, visible weather barrier fabric and sheathing, wads of sealant that do not fully close flashing gaps, missing stucco termination profiles, and sharp exposed edges are common. Remove defective work in it's entirety and replace. | |



CONFIDENTIAL

PLAINTIFFS_00007171

Field Report                                                    BCS   02.22.2016



| Location | | |
|---|---|---|
| Bldg 2, level 5 | | Missing FEC & extinguisher.  Remove over-exposed weatherproofing, and any water/weather-damaged materials underneath.  Notify Owner/Architect of any signs of water penetration into the wall assembly.  Replace all damaged material, w/ complete tie-in to surrounding weather barrier & flashing per all mfrs recommendations.  Install specified FEC & extinguisher, keyed to match others. |
| Breezeway floor | | Typical:  Along all breezeway railings, concrete patches at vertical supports was done in two ways:  neatly cut-out square patch, and floated-in, not square, not cleaned up.  The neatly cut patches appear to be holding well, while the loose patches are nearly all cracking apart, allowing water to penetrate below the surface.  Redo all cracked patches. |
| Bldg 2 | Replace green exit sign with specified red.  Remove door frame paint overspray from stucco. | |
| Bldg 1 | | Large gap visible between top of stucco wall covering, and aluminum extrusion/flashing.  Extend stucco up under flashing. |
| Bldg 3 | | Breezeway concrete patch splattered on stucco wall adjacent and below, and remnants remain on walkway surface. |

Field Report                                      BCS   02.22.2016



| Location | | Status |
|---|---|---|
| Bldg 2 | | Top of wall trim detail was not installed in some locations.  Is this for fire-rating reasons? |
| Typical breezeway | | Remove guardrail paint overspray on stucco face. |
| bldg 4, south | | TPO piece protrudes beyond edge of stucco wall and doesn't seem to be tied in or terminated. |
| bldg 4, south, level 5 | | 10-16 small holes drilled around perimeter of fire-rated glazing frame, showing rust-colored staining inside.  Other similar windows do not appear to have these.  Provide evidence that this is a factory-installed feature, intended to remain open & exposed, OR if this is a field-modification, provide mfr note certifying that window assembly fire rating has not been compromised. |
| bldg 3, north, level 6 | | Mag hold-open is not functioning on the west leaf. |

CONFIDENTIAL

Field Report                                                          BCS   02.22.2016

| Location | Photo | | Remark |
|---|---|---|---|
| Podium deck | | | Clean podium deck.  Remove all stains, construction adhesive, chalk-lines, stucco, and concrete drops, etc. |
| Typical | | | Remove stucco stains |
| Building 1/3 wall, level 6 | | | Poor stucco transition joint - lacks termination piece, not straight or plumb |
| | | | |



PLAINTIFFS_00007174

Field Report                                                    BCS    02.22.2016



| Location | BCS | Contractors | Architects |
|---|---|---|---|

**Stair 1 North**

General Note:  Construction docs do not call out CMU finish for stair interior.  However, because the exposed CMU (and concrete floor & treads) was not adequately protected during construction, it is not suitable as-is to be finish material.  Provide finishing options to Owner, for clean, like new appearance.

Specific issues:
- writing, scars, paint, conc splatter, burns visible on walls & floors
- 1"+ gaps along perimeter of stair landings need to be closed - painted steel flat bar.
- stair tread perf is not fully painted.
- ceiling paint is uneven and dripped down onto walls.
- Conduit exposed on exterior, level 5, near floor.  Prone to damage & a trip hazard.

**Stair 1 North**

Fill & paint exposed CMU edge between stucco termination & door frame

Field Report                                                        BCS   02.22.2016

| Location | BCS | | Action |
|---|---|---|---|
| Podium, South |  | | install heel-proof grate (match trench drain @ main entry) for accessible route, per IBC/TAS |
| | | | (in progress) |
| | | | |

Defendant's
Exhibits

63

# City of Austin

# CERTIFICATE OF OCCUPANCY

## BUILDING PERMIT NO. 2014-051258 BP

## ISSUE DATE:   02/04/2016

**BUILDING ADDRESS:**   2301 DURWOOD ST BLDG 1
**LEGAL DESCRIPTION:**   LOT 1B OAK CREEK VILLAGE RESUB OF LOT 1

**PROPOSED OCCUPANCY:**
C- 105 Five or More Family Bldgs
New - New Construction Mulit-Family Res. Apts.

**BUILDING GROUP / DIVISION:**   R-2 / S-2
**NEW BUILDING SQUARE FOOTAGE:**   69637 SQ. FT.
**REMODEL BUILDING SQUARE FOOTAGE:**   0
**SPRINKLER SYSTEM:**   13R
**CODE YEAR:**   2012         **CODE TYPE:**   ibc
**FIXED OCCUPANCY:**   0         **NON FIXED OCCUPANCY:**
**TYPE OF CONSTRUCTION:**
**CONTRACTOR:**   Weis Builders, Inc.

## *************** CERTIFICATE OF OCCUPANCY *****************

### THIS IS TO CERTIFY THAT THE BUILDING OR STRUCTURE AT THE ADDRESS LISTED ABOVE HAS BEEN INSPECTED FOR COMPLIANCE WITH THE REQUIREMENTS OF THE AUSTIN CITY CODE FOR THE GROUP AND DIVISION OF OCCUPANCY LISTED ABOVE.

NEITHER THE ISSUANCE OF THIS CERTIFICATE NOR THE INSPECTIONS MADE SHALL LESSEN THE  RESPONSIBILITY OR LIABILITY OF ANY PERSON, FIRM OR CORPORATION

OWNING, OPERATING, CONTROLLING OR INSTALLING ANY APPLIANCE OR MATERIAL UPON THE PREMISE, OR DOING ANY WORK WHATSOEVER ON SUCH PREMISE.

THE CITY OF AUSTIN DOES NOT ASSUME ANY RESPONSIBILITY OR LIABILITY BY REASON OF THE INSPECTION OR REINSPECTION OF THE PREMISE; OR THE ISSUANCE OF THIS "CERTIFICATE OF OCCUPANCY"; OR BY ANY REASON OF ANY APPROVAL OR DISAPPROVAL.

BUILDING CODE REVIEWER: Natalia Olivera

**For Carl Wren Building Official**

2013TOGP 008663



# City of Austin

# CERTIFICATE OF OCCUPANCY

## BUILDING PERMIT NO. 2014-051259 BP

### ISSUE DATE: 02/04/2016

**BUILDING ADDRESS:** 2301 DURWOOD ST BLDG 2

**LEGAL DESCRIPTION:** LOT 1B OAK CREEK VILLAGE RESUB OF LOT 1

**PROPOSED OCCUPANCY:**

C- 105 Five or More Family Bldgs
New - New Construction Mulit-Family Res. Apts.

**BUILDING GROUP / DIVISION:** R-2 / S-2

**NEW BUILDING SQUARE FOOTAGE:** 56507 SQ. FT.

**REMODEL BUILDING SQUARE FOOTAGE:** 0

**SPRINKLER SYSTEM:** 13R

**CODE YEAR:** 2012    **CODE TYPE:** ibc

**FIXED OCCUPANCY:** 0    **NON FIXED OCCUPANCY:**

**TYPE OF CONSTRUCTION:**

**CONTRACTOR:** Weis Builders, Inc.

### \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* CERTIFICATE OF OCCUPANCY \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### THIS IS TO CERTIFY THAT THE BUILDING OR STRUCTURE AT THE ADDRESS LISTED ABOVE HAS BEEN INSPECTED FOR COMPLIANCE WITH THE REQUIREMENTS OF THE AUSTIN CITY CODE FOR THE GROUP AND DIVISION OF OCCUPANCY LISTED ABOVE.

NEITHER THE ISSUANCE OF THIS CERTIFICATE NOR THE INSPECTIONS MADE SHALL LESSEN THE RESPONSIBILITY OR LIABILITY OF ANY PERSON, FIRM OR CORPORATION

OWNING, OPERATING, CONTROLLING OR INSTALLING ANY APPLIANCE OR MATERIAL UPON THE PREMISE, OR DOING ANY WORK WHATSOEVER ON SUCH PREMISE.

THE CITY OF AUSTIN DOES NOT ASSUME ANY RESPONSIBILITY OR LIABILITY BY REASON OF THE INSPECTION OR REINSPECTION OF THE PREMISE; OR THE ISSUANCE OF THIS 'CERTIFICATE OF OCCUPANCY"; OR BY ANY REASON OF ANY APPROVAL OR DISAPPROVAL.

BUILDING CODE REVIEWER: Natalia Olivera

**For Carl Wren Building Official**

CONFIDENTIAL    2013TOGP 004970



# City of Austin

# CERTIFICATE OF OCCUPANCY

## BUILDING PERMIT NO. 2014-051260 BP
## ISSUE DATE:   02/04/2016

**BUILDING ADDRESS:**   2301 DURWOOD ST BLDG 3

**LEGAL DESCRIPTION:**   LOT 1B OAK CREEK VILLAGE RESUB OF LOT 1

**PROPOSED OCCUPANCY:**

C- 105 Five or More Family Bldgs
New - New Construction Mulit-Family Res. Apts., work to include Roof Decks, Fitness Center, Mail, and Community Room.

**BUILDING GROUP / DIVISION:**   R-2 / S-2

**NEW BUILDING SQUARE FOOTAGE:**   64478 SQ. FT.

**REMODEL BUILDING SQUARE FOOTAGE:**   0

**SPRINKLER SYSTEM:**   13R

**CODE YEAR:**   2012      **CODE TYPE:**  ibc

**FIXED OCCUPANCY:**   0      **NON FIXED OCCUPANCY:**

**TYPE OF CONSTRUCTION:**

**CONTRACTOR:**   Weis Builders, Inc.

## **************** CERTIFICATE OF OCCUPANCY ******************

### THIS IS TO CERTIFY THAT THE BUILDING OR STRUCTURE AT THE ADDRESS LISTED ABOVE HAS BEEN INSPECTED FOR COMPLIANCE WITH THE REQUIREMENTS OF THE AUSTIN CITY CODE FOR THE GROUP AND DIVISION OF OCCUPANCY LISTED ABOVE.

NEITHER THE ISSUANCE OF THIS CERTIFICATE NOR THE INSPECTIONS MADE SHALL LESSEN THE RESPONSIBILITY OR LIABILITY OF ANY PERSON, FIRM OR CORPORATION

OWNING, OPERATING, CONTROLLING OR INSTALLING ANY APPLIANCE OR MATERIAL UPON THE PREMISE, OR DOING ANY WORK WHATSOEVER ON SUCH PREMISE.

THE CITY OF AUSTIN DOES NOT ASSUME ANY RESPONSIBILITY OR LIABILITY BY REASON OF THE INSPECTION OR REINSPECTION OF THE PREMISE; OR THE ISSUANCE OF THIS "CERTIFICATE OF OCCUPANCY"; OR BY ANY REASON OF ANY APPROVAL OR DISAPPROVAL.

BUILDING CODE REVIEWER: Natalia Olivera

**For Carl Wren Building Official**

CONFIDENTIAL

2013TOGP 004971



# City of Austin

# CERTIFICATE OF OCCUPANCY

## BUILDING PERMIT NO. 2014-051261 BP
### ISSUE DATE: 02/04/2016

**BUILDING ADDRESS:** 2301 DURWOOD ST BLDG 4

**LEGAL DESCRIPTION:** LOT 1B OAK CREEK VILLAGE RESUB OF LOT 1

**PROPOSED OCCUPANCY:**

C- 105 Five or More Family Bldgs
New - New Construction Mulit-Family Res. Apts., work to include Theater and Maintenance.

**BUILDING GROUP / DIVISION:** R-2 / S-2

**NEW BUILDING SQUARE FOOTAGE:** 54216 SQ. FT.

**REMODEL BUILDING SQUARE FOOTAGE:** 0

**SPRINKLER SYSTEM:** 13R

**CODE YEAR:** 2012      **CODE TYPE:** ibc

**FIXED OCCUPANCY:** 0      **NON FIXED OCCUPANCY:**

**TYPE OF CONSTRUCTION:**

**CONTRACTOR:** Weis Builders, Inc.

## *************** CERTIFICATE OF OCCUPANCY ******************

### THIS IS TO CERTIFY THAT THE BUILDING OR STRUCTURE AT THE ADDRESS LISTED ABOVE HAS BEEN INSPECTED FOR COMPLIANCE WITH THE REQUIREMENTS OF THE AUSTIN CITY CODE FOR THE GROUP AND DIVISION OF OCCUPANCY LISTED ABOVE.

NEITHER THE ISSUANCE OF THIS CERTIFICATE NOR THE INSPECTIONS MADE SHALL LESSEN THE RESPONSIBILITY OR LIABILITY OF ANY PERSON, FIRM OR CORPORATION

OWNING, OPERATING, CONTROLLING OR INSTALLING ANY APPLIANCE OR MATERIAL UPON THE PREMISE, OR DOING ANY WORK WHATSOEVER ON SUCH PREMISE.

THE CITY OF AUSTIN DOES NOT ASSUME ANY RESPONSIBILITY OR LIABILITY BY REASON OF THE INSPECTION OR REINSPECTION OF THE PREMISE; OR THE ISSUANCE OF THIS "CERTIFICATE OF OCCUPANCY"; OR BY ANY REASON OF ANY APPROVAL OR DISAPPROVAL.

BUILDING CODE REVIEWER: Natalia Olivera

**For Carl Wren Building Official**

CONFIDENTIAL

Defendant's
Exhibits

64

### NOTICE:

**This document waives rights unconditionally and states that you have been paid for giving up those rights. It is prohibited for a person to require you to sign this document if you have not been paid the payment amount set forth below. If you have not been paid, use a conditional release form.**

## UNCONDITIONAL WAIVER AND RELEASE ON PROGRESS PAYMENT

Project __Oak Creek Village Apartments_____

Job No. __145840_____

The signer of this document has been paid and has received a progress payment in the sum of $__21,850.20_____ for all labor, services, equipment, or materials furnished to the property or to ___Oak Creek Village Apartments___ (person with whom signer contracted) on the property of ___2013 Travis Oak Creek, LP___ (owner) located at __2324 Wilson St, Austin, TX 78704__ (location). The signer therefore waives and releases any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the above referenced project to the following extent:

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to _Oak Creek Village Apartments__ (person with whom signer contracted) through the date of _1/31/16___, except for unpaid retention and except for the following labor, services, equipment or materials for which the signer claims it is due payment

_____

_____.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

Date _____3/14/2016_____
___Weis Builders, Inc._____ (Company name)

By _____ (Signature)
_asistant Controller_____ (Title)

SUBSCRIBED AND SWORN TO BEFORE ME this the __14th__ day of __March__, 2016_.

NOTARY PUBLIC, in and for the State of Minnesota

My Commission Expires: _____

JODI MYERS
Notary Public
Minnesota
My Commission Expires January 31, 2020

NOTICE:

**This document waives rights unconditionally and states that you have been paid for giving up those rights. It is prohibited for a person to require you to sign this document if you have not been paid the payment amount set forth below. If you have not been paid, use a conditional release form.**

UNCONDITIONAL WAIVER AND RELEASE ON PROGRESS PAYMENT

Project __Oak Creek Village Apartments_____

Job No. __145840_____

The signer of this document has been paid and has received a progress payment in the sum of $__156,336.08_____ for all labor, services, equipment, or materials furnished to the property or to ___Oak Creek Village Apartments___ (person with whom signer contracted) on the property of _____2013 Travis Oak Creek, LP___ (owner) located at __2324 Wilson St, Austin, TX 78704___ (location). The signer therefore waives and releases any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the above referenced project to the following extent:

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to _Oak Creek Village Apartments__ (person with whom signer contracted) through the date of _12/31/15___, except for unpaid retention and except for the following labor, services, equipment or materials for which the signer claims it is due payment

_____

_____

The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

Date _____2/4/2016_____
___Weis Builders, Inc._____ (Company name)

By _____ (Signature)
_____ (Title)

SUBSCRIBED AND SWORN TO BEFORE ME this the __4th__ day of __February__, 2016_.

NOTARY PUBLIC, in and for the State of Minnesota

My Commission Expires: 1|31|20

VICKI LEE SCHAUST
Notary Public
Minnesota
My Commission Expires January 31, 2020

2013TOGP 008665

## CONDITIONAL WAIVER AND RELEASE ON PROGRESS PAYMENT

Project _____ Oak Creek Village _____

Job No. _____ 145840 _____

On receipt by the signer of this document of a check from _2013 Travis Oak Creek, LP_ (maker of check) in the sum of $ 21,850.20 payable to _Weis Builders, Inc._ (payee or payees of check) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property
of _Oak Creek Village_ (owner) located at _2324 Wilson St., Austin, TX 78704_ (location) to the following extent:

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to _Oak Creek Village_ (person with whom signer contracted) through the date of _1/31/16___, except for unpaid retention and except for the following labor, services, equipment or materials for which the signer claims it is due payment

_____

_____.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

Date _____ 2/1/2016 _____
_____ Weis Builders, Inc. _____ (Company name)

By _____ (Signature)
_____ Operations Controller _____ (Title)

SUBSCRIBED AND SWORN TO BEFORE ME this the 1st day of Feb , 2016 .

NOTARY PUBLIC, in and for the State of Minnesota

My Commission Expires: 1/31/17



SONJA E. GELLA
NOTARY PUBLIC-MINNESOTA
My Commission Expires
January 31, 2017

2013TOGP 008669