IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. and <br> COLUMBIA HOUSING SLP <br> CORPORATION, as partners in <br> 2013 Travis Oak Creek, LP, and <br> 2013 TRAVIS OAK CREEK, LP, <br><br> Plaintiffs, <br><br> v. <br><br> 2013 TRAVIS OAK CREEK GP, LLC, <br> 2013 TRAVIS OAK CREEK <br> DEVELOPER, INC., <br> CHULA INVESTMENTS, LTD., and <br> RENE O. CAMPOS, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § | Civil Action No. 1:17-cv-00584 |

## ATTORNEY NOTICE OF APPEARANCE

Please take notice that Karl S. Stern enters his appearance as counsel for Defendants 2013 Travis Oak Creek GP, LLC and Rene O. Campos in the above-captioned case, and requests service of all notices and pleadings given or filed in the above-captioned case.

Respectfully submitted,

*Karl S. Stern*
Karl S. Stern
Texas Bar No. 19175665
Federal Bar No. 04870
QUINN EMANUEL URQUHART
        & SULLIVAN, LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
(713) 221-7000
(713) 221-7100 (fax)
karlstern@quinnemanuel.com

ATTORNEY FOR DEFENDANTS
2013 TRAVIS OAK CREEK GP, LLC
AND RENE O. CAMPOS

07840-00001/9472024.1

2

        Kenneth B. Chaiken
        State Bar No. 04057800
        CHAIKEN & CHAIKEN, P.C.
        Legacy Town Center III
        5801 Tennyson Parkway
        Plano, Texas 75024
        Email: kchaiken@chaikenlaw.com
        (214) 265-0250
        (214) 265-1537 (fax)

        William S. Rhea
        State Bar No. 16807100
        DuBOIS, BRYANT & CAMPBELL, LLP
        303 Colorado Street, Suite 2300
        Austin, TX 78701
        Email: brhea@dbc.com
        (512) 457-8000
        (512) 457-8008 (fax)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 7[h] day of August, 2017, with a copy of the foregoing Attorney Notice of Appearance via the Court's CM/ECF system.

        *Karl S. Stern*
        Karl S. Stern