Bond Number: <u>387007269</u>

FILED

17 AUG -7  PM 1: 14

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
AO

| | | |
|---|---|---|
| PNC BANK, N.A. COLUMBIA<br>HOUSING SLP CORPORATION, and<br>2013 TRAVIS OAK CREEK, LP | §<br>§<br>§<br>§ | |
| **Plaintiffs,** | §<br>§ | Action No. 1:17-cv-584-RP-ML |
| v. | §<br>§<br>§ | |
| 2013 TRAVIS OAK CREEK GP, LLC,<br>2013 TRAVIS OAK CREEK<br>DEVELOPER, INC.,<br>CHULA INVESTMENTS, LTD.,<br>and RENE O. CAMPOS | §<br>§<br>§<br>§<br>§<br>§ | consolidated with<br>Case No. 1:17-cv-560-RP |
| **Defendants.** | § | |

## <u>PRELIMINARY INJUNCTION BOND</u>

WHEREAS, by Order of the above entitled Court dated August 2, 2017 [Doc. No. 73],

Plaintiffs PNC Bank, N.A., Columbia Housing SLP Corporation, and 2013 Travis Oak Creek,

LP were required to file an undertaking in the sum of ONE MILLION DOLLARS ($1,000,000)

as a condition for a Preliminary Injunction to be in effect restraining and enjoining the above

named Defendants 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc.,

Chula Investments, Ltd., and Rene O. Campos from the commission of certain acts as more fully

set forth in said order.

NOW, THEREFORE, <u>Liberty Mutual Insurance Company</u>, a corporation organized and

existing under the laws of the State of <u>Massachusetts</u> and authorized to transact business of

Surety, as Surety, in consideration of premises and issuance of said Preliminary Injunction does

hereby undertake to pay all costs and disbursements that may be decreed to Defendants 2013

Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd.,

and Rene O. Campos and such damages not exceeding the amount of ONE MILLION

DAL:961968.1

DOLLARS ($1,000,000) as Defendants 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos may sustain by reason of said Preliminary Injunction if the same be wrongfully obtained and without sufficient cause.

IN WITNESS WHEREOF, we have set our hand and seal the 4<u>Th</u> day of August, 2017.

**PRINCIPAL:**          **PNC BANK, N.A.**

Signed: _____

Printed Name: _David Gibson_____

Title: _Senior Vice President_____

**SURETY:**          **Liberty Mutual Insurance Company**

Signed by Attorney-in-Fact: _Thomas J Philbin_____

[Power of attorney attached]

Printed Name: Thomas J. Philbin_____

Title:          Attorney-In-Fact_____

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON RED BACKGROUND.**
This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated.

Certificate No. 7561721

Liberty Mutual Insurance Company
The Ohio Casualty Insurance Company          West American Insurance Company

# POWER OF ATTORNEY

KNOWN ALL PERSONS BY THESE PRESENTS: That The Ohio Casualty Insurance Company is a corporation duly organized under the laws of the State of New Hampshire, that Liberty Mutual Insurance Company is a corporation duly organized under the laws of the State of Massachusetts, and West American Insurance Company is a corporation duly organized under the laws of the State of Indiana (herein collectively called the "Companies"), pursuant to and by authority herein set forth, does hereby name, constitute and appoint,

Brett L. Cuckler; John K. Stefan; Melissa L. Whittier; Robert J. Hippert; Sandra L. Wiemann; Thomas J. Philbin

all of the city of ___Pittsburgh___, state of ___PA___ each individually if there be more than one named, its true and lawful attorney-in-fact to make, execute, seal, acknowledge and deliver, for and on its behalf as surety and as its act and deed, any and all undertakings, bonds, recognizances and other surety obligations, in pursuance of these presents and shall be as binding upon the Companies as if they have been duly signed by the president and attested by the secretary of the Companies in their own proper persons.

IN WITNESS WHEREOF, this Power of Attorney has been subscribed by an authorized officer or official of the Companies and the corporate seals of the Companies have been affixed thereto this ___5th___ day of ___December___, ___2016___.



1919     1912     1991

The Ohio Casualty Insurance Company
Liberty Mutual Insurance Company
West American Insurance Company

By: _David M. Carey_
David M. Carey, Assistant Secretary

STATE OF PENNSYLVANIA          ss
COUNTY OF MONTGOMERY

On this ___5th___ day of ___December___, ___2016___, before me personally appeared David M. Carey, who acknowledged himself to be the Assistant Secretary of Liberty Mutual Insurance Company, The Ohio Casualty Company, and West American Insurance Company, and that he, as such, being authorized so to do, execute the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed my notarial seal at King of Prussia, Pennsylvania, on the day and year first above written.



COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Teresa Pastella, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires March 28, 2017
Member, Pennsylvania Association of Notaries

By: _Teresa Pastella_
Teresa Pastella, Notary Public

This Power of Attorney is made and executed pursuant to and by authority of the following By-laws and Authorizations of The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company which resolutions are now in full force and effect reading as follows:

**ARTICLE IV – OFFICERS** – Section 12. Power of Attorney. Any officer or other official of the Corporation authorized for that purpose in writing by the Chairman or the President, and subject to such limitation as the Chairman or the President may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Corporation to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact, subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Corporation by their signature and execution of any such instruments and to attach thereto the seal of the Corporation. When so executed, such instruments shall be as binding as if signed by the President and attested to by the Secretary. Any power or authority granted to any representative or attorney-in-fact under the provisions of this article may be revoked at any time by the Board, the Chairman, the President or by the officer or officers granting such power or authority.

**ARTICLE XIII** – Execution of Contracts – SECTION 5. Surety Bonds and Undertakings. Any officer of the Company authorized for that purpose in writing by the chairman or the president, and subject to such limitations as the chairman or the president may prescribe, shall appoint such attorneys-in-fact, as may be necessary to act in behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations. Such attorneys-in-fact subject to the limitations set forth in their respective powers of attorney, shall have full power to bind the Company by their signature and execution of any such instruments and to attach thereto the seal of the Company. When so executed such instruments shall be as binding as if signed by the president and attested by the secretary.

**Certificate of Designation** – The President of the Company, acting pursuant to the Bylaws of the Company, authorizes David M. Carey, Assistant Secretary to appoint such attorneys-in-fact as may be necessary to act on behalf of the Company to make, execute, seal, acknowledge and deliver as surety any and all undertakings, bonds, recognizances and other surety obligations.

**Authorization** – By unanimous consent of the Company's Board of Directors, the Company consents that facsimile or mechanically reproduced signature of any assistant secretary of the Company, wherever appearing upon a certified copy of any power of attorney issued by the Company in connection with surety bonds, shall be valid and binding upon the Company with the same force and effect as though manually affixed.

I, Renee C. Llewellyn, the undersigned, Assistant Secretary, The Ohio Casualty Insurance Company, Liberty Mutual Insurance Company, and West American Insurance Company do hereby certify that the original power of attorney of which the foregoing is a full, true and correct copy of the Power of Attorney executed by said Companies, is in full force and effect and has not been revoked.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seals of said Companies this ___4th___ day of ___August___, 20 ___17___.

1919     1912     1991

By: _Renee C. Llewellyn_
Renee C. Llewellyn, Assistant Secretary

*(left margin, vertical text):* Not valid for mortgage, note, loan, letter of credit, currency rate, interest rate or residual value guarantees.

*(right margin, vertical text):* To confirm the validity of this Power of Attorney call 1-610-832-8240 between 9:00 am and 4:30 pm EST on any business day.

LMS_12873_082016

14 of 150