UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC BANK, N.A. COLUMBIA § <br> HOUSING SLP CORPORATION, and § <br> 2013 TRAVIS OAK CREEK, LP § <br>         § <br>     Plaintiffs, § <br>         § <br> v. § <br>         § <br> 2013 TRAVIS OAK CREEK GP, LLC, § <br> 2013 TRAVIS OAK CREEK § <br> DEVELOPER, INC., § <br> CHULA INVESTMENTS, LTD., § <br> and RENE O. CAMPOS § <br>         § <br>     Defendants. § <br> ------------------------------------------------------- <br> 2013 TRAVIS OAK CREEK GP, LLC § <br> and 2013 TRAVIS OAK CREEK, LP, § <br>         § <br>     Plaintiffs, § <br>         § <br> v. § <br>         § <br> PNC BANK, N.A. and COLUMBIA § <br> HOUSING SLP CORPORATION § <br>         § <br>     Defendants. § | <br><br><br><br><br><br><br><br><br><br><br>Civil Action No. 1:17-cv-584-RP <br>(Consolidated with 1:17-cv-560-RP) |

**UNOPPOSED MOTION FOR ENLARGEMENT OF
TIME TO FILE ANSWER AND COUNTERCLAIMS**

2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos (collectively "Movants") file this Unopposed Motion for Enlargement of Time to File Answer and Counterclaims in response to the Amended Complaint [Dkt. No. 9, in transferred Civil Action No. 3-17-cv-01521-K] (the "Amended Complaint"), the live pleading filed by PNC Bank, National Association and Columbia Housing SLP Corporation

and putatively on behalf of 2013 Travis Oak Creek, LP ("Plaintiffs") in this action, and respectfully show as follows:

1. Movants filed a motion to dismiss the Amended Complaint that was denied by the Court on August 2, 2016 [Doc. 70]. Accordingly, the deadline by rule for Movants to file their answer and counterclaims is August 16, 2017. F. R. Civ. P. 12(a)(4)(A); 13(a)(1).

2. Due to the recent appearance of additional counsel and summer vacation and business conflicts, Movants require some additional time to complete the preparation of their answer and counterclaims, and request the Court grant them an extension of time to file the same, until August 31, 2017.

3. Counsel for the Plaintiffs has confirmed that they are not opposed to such an enlargement of time.

WHEREFORE, Movants ask the Court to grant this Unopposed Motion for Enlargement of Time to File Answer and Counterclaims, along with all such other and further relief to which Movants are justly entitled.

Respectfully submitted,

*/s/ Kenneth B. Chaiken*
Kenneth B. Chaiken
State Bar No. 04057800
kchaiken@chaikenlaw.com

**CHAIKEN & CHAIKEN, P.C.**
Legacy Town Center III
5801 Tennyson Parkway
Plano, Texas 75024
(214) 265-0250 telephone
(214) 265-1537 facsimile

William S. Rhea
State Bar No. 16807100
brhea@dbc.com

**DuBOIS, BRYANT & CAMPBELL, LLP**
303 Colorado Street, Suite 2300
Austin, TX  78701
(512) 457-8000
(512) 457-8008 (Facsimile)

Karl S. Stern
State Bar No. 19175665
karlstern@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, Texas 77002
(713) 221-7000
(713) 221-7100 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that Karl Stern and I have conferred with Robert Hoffman, counsel for PNC Bank, National Association and Columbia Housing SLP Corporation, and Mr. Hoffman informed us that the relief requested in this Motion is not opposed.

*/s/ Kenneth B. Chaiken*
Kenneth B. Chaiken

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record via the Court's electronic filing system on this 15th day of August, 2017.

*/s/ Kenneth B. Chaiken*
Kenneth B. Chaiken