UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS | § § § § § § | |
| Defendants. | § | Civil Action No. 1:17-cv-584-RP (Consolidated with 1:17-cv-560-RP) |
| 2013 TRAVIS OAK CREEK GP, LLC and 2013 TRAVIS OAK CREEK, LP, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| PNC BANK, N.A. and COLUMBIA HOUSING SLP CORPORATION | § § § § | |
| Defendants. | § | |

**ORDER ON UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO FILE ANSWER AND COUNTERCLAIMS**

Before the Court is the Unopposed Motion for Enlargement of Time to File Answer and Counterclaims, filed by 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos. The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED.

Accordingly,

**IT IS ORDERED** that the Unopposed Motion for Enlargement of Time to File Answer and Counterclaims is hereby GRANTED. The deadline to file the Answer and Counterclaims of 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos in response to the Amended Complaint [Dkt. No. 9 in transferred Civil Action No. 3:17-cv-01521-K] is hereby extended to and including August 31, 2017.

**SO ORDERED.**

SIGNED on this ___ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE