UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP | § § § § | |
| Plaintiffs, | § § | Action No. 1:17-cv-584-RP-ML |
| v. | § § § § | consolidated with Case No. 1:17-cv-560-RP |
| 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS | § § § § § § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE SCHEDULING ORDER**

Plaintiffs PNC Bank, N.A., Columbia Housing SLP Corporation, and 2013 Travis Oak Creek, LP (collectively, "**Plaintiffs**") respectfully move for a brief extension of time for the parties to submit a joint proposed scheduling order to the Court pursuant to the Court's Order of August 2, 2017 [Doc. No. 73]. Defendants 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos (collectively, "**Defendants**") are unopposed to this request.

**I.     RELIEF REQUESTED**

Plaintiffs request that the Court extend the deadline for the parties to submit a joint proposed scheduling order to September 11, 2017.

On August 2, 2017, the Court entered an Order [Doc. No. 73] granting Plaintiffs' Motion for Preliminary Injunction, denying Defendants' Motion to Dismiss, and requiring the parties to confer and to submit a joint proposed scheduling within thirty days of the date of that Order (i.e.,

by September 1, 2017). On August 15, 2017, Defendants filed an Unopposed Motion for Extension of Time [Doc. No. 76] seeking to extend their deadline to file an answer or to otherwise respond to Plaintiffs' live pleading until August 31, 2017, which the Court granted on August 16, 2017 via an electronic order.

Defendants have indicated that they intend to file a number of counterclaims as part of their responsive pleading for which they also intend to allege substantial damages. Their claims are likely to impact the appropriate scope and topics for discovery in this matter. However, because the deadline for Defendants' time to file such claims was extended to August 31, it is now one day before the deadline to submit a proposed scheduling order. Given the proximity of these two dates, Plaintiffs submit that a short extension of the deadline to submit a proposed joint scheduling order is appropriate to allow them to evaluate Defendants' new claims and allow the parties to develop appropriate discovery structure, limitations, and deadlines.

Plaintiffs therefore request that the Court extend the parties' deadline to submit a joint proposed scheduling order until and including September 11, 2017. This extension is not sought for the purpose of delay but so that justice may be served. To the contrary, Plaintiffs are seeking an opportunity to review Defendants' new claims prior to conferring regarding the scope and limitations on discovery in this matter.

Further, a brief, 10-day extension will not impact the resolution of this case. Counsel for Plaintiffs has conferred with counsel for Defendants, and they are not opposed to the request for an extension of time to submit a joint proposed scheduling order. Thus, Plaintiffs' request will not prejudice Defendants in this matter.

## II.    CONCLUSION

For these reasons, Plaintiffs respectfully request that the Court extend the deadline for the parties to submit a joint proposed scheduling order until and including September 11, 2017.

Dated: August 29, 2017.                              By: /s/ *Robert M. Hoffman*
                                                                        Robert M. Hoffman
                                                                        Texas Bar No. 09788200
                                                                        robhoffman@andrewskurth.com
                                                                        James C. Bookhout
                                                                        Texas Bar No. 24087187
                                                                        jamesbookhout@andrewskurth.com
                                                                        **ANDREWS KURTH KENYON LLP**
                                                                        1717 Main Street, Suite 3700
                                                                        Dallas, Texas 75201
                                                                        Telephone:   (214) 659-4400
                                                                        Facsimile:    (214) 659-4401

                                                                        David P. Whittlesey
                                                                        Texas Bar No. 00791920
                                                                        dwhittlesey@andrewskurth.com
                                                                        **ANDREWS KURTH KENYON LLP**
                                                                        111 Congress Avenue, Suite 1700
                                                                        Austin, Texas 78701
                                                                        Telephone:   (512) 320-9200
                                                                        Facsimile:    (512) 320-9292

                                                                        **ATTORNEYS FOR PLAINTIFFS
                                                                        PNC BANK, N.A., COLUMBIA HOUSING SLP
                                                                        CORPORATION, AND 2013 TRAVIS OAK
                                                                        CREEK, LP**

**CERTIFICATE OF CONFERENCE**

I certify that on August 28, 2017, I conferred with Kenneth Chaiken, counsel for Defendants, via email, and he indicated that Defendants are not opposed to the relief requested in this Motion.

>                 */s/ Robert M. Hoffman*
>                 Robert M. Hoffman

**CERTIFICATE OF SERVICE**

I certify that on August 29, 2017, a copy of the foregoing document was served on counsel for the Defendants in this case via email.

>                 */s/ Robert M. Hoffman*
>                 Robert M. Hoffman