UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP <br><br> Plaintiffs, <br><br> v. <br><br> 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS <br><br> Defendants. <br> -------------------------------------------------------- <br> 2013 TRAVIS OAK CREEK GP, LLC and 2013 TRAVIS OAK CREEK, LP, <br><br> Plaintiffs, <br><br> v. <br><br> PNC BANK, N.A. and COLUMBIA HOUSING SLP CORPORATION <br><br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 1:17-cv-584-RP-ML |

**NOTICE OF FILING OF JOINT PROPOSED SCHEDULING ORDER**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

      The parties hereby file their Joint Proposed Scheduling Order, attached hereto as Exhibit "A."

Respectfully submitted,

/s/ Robert M. Hoffman
Robert M. Hoffman
Texas Bar No. 09788200
robhoffman@andrewskurth.com
James C. Bookhout
Texas Bar No. 24087187
jamesbookhout@andrewskurth.com
**ANDREWS KURTH KENYON LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401
David P. Whittlesey
Texas Bar No. 00791920
dwhittlesey@andrewskurth.com
**ANDREWS KURTH KENYON LLP**
111 Congress Avenue, Suite 1700
Austin, Texas 78701
Telephone: (512) 320-9200
Facsimile: (512) 320-9292

**ATTORNEYS FOR PLAINTIFFS**

Kenneth B. Chaiken
State Bar No. 04057800
**CHAIKEN & CHAIKEN, P.C.**
Legacy Town Center III
5801 Tennyson Parkway
Plano, Texas 75024
(214) 265-0250 telephone
(214) 265-1537 facsimile
kchaiken@chaikenlaw.com

William S. Rhea
State Bar No. 16807100
brhea@dbc.com

**DuBOIS, BRYANT & CAMPBELL, LLP**
303 Colorado Street, Suite 2300
Austin, TX 78701
(512) 457-8000
(512) 457-8008 (Facsimile)

Karl S. Stern
State Bar No. 19175665
karlstern@quinnemanuel.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
711 Louisiana Street, Suite 500
Houston, Texas 77002
(713) 221-7000
(713) 221-7100 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I certify that on September 7, 2017, a copy of the foregoing document was served on counsel for Defendants in this case via the Court's CM/ECF facilities.

                                     */s/ Robert M. Hoffman*
                                     Robert M. Hoffman