UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP | § § § § | |
| Plaintiffs, | § | Case No. 1:17-cv-584-RP-ML |
| v. | § § § § § | consolidated with Case No. 1:17-cv-560-RP |
| 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS | § § § § § § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COUNTERCLAIMS AND TO INCREASE PAGE LIMIT**

Plaintiffs PNC Bank, N.A. and Columbia Housing SLP Corporation (together, "**Plaintiffs**") respectfully move for a one week extension of time to file an answer, file a motion to dismiss, or otherwise respond to the counterclaims [ECF Doc. No. 78] (the "**Counterclaim**") filed by Defendants 2013 Travis Oak Creek GP, LLC and 2013 Travis Oak Creek Developer, Inc. ("**Counterclaimants**"), and request that the Court increase the page limit for any dispositive motion to 30 pages.

### I.   RELIEF REQUESTED

Plaintiffs request that the Court extend the deadline for Plaintiffs to respond to the Counterclaim through and including September 28, 2017, and increase the page limit for a dispositive motion to 30 pages.

The Counterclaim alleges nine causes of action or requests for relief, including for breach of contract, a number of torts, allegations under a federal statute, and declaratory judgment. [See

ECF Doc. No. 78, Counterclaim ¶¶ 61–118]. Most of these claims or requests have a number of independent sub-parts or claims. For example, Counterclaimants' cause of action under 12 U.S.C. § 1972 includes four separate claims under that statute. [*See id.* ¶¶ 91–94]. Similarly, Counterclaimants request nine different declarations from the Court. [*See id.* ¶ 117].

Plaintiffs intend to file a dispositive motion pursuant to Fed. R. Civ. P. 12(b) in response to all of these counterclaims. Further, Plaintiffs intend to address not only each claim, but also grounds under multiple subparts of Rule 12(b). Because the motion must address each cause of action and each of its subsidiary claims and because Plaintiffs must discuss separate legal standards and authorities as to each of these causes of action, they request additional time and space in which to bring those arguments.

This motion is not brought for purposes of delay, but rather so that justice may be served. Further, a brief, 7-day extension will not impact the resolution of this case.

Counsel for Plaintiffs has conferred with Kenneth Chaiken, counsel for Defendants, and he is not opposed to the relief requested in this Motion. Thus, Plaintiffs' request will not prejudice Defendants.

## II.    CONCLUSION

For these reasons, Plaintiffs request that the Court extend their deadline to file an answer, motion to dismiss, or other response to the Counterclaim through and including September 28, 2017. Further, given the number of causes of action in the Counterclaim that will be addressed in the dispositive motion, Plaintiffs request leave to file a combined dispositive motion and brief not to exceed 30 pages.

| | |
|---|---|
| Dated: September 19, 2017. | By: /s/ *Robert M. Hoffman* <br> Robert M. Hoffman <br> Texas Bar No. 09788200 <br> robhoffman@andrewskurth.com <br> James C. Bookhout <br> Texas Bar No. 24087187 <br> jamesbookhout@andrewskurth.com <br> **ANDREWS KURTH KENYON LLP** <br> 1717 Main Street, Suite 3700 <br> Dallas, Texas 75201 <br> Telephone:  (214) 659-4400 <br> Facsimile:   (214) 659-4401 <br> <br> David P. Whittlesey <br> Texas Bar No. 00791920 <br> dwhittlesey@andrewskurth.com <br> **ANDREWS KURTH KENYON LLP** <br> 111 Congress Avenue, Suite 1700 <br> Austin, Texas 78701 <br> Telephone:  (512) 320-9200 <br> Facsimile:   (512) 320-9292 <br> <br> **ATTORNEYS FOR PLAINTIFFS PNC BANK, N.A., COLUMBIA HOUSING SLP CORPORATION, AND 2013 TRAVIS OAK CREEK, LP** |

**CERTIFICATE OF CONFERENCE**

I certify that on September 19, 2017, I conferred with Kenneth Chaiken, counsel for Defendants, via email, and he indicated that Defendants are not opposed to the relief requested in this Motion.

                                          */s/ Robert M. Hoffman*
                                          Robert M. Hoffman


**CERTIFICATE OF SERVICE**

I certify that on September 19, 2017, a copy of the foregoing document was served on all counsel of record in this case through the Court's CM/ECF facilities.

                                          */s/ Robert M. Hoffman*
                                          Robert M. Hoffman