UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP | § § § § | |
| Plaintiffs, | § | Case No. 1:17-cv-584-RP-ML |
| v. | § § § § | consolidated with Case No. 1:17-cv-560-RP |
| 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS | § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COUNTERCLAIMS AND TO INCREASE PAGE LIMIT**

Before the Court is the Unopposed Motion (the "**Motion**") of Plaintiffs PNC Bank, N.A. and Columbia Housing SLP Corporation (collectively, "**Plaintiffs**") for a one week extension of time to file an answer, file a motion to dismiss, or otherwise respond to the counterclaims [ECF Doc. No. 78] (the "**Counterclaim**") filed by Defendants 2013 Travis Oak Creek GP, LLC and 2013 Travis Oak Creek Developer, Inc. ("**Counterclaimants**") and to increase the page limit for any dispositive motion to 30 pages. The Court, having considered the Motion and that Defendants are unopposed to the relief requested, finds that the Motion is supported by good cause.

It is therefore **ORDERED** that the Motion is **GRANTED**. Plaintiffs' deadline to file an answer, motion to dismiss, or to otherwise respond to the Counterclaim is extended through and including September 28, 2017. Further, Plaintiffs may file a dispositive motion and brief under Rule 12(b) up to 30 pages in length.

DAL:964102.1

    **SO ORDERED on _____, 2017.**

                                                  **UNITED STATES DISTRICT JUDGE**