UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC Bank N.A., Columbia Housing SLP Corporation<br><br>vs.<br><br>2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer Inc, Chula Investments Ltd, Rene O Campos | §<br>§<br>§   NO:   AU:17-CV-00584-RP<br>§<br>§ |

**ORDER**

    The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for an initial pretrial conference on October 12, 2017 at 03:15 PM . Counsel for Plaintiff shall be responsible for coordinating the call and providing dial-in information at least 24 hours prior to the hearing to the Courtroom Deputy at julie_golden@txwd.uscourts.gov. The parties should be prepared to discuss potential trial settings as the Court intends to set a trial date in this action at the initial pretrial conference.

    If either party would prefer for the conference to be held in person, counsel should contact the Courtroom Deputy as soon as possible in order to set a new date.

    **SIGNED** on 21st day of September, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE