UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC BANK, N.A. COLUMBIA § <br> HOUSING SLP CORPORATION, and § <br> 2013 TRAVIS OAK CREEK, LP § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> 2013 TRAVIS OAK CREEK GP, LLC, § <br> 2013 TRAVIS OAK CREEK § <br> DEVELOPER, INC., § <br> CHULA INVESTMENTS, LTD., § <br> and RENE O. CAMPOS § <br> § <br> Defendants. § <br> ------------------------------------------------------ | Civil Action No. 1:17-cv-584-RP-ML |
| 2013 TRAVIS OAK CREEK GP, LLC § <br> and 2013 TRAVIS OAK CREEK, LP, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> PNC BANK, N.A. and COLUMBIA § <br> HOUSING SLP CORPORATION § <br> § <br> Defendants. § | |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO
MOTION TO DISMISS ALL OF DEFENDANTS' COUNTERCLAIMS**

2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula

Investments, Ltd., and Rene O. Campos (collectively "Movants") file this Agreed Motion for

Extension of Time to File their Response to the Motion to Dismiss All of Defendants'

Counterclaims [Dkt. No. 85] filed by PNC Bank, National Association's and Columbia Housing

SLP Corporation.

Movants need additional time to prepare their response and request the Court to grant an extension of time, to October 31, 2017, for Movants to file their Response to the Motion to Dismiss All of Defendants' Counterclaims. PNC Bank, N.A. and Columbia Housing SLP Corporation agree to this request.

WHEREFORE, Movants pray that the Court grant this Agreed Motion for Extension of Time to Respond to Motion to Dismiss All of Defendants' Counterclaims, along with all such other and further relief to which Movants are justly entitled.

Respectfully submitted,

*/s/ Kenneth B. Chaiken*
Kenneth B. Chaiken
State Bar No. 04057800
kchaiken@chaikenlaw.com

**CHAIKEN & CHAIKEN, P.C.**
Legacy Town Center III
5801 Tennyson Parkway
Plano, Texas 75024
(214) 265-0250 telephone
(214) 265-1537 facsimile

and

William S. Rhea
State Bar No. 16807100
brhea@dbc.com
**DuBOIS, BRYANT & CAMPBELL, LLP**
303 Colorado Street, Suite 2300
Austin, TX  78701
(512) 457-8000
(512) 457-8008 (Facsimile)

**ATTORNEYS FOR MOVANTS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Robert Hoffman, counsel for PNC Bank, National Association and Columbia Housing SLP Corporation, and Mr. Hoffman informed me that he agrees to the relief requested in this Motion.

*/s/ Kenneth B. Chaiken*
Kenneth B. Chaiken

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via the Court's electronic filing system on this 2nd day of October, 2017.

*/s/ Kenneth B. Chaiken*
Kenneth B. Chaiken