UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP | § § § § | |
| Plaintiffs, | § § | Civil Action No. 1:17-cv-584-RP-ML |
| v. | § § | consolidated with |
| 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS | § § § § § § | Case No. 1:17-cv-560-RP |
| Defendants. | § | |

**UNOPPOSED MOTION TO INCREASE PAGE LIMIT**

Defendants 2013 Travis Oak Creek GP, LLC and 2013 Travis Oak Creek Developer, Inc. ("Defendants") respectfully move to increase the page limit for their response to Plaintiff's Motion to Dismiss All of Defendant's Counterclaims ("Motion to Dismiss").

## I.  RELIEF REQUESTED

Defendants request that the page limit for a response to a dispositive motion be increased to 38 pages.

The Court previously granted the Plaintiffs' request to increase the page limit for their Motion to Dismiss from 20 to 30 pages. *See* ECF No. 82 and Text Order issued Sept. 21, 2017.

Plaintiff's 30-page Motion to Dismiss raises a number of arguments for the dismissal of each of the Defendants' counterclaims. In order to respond adequately to the numerous arguments made in the motion to dismiss, Defendants need additional pages.

Counsel for Defendants has conferred with Plaintiff's counsel who have stated that they are not opposed to the relief requested in this motion. Thus, Defendants' request will not prejudice the Plaintiffs.

## II. CONCLUSION

For these reasons, Defendant's request that the Court permit them to file a response to the Plaintiffs' Motion to Dismiss not to exceed 38 pages.

Dated: October 31, 2017                                  Respectfully submitted,

 /s/ Karl Stern
Karl Stern
Texas Bar No. 19175665
Federal I.D. 04870
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002-2721
Telephone: (713) 221-7000
Fax: (713) 221-7100
Email: karlstern@quinnemanuel.com

        Kenneth B. Chaiken
        State Bar No. 04057800
        CHAIKEN & CHAIKEN, P.C.
        Legacy Town Center III
        5801 Tennyson Parkway
        Plano, Texas 75024
        Email: kchaiken@chaikenlaw.com
        (214) 265-0250
        (214) 265-1537 (fax)

        William S. Rhea
        State Bar No. 16807100
        DuBOIS, BRYANT & CAMPBELL, LLP
        303 Colorado Street, Suite 2300
        Austin, TX 78701
        Email: brhea@dbc.com
        (512) 457-8000
        (512) 457-8008 (fax)

        *Attorneys for 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd. and Rene O. Campos*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 31st day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel who have consented to electronic service.

        */s/ Karl Stern*
        Karl Stern