UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **PNC BANK, N.A. COLUMBIA** § <br> **HOUSING SLP CORPORATION, and** § <br> **2013 TRAVIS OAK CREEK, LP** § <br> § <br> **Plaintiffs,** § <br> § <br> v. § <br> § <br> **2013 TRAVIS OAK CREEK GP, LLC,** § <br> **2013 TRAVIS OAK CREEK** § <br> **DEVELOPER, INC.,** § <br> **CHULA INVESTMENTS, LTD.,** § <br> **and RENE O. CAMPOS** § <br> § <br> **Defendants.** § | Civil Action No. 1:17-cv-584-RP-ML <br><br> consolidated with <br> Case No. 1:17-cv-560-RP |

## ORDER GRANTING MOTION TO INCREASE PAGE LIMIT

Came on for consideration the Defendant's Unopposed Motion to Increase Page Limit. This Court, having considered the Motion and that Plaintiffs are unopposed to the relief requested, finds that the Motion is supported by good cause.

It is therefore ORDERED that the Motion is GRANTED. Defendants are permitted to file a response to Plaintiff's Motion to Dismiss All of Defendant's Counterclaims up to 38 pages in length.

Signed this _____ day of _____2017.

_____
Robert L. Pitman
United States District Judge