UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP | § § § § | |
| Plaintiffs, | § | Case No. 1:17-cv-584-RP-ML |
| v. | § § § § | consolidated with Case No. 1:17-cv-560-RP |
| 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS | § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS AND TO INCREASE PAGE LIMIT**

Before the Court is the Unopposed Motion (the "**Motion**") of Plaintiffs PNC Bank, N.A. and Columbia Housing SLP Corporation (collectively, "**Plaintiffs**") for an extension of time to file a reply brief in support of their Motion to Dismiss All of Defendants' Counterclaims [ECF Doc. No. 85] and to increase the page limit for the reply to 20 pages. The Court, having considered the Motion and that Defendants are unopposed to the relief requested, finds that the Motion is supported by good cause.

It is therefore **ORDERED** that the Motion is **GRANTED**. Plaintiffs' deadline to file a reply brief in support of their pending Motion to Dismiss All of Defendants' Counterclaims [ECF Doc. No. 85] is extended through and including November 20, 2017. Further, Plaintiffs may file a reply brief up to 20 pages in length.

DAL:965822.1

**SO ORDERED on _____, 2017.**

_____
**UNITED STATES DISTRICT JUDGE**

DAL:965822.1