UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP §§§§§§ Plaintiffs, §§ v. §§ 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS §§§§§§§§ Defendants. § | |

------------------------------------------------------   Civil Action No. 1:17-cv-584-RP
                                                        (Consolidated with 1:17-cv-560-RP)

2013 TRAVIS OAK CREEK GP, LLC      §
and 2013 TRAVIS OAK CREEK, LP,     §
                                   §
       Plaintiffs,                 §
                                   §
v.                                 §
                                   §
PNC BANK, N.A. and COLUMBIA        §
HOUSING SLP CORPORATION            §
                                   §
       Defendants.                 §

### ORDER ON MOTION TO CLARIFY OR MODIFY PRELIMINARY INJUNCTION

Before the Court is the Motion to Clarify or Modify Preliminary Injunction filed by 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos. The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED.

**ORDER**                                                                                      Page 1

**IT IS ORDERED** that the preliminary injunction is clarified to direct PNC Bank and Columbia to use their wherewithal to pay off the Chase loan and bond around or otherwise secure the Weis lien;

**IT IS FURTHER ORDERED** that the preliminary injunction is modified or clarified so that 2013 Travis Oak Creek GP, LLC is authorized to arrange financing for the Partnership to pay off the Chase loan and to arrange a bond to bond around the Weis lien, both at the Partnership's sole cost and expense.

SIGNED on this ___ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE