UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP<br><br>　　　Plaintiffs,<br><br>v.<br><br>2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS<br><br>　　　Defendants. | § § § § § § § § § § § § § § § § | |
| ------------------------------------------------------- | | Civil Action No. 1:17-cv-584-RP<br>(Consolidated with 1:17-cv-560-RP) |
| 2013 TRAVIS OAK CREEK GP, LLC and 2013 TRAVIS OAK CREEK, LP,<br><br>　　　Plaintiffs,<br><br>v.<br><br>PNC BANK, N.A. and COLUMBIA HOUSING SLP CORPORATION<br><br>　　　Defendants. | § § § § § § § § § § § § § | |

## MOTION FOR STATUS CONFERENCE

2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos (collectively "Defendants") file this Motion for Status Conference, and respectfully show as follows:

1.　　The parties agreed upon and on September 7, 2017 filed a joint submission of a proposed scheduling order, on the Court's required form. [Doc. 81].

2.      Following a telephonic status conference, the Court entered a scheduling order on October 16, 2017. [Doc. 99].

3.      After the scheduling order was entered, counsel for the Defendants requested from Plaintiffs' counsel, dates for depositions of various party witnesses and a non-party witness, and further sought an agreement about when the parties should exchange initial disclosures.

4.      Counsel for the Plaintiffs responded "we have not had a Rule 26(f) conference yet, which is a condition precedent to discovery from any source." He thereafter has refused to cooperate in scheduling depositions or even to agree to a date to exchange initial disclosures.

5.      Rule 26(f) conferences, if required, are required to occur at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b).  Counsel for the Defendants understood that the process described in paragraphs 1 and 2 above included or subsumed any Rule 26(f) conference that may have been required in this case, if one was required, and that the entry of a scheduling order authorized the commencement of discovery, to occur before the deadline specified in the scheduling, without any other conditions precedent, or limitation.

6.      Defendants accordingly request a status conference to resolve this disagreement about whether or when discovery can commence.

Respectfully submitted,

*/s/ Kenneth B. Chaiken*
Kenneth B. Chaiken
State Bar No.  04057800
kchaiken@chaikenlaw.com

**CHAIKEN & CHAIKEN, P.C.**
Legacy Town Center III
5801 Tennyson Parkway
Plano, Texas 75024
(214) 265-0250 telephone
(214) 265-1537 facsimile

        William S. Rhea
        State Bar No. 16807100
        brhea@dbc.com

        **DuBOIS, BRYANT & CAMPBELL, LLP**
        303 Colorado Street, Suite 2300
        Austin, TX  78701
        (512) 457-8000
        (512) 457-8008 (Facsimile)

        Karl S. Stern
        State Bar No. 19175665
        karlstern@quinnemanuel.com

        **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
        711 Louisiana Street, Suite 500
        Houston, Texas 77002
        (713) 221-7000
        (713) 221-7100 (Facsimile)

        **ATTORNEYS FOR DEFENDANTS 2013 TRAVIS OAK CREEK GP, LLC AND RENE O. CAMPOS**

## CERTIFICATE OF CONFERENCE

I hereby certify that I notified Rob Hoffman and James Bookhout, counsel for PNC Bank, National Association and Columbia Housing SLP Corporation that this motion would be filed today and requested that they inform me whether they oppose it.  Neither respond to the request.

        */s/ Kenneth B. Chaiken*
        Kenneth B. Chaiken

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record via the Court's electronic filing system on this 22nd day of November, 2017.

        */s/ Kenneth B. Chaiken*
        Kenneth B. Chaiken