UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP    Plaintiffs, v. 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS    Defendants. | |
|  | Civil Action No. 1:17-cv-584-RP-ML |
| 2013 TRAVIS OAK CREEK GP, LLC and 2013 TRAVIS OAK CREEK, LP,    Plaintiffs, v. PNC BANK, N.A. and COLUMBIA HOUSING SLP CORPORATION    Defendants. | |

## ORDER GRANTING MOTION FOR STATUS CONFERENCE

Before the Court is the Motion for Status Conference filed by 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos. The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED.

Accordingly,

**ORDER**                                                                                                                    Page 1

**IT IS ORDERED** that a Status Conference is set for the ___ day of _____, 2017.

SIGNED on this ___ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE