IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC Bank, N.A.; COLUMBIA HOUSING SLP CORPORATION; and 2013 TRAVIS OAK CREEK, LP;<br><br>Plaintiffs,<br><br>v.<br><br>2013 TRAVIS OAK CREEK GP, LLC; 2013 TRAVIS OAK CREEK DEVELOPER, INC.; CHULA INVESTMENTS, LTD; and RENE O. CAMPOS,<br><br>Defendants. | § § § § § § § § § § § § § § § § | 1:17-cv-584-RP |

## ORDER

**IT IS HEREBY ORDERED** that the parties in the above-entitled matter, or counsel acting on their behalf, are directed to appear for a telephonic conference regarding Defendants' Motion for Status Conference, (Dkt. 110), on Tuesday, **November 28, 2017** at **10:30 AM**. Counsel for Defendants shall coordinate the call and provide dial-in information as soon as possible to Courtroom Deputy Julie Golden at julie_golden@txwd.uscourts.gov.

**SIGNED** on November 27, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE