# EXHIBIT A

---

**From:** Kenneth Chaiken <kchaiken@chaikenlaw.com>
**Sent:** Wednesday, September 06, 2017 9:48 AM
**To:** Bookhout, James
**Cc:** Hoffman, Rob; Stern Karl; Rhea Bill; Whittlesey, David
**Subject:** Re: PNC et al v. 2013 Travis Oak Creek GP, LLC et al

No need for our 10 am call. We have no objections to this proposal. Please type it up and send to me for a hand signature.

Sent from my iPhone

> On Sep 5, 2017, at 6:46 PM, Bookhout, James <JamesBookhout@andrewskurth.com> wrote:
>
> All,
>
> Attached is Plaintiffs' proposal for the scheduling order.
>
> James C. Bookhout
> Associate
>
> ANDREWS KURTH KENYON LLP
> +1.214.659.4447 Phone  |  +1.214.659.4401 Fax
> +1.214.659.4543 Assistant - Cindy Curry
>
>
> -----Original Message-----
> From: Bookhout, James
> Sent: Tuesday, September 05, 2017 5:55 PM
> To: Hoffman, Rob; Kenneth Chaiken
> Cc: Stern Karl; Rhea Bill
> Subject: RE: PNC et al v. 2013 Travis Oak Creek GP, LLC et al
>
> For everyone's convenience, a copy of Judge Pitman's form of proposed scheduling order is attached.
>
> James C. Bookhout
> Associate
>
> ANDREWS KURTH KENYON LLP
> +1.214.659.4447 Phone  |  +1.214.659.4401 Fax
> +1.214.659.4543 Assistant - Cindy Curry
>
> -----Original Message-----
> From: Hoffman, Rob
> Sent: Tuesday, September 05, 2017 5:51 PM

\> To: Kenneth Chaiken
\> Cc: Stern Karl; Rhea Bill; Bookhout, James
\> Subject: RE: PNC et al v. 2013 Travis Oak Creek GP, LLC et al
\>
\> Could we do it right now or later this evening? If not, how's tomorrow morning before 11:15?
\>
\> Rob
\>
\> Rob Hoffman
\> Partner
\>
\> ANDREWS KURTH KENYON LLP
\> 1717 Main Street, Suite 3700  |  Dallas, Texas 75201
\> +1.214.659.4653 Phone  |  +1.214.632-1874 Cell
\> +1.214.659.4516 Assistant - Laurie Johnson
\> email | vCard | Bio | andrewskurthkenyon.com | Twitter
\>
\>
\> -----Original Message-----
\> From: Kenneth Chaiken [mailto:kchaiken@chaikenlaw.com]
\> Sent: Tuesday, September 05, 2017 5:30 PM
\> To: Hoffman, Rob
\> Cc: Stern Karl; Rhea Bill
\> Subject: PNC et al v. 2013 Travis Oak Creek GP, LLC et al
\>
\> Rob
\>
\> We need to schedule a meet and confer to complete the scheduling order. When this week are you available for this mandatory meeting?
\>
\> Ken
\>
\>
\>
\> Sent from my iPhone
\>
\>
\>
\>
\> Confidentiality Notice: The information contained in this email and any attachments to it may be legally privileged and include confidential information intended only for the recipient(s) identified above. If you are not one of those intended recipients, you are hereby notified that any dissemination, distribution or copying of this email or its attachments is strictly prohibited. If you have received this email in error, please notify the sender of that fact by return email and permanently delete the email and any attachments to it immediately. Please do not retain, copy or use this email or its attachments for any purpose, nor disclose all or any part of its contents to any other person. Andrews Kurth Kenyon LLP operates as a Texas limited liability partnership. Andrews Kurth Kenyon DMCC is registered and licensed as a Free Zone company under the rules and regulations of DMCCA. Andrews Kurth Kenyon (UK) LLP is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA Registration No.598542). Thank you.
\>
\> <Plaintiffs' Proposed Scheduling Order.PDF>