**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP** | § § § § | |
| **Plaintiffs,** | § | **Case No. 1:17-cv-584-RP-ML** |
| **v.** | § § § § | **consolidated with Case No. 1:17-cv-560-RP** |
| **2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS** | § § § § § § | |
| **Defendants.** | § | |

**UNOPPOSED MOTION TO INCREASE PAGE LIMIT FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CLARIFY OR MODIFY PRELIMINARY INJUNCTION**

Plaintiffs PNC Bank, N.A., Columbia Housing SLP Corporation, and 2013 Travis Oak Creek LP (together, "**Plaintiffs**") respectfully move for an increase in the page limit for their Response to the Motion to Clarify or Modify Preliminary Injunction [ECF Doc. No. 103] (the "**Motion**") to 13 pages.

## I. RELIEF REQUESTED

Plaintiffs request that the Court increase the page limit for their Response to the Motion from 10 to 13 pages.

Plaintiffs seek this relief so that they may adequately respond to the Motion. The Motion seeks to modify the Preliminary Injunction in place in this case and effectively requests a mandatory injunction from the Court ordering Plaintiffs to expend millions of dollars. Given the nature of the relief requested in the Motion and the importance of maintaining the existing

Preliminary Injunction in this case, Plaintiffs request additional briefing space to present their responsive arguments to the Court.

Counsel for Plaintiffs has conferred with Kenneth Chaiken, counsel for Defendants, and he is not opposed to the relief requested in this Motion.

## II.   CONCLUSION

For these reasons, Plaintiffs request that the Court grant them leave to file a Response to the Motion not to exceed 13 pages.

Dated: November 30, 2017.

By: /s/ *Robert M. Hoffman*
Robert M. Hoffman
Texas Bar No. 09788200
robhoffman@andrewskurth.com
James C. Bookhout
Texas Bar No. 24087187
jamesbookhout@andrewskurth.com
**ANDREWS KURTH KENYON LLP**
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone: (214) 659-4400
Facsimile: (214) 659-4401

David P. Whittlesey
Texas Bar No. 00791920
dwhittlesey@andrewskurth.com
**ANDREWS KURTH KENYON LLP**
111 Congress Avenue, Suite 1700
Austin, Texas 78701
Telephone: (512) 320-9200
Facsimile: (512) 320-9292

**ATTORNEYS FOR PLAINTIFFS PNC BANK, N.A., COLUMBIA HOUSING SLP CORPORATION, AND 2013 TRAVIS OAK CREEK, LP**

**UNOPPOSED MOTION TO INCREASE PAGE LIMIT FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO CLARIFY OR MODIFY PRELIMINARY INJUNCTION—Page 3**
DAL:966944.1

**CERTIFICATE OF CONFERENCE**

I certify that on November 30, 2017, I conferred with Kenneth Chaiken, counsel for Defendants, via email, and he indicated that Defendants are not opposed to the relief requested in this Motion.

*/s/ Robert M. Hoffman*
Robert M. Hoffman

**CERTIFICATE OF SERVICE**

I certify that on November 30, 2017, a copy of the foregoing document was served on all counsel of record in this case through the Court's CM/ECF facilities.

*/s/ Robert M. Hoffman*
Robert M. Hoffman