# EXHIBIT A

ELECTRONICALLY RECORDED            2017180694
                         TRV     4     PGS

FORM OF ASSIGNMENT

GENERAL ASSIGNMENT OF LOAN DOCUMENTS

| | |
|---|---|
| **Grantor/Assignor:** | JPMorgan Chase Bank, N.A. |
| **Grantor/Assignee:** | PNC Bank, National Association |
| **Legal Description:** | Attached hereto as Exhibit A |
| **Reference No. of Assigned Deed of Trust:** | 2014075497 |

THIS ASSIGNMENT OF DEED OF TRUST AND OTHER LOAN DOCUMENTS (the "Assignment"), is made as of October 12, 2017, by JPMORGAN CHASE BANK, N.A., a national banking association ("Assignor"), to PNC BANK, National Association ("Assignee").

For good and valuable consideration, the receipt whereof is hereby acknowledged, Assignor does hereby assign and transfer to Assignee, its successors and assigns, all of Assignor's right, title and interest in, to and under the following:

- Credit Support and Funding Agreement dated May 23, 2014, between 2013 Travis Oak Creek, L.P. and JPMorgan Chase Bank, N.A.
- Advance Promissory Note dated May 23, 2014, between 2013 Travis Oak Creek, L.P. and JPMorgan Chase Bank, N.A. in the original principal amount of $26,000,000.00.
- Construction Deed of Trust, Absolute Assignment of Rents, Security Agreement and Financing Statement dated May 23, 2014, by 2013 Travis Oak Creek, L.P. to Jacqueline P Yardley, of Cook County, Illinois, as Trustee, for the benefit of JPMorgan Chase Bank, N.A., recorded at Recording No. 2014075497 on May 27, 2014, in the Real Property Records of Travis County, Texas.
- Environmental Indemnity Agreement dated May 23, 2014, between 2013 Travis Oak Creek, L.P. and JPMorgan Chase Bank, N.A.
- Guaranty of Payment and Completion dated May 23, 2014, by Rene O. Campos, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd, and Eureka Multifamily Group, LP for the benefit of JPMorgan Chase Bank, N.A.

- <u>Loan Policy of Title Insurance No. CTGS29-82913000800A issued by Chicago Title Insurance Company,</u> dated May 23, 2014
- <u>Payment and Performance Bonds</u> dated May 23, 2014

- <u>Modification Agreement (with Amendment to Credit Support and Funding Agreement)</u> dated April 20, 2016, between 2013 Travis Oak Creek, L.P. and JPMorgan Chase Bank, N.A.

- <u>Modification Agreement (with Amendment to Credit Support and Funding Agreement)</u> dated November 23, 2016, between 2013 Travis Oak Creek, L.P. and JPMorgan Chase Bank, N.A.

- Tri-Party Agreement dated May 23, 2014 among 2013 Travis Oak Creek, L.P., JPMorgan Chase Bank, N.A. and PNC Bank, National Association.

- <u>Liquidity Maintenance Agreement</u>, dated May 23, 2014, by 2013 Travis Oak Creek Developer, Inc., Eureka MultiFamily Group, LP, Chula Investments, Ltd., and Rene O. Campos, and JPMorgan Chase Bank, N.A.

- <u>UCC Financing Statement</u> filed with the Texas Secretary of State on June 1, 2014, as filing no. 14-0017272761

- <u>UCC Financing Statement</u> filed with the Travis County Clerk on May 23, 2014, as filing no. 2014074970
- Subordination Agreement dated May 23, 2014 by and among Austin Housing Finance Corporation, JPMorgan Chase Bank, N.A. and 2013 Travis Oak Creek, LP

- Subordination Agreement dated May 23, 2014 by and among 2013 Travis Oak Creek, LP, JPMorgan Chase Bank, N.A. and 2013 Travis Oak Creek GP, LP

- Intercreditor and Subordination Agreement dated May 23, 2014 by and among JPMorgan Chase Bank, N.A., 2007 Travis Heights, LP and 2013 Travis Oak Creek, LP

- Intercreditor Agreement dated May 23, 2014, by and among PNC Bank, National Association, JPMorgan Chase Bank, N.A. and 2013 Travis Oak Creek, LP

- Developer Fee Subordination Agreement dated May 23, 2014, by and among 2013 Travis Oak Creek, LP, 2013 Travis Oak Creek Developer, Inc. and JPMorgan Chase Bank, N.A.

- Assignment of Management Agreement and Consent and Subordination of Manager dated as of May 23, 2014, by 2013 Travis Oak Creek, LP and Eureka Multi-Family Group, LP for the benefit of JPMorgan Chase Bank, N.A.

- Assignment of Accounts, dated May 23, 2014, by Travis Oak Creek, LP to JPMorgan Chase Bank, N.A.

- Partnership Certificate and Consent of Partners – Eureka Multi-Family Group, LP

- Partnership Certificate and Consent of Partners – Chula Investments, Ltd.

1. all other documents, instruments and agreements evidencing, securing or otherwise governing the terms of the loan provided for in the Loan Agreements and secured by Deed of Trust (including those documents described on Exhibit B to the Sale and Assignment Agreement dated October __3__, 2017, by and between Assignor and PNC Bank, NA (the "Sale Agreement")).

This Assignment is made without recourse and without representation or warranty, express, implied or by operation of law of any kind or nature whatsoever, by Assignor except for those representations and warranties expressly given in the Sale and Assignment Agreement.

*[Remainder of the page intentionally left blank; signatures next]*

DATED the day and year first above written.

JPMORGAN CHASE BANK, N.A., a
national banking association

By: _Dianne M Stark_ (signature)

Name: _Dianne M Stark_

Title: _Authorized Officer_

## ACKNOWLEDGMENT

STATE OF _Illinois_ )
) ss:
COUNTY OF _Cook_ )

I certify that I know or have satisfactory evidence that _Dianne M Stark_ is the person who appeared before me, and said person acknowledged that said person signed this instrument, and stated that said person was authorized to execute the instrument and acknowledged it as the _Authorized Officer_ of JPMORGAN CHASE BANK, N.A., a national banking association, to be the free and voluntary act of such association for the uses and purposes mentioned in the instrument.

Dated this _12_ day of _October_, 2017.

_(signature)_
(Signature of Notary)

_James Smart_
(Legibly Print or Stamp Name of Notary)

JAMES E SMART
Official Seal
Notary Public - State of Illinois
My Commission Expires Jan 5, 2020

Notary public in and for the state of _Illinois_
Residing at _10 S. Dearborn Chicago, IL 60603_

My appointment expires _1/5/2020_

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

_(signature)_

DANA DEBEAUVOIR, COUNTY CLERK
TRAVIS COUNTY, TEXAS
November 13 2017 03:01 PM

FEE: $ 38.00    2017180694