UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP | § § § § | |
| Plaintiffs, | § | Case No. 1:17-cv-584-RP-ML |
| v. | § § § § | consolidated with Case No. 1:17-cv-560-RP |
| 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS | § § § § § § | |
| Defendants. | § | |

**ORDER DENYING DEFENDANTS' MOTION TO CLARIFY
OR MODIFY PRELIMINARY INJUNCTION**

Before the Court is the Motion to Clarify or Modify Preliminary Injunction [ECF Doc. No. 103] (the "**Motion**") of Defendants 2013 Travis Oak Creek GP, LLC, 2013 Travis Oak Creek Developer, Inc., Chula Investments, Ltd., and Rene O. Campos (collectively, "**Defendants**"). Having considered the Motion, the Response of Plaintiffs PNC Bank, N.A., Columbia Housing SLP Corporation, and 2013 Travis Oak Creek LP (collectively, "**Plaintiffs**"), and Defendants' Reply, if any, the Court finds that the Motion is not supported by good cause.

It is therefore **ORDERED** that the Motion is **DENIED**.

SO ORDERED on _____, 20\_\_\_\_.

_____
**UNITED STATES DISTRICT JUDGE**