UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. COLUMBIA HOUSING SLP CORPORATION, and 2013 TRAVIS OAK CREEK, LP | § § § § | |
| Plaintiffs, | § | Case No. 1:17-cv-584-RP-ML |
| v. | § § § § § | consolidated with Case No. 1:17-cv-560-RP |
| 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS | § § § § § § | |
| Defendants. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO APPOINT RECEIVER**

Plaintiffs PNC Bank, N.A. ("**PNC**"), Columbia Housing SLP Corporation ("**Columbia Housing**"), and 2013 Travis Oak Creek, LP (the "**Partnership**") (collectively, "**Plaintiffs**") respectfully move for an extension of time to file a response to the Motion to Appoint Receiver [ECF Doc. No. 120] (the "**Motion**") filed by Defendant 2013 Travis Oak Creek GP, LLC, (the "**First GP**").

## I.   RELIEF REQUESTED

Plaintiffs request that the Court extend the deadline by which they are required to file a response to the Motion through and including January 3, 2018.

Plaintiffs' deadline to file a response to the Motion is currently set for Monday, December 18, 2017. Further, the Christmas and New Year's holidays fall almost immediately thereafter. Given these facts, Plaintiffs seek an extension of time through January 3, 2018, so that they may adequately respond to the Motion, which seeks to appoint a receiver over the

Partnership. Given the extraordinary relief that the First GP requests from the Court, the additional time will allow Plaintiffs to fully brief this issue to the Court. Further, the Motion does not raise any issue that threatens any imminent or immediate harm; indeed, no entity is imminently threatening foreclosure or any other irreparable act at this time.

This motion is not brought for purposes of delay, but rather so that justice may be served. Counsel for Plaintiffs has conferred with Kenneth Chaiken, counsel for the First GP, and he has stated that he is unopposed to the relief requested in this Motion. Thus, Plaintiffs' request will not prejudice the First GP.

## II.   CONCLUSION

For these reasons, Plaintiffs request that the Court extend their deadline to file a response to the Motion through and including January 3, 2018, and grant them such other relief to which they may be justly entitled.

| | |
|---|---|
| Dated: December 14, 2017. | By:  /s/ *Robert M. Hoffman*<br>Robert M. Hoffman<br>Texas Bar No. 09788200<br>robhoffman@andrewskurth.com<br>James C. Bookhout<br>Texas Bar No. 24087187<br>jamesbookhout@andrewskurth.com<br>**ANDREWS KURTH KENYON LLP**<br>1717 Main Street, Suite 3700<br>Dallas, Texas 75201<br>Telephone:   (214) 659-4400<br>Facsimile:    (214) 659-4401<br><br>David P. Whittlesey<br>Texas Bar No. 00791920<br>dwhittlesey@andrewskurth.com<br>**ANDREWS KURTH KENYON LLP**<br>111 Congress Avenue, Suite 1700<br>Austin, Texas 78701<br>Telephone:   (512) 320-9200<br>Facsimile:    (512) 320-9292<br><br>**ATTORNEYS FOR PLAINTIFFS**<br>**PNC BANK, N.A., COLUMBIA HOUSING SLP CORPORATION, AND 2013 TRAVIS OAK CREEK, LP** |

## CERTIFICATE OF CONFERENCE

I certify that on December 13, 2017, I conferred via email with Kenneth Chaiken, counsel for the First GP, and he indicated that he is not opposed to the relief requested in this Motion.

                                      */s/ Robert M. Hoffman*
                                      Robert M. Hoffman

## CERTIFICATE OF SERVICE

I certify that on December 14, 2017, a copy of the foregoing document was served on all counsel of record in this case through the Court's CM/ECF facilities.

                                      */s/ Robert M. Hoffman*
                                      Robert M. Hoffman