UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. and | § | |
| COLUMBIA HOUSING SLP | § | |
| CORPORATION, as partners in | § | |
| 2013 Travis Oak Creek, LP, and | § | |
| 2013 TRAVIS OAK CREEK, LP | § | |
| | § | |
| **Plaintiffs,** | § | Action No. 1:17-CV-584-RP-ML |
| | § | |
| v. | § | |
| | § | |
| 2013 TRAVIS OAK CREEK GP, LLC, | § | |
| 2013 TRAVIS OAK CREEK | § | |
| DEVELOPER, INC., | § | |
| CHULA INVESTMENTS, LTD., | § | |
| and RENE O. CAMPOS | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Robert M. Hoffman and James C. Bookhout, counsel for Plaintiffs PNC Bank, N.A.,

Columbia Housing SLP Corporation, and 2013 Travis Oak Creek, LP (collectively, "**Plaintiffs**"),

are no longer associated with Andrews Kurth Kenyon LLP and are now with the law firm of

DLA Piper LLP (US). All future correspondence and pleadings should be directed to Messrs.

Hoffman and Bookhout at the following address:

> Robert M. Hoffman
> James C. Bookhout
> **DLA PIPER LLP (US)**
> 1717 Main Street, Suite 4600
> Dallas, Texas  75201-4629
> 214.743.4500 (telephone)
> 214.743.4545 (fax)

Plaintiffs respectfully request that you update your records accordingly.

Dated: February 15, 2018.

By: /s/ *Robert M. Hoffman*

Robert M. Hoffman
Texas Bar No. 09788200
Rob.hoffman@dlapiper.com
James C. Bookhout
Texas Bar No. 24087187
James.bookhout@dlapiper.com
**DLA PIPER LLP (US)**
1717 Main Street, Suite 4600
Dallas, Texas 75201
Telephone:   (214) 743-4500
Facsimile:    (214) 743-4545

Amy Rudd
Texas Bar No. 24043561
**DLA PIPER LLP (US)**
401 Congress Avenue, Suite 2500
Austin, Texas 78701
Telephone:   (512) 457-7000
Facsimile:    (512) 457-7001

**ATTORNEYS FOR PLAINTIFFS
PNC BANK, N.A., COLUMBIA HOUSING SLP
CORPORATION, AND 2013 TRAVIS OAK
CREEK, LP**

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF facilities.

/s/ *Robert M. Hoffman*
Robert M. Hoffman