IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PNC BANK, N.A. and COLUMBIA HOUSING SLP CORPORATION, *as partners in* 2013 TRAVIS OAK CREEK, LP, and 2013 TRAVIS OAK CREEK, LP, <br><br> Plaintiffs, <br><br> v. <br><br> 2013 TRAVIS OAK CREEK GP, LLC, 2013 TRAVIS OAK CREEK DEVELOPER, INC., CHULA INVESTMENTS, LTD., and RENE O. CAMPOS, <br><br> Defendants. | § § § § § § § § § § § § § § § § § | 1:17-CV-584-RP |

**ORDER**

On January 5, 2024, the Court issued an order adopting the report and recommendation of United States Magistrate Judge Mark Lane, (R. & R., Dkt. 251), concerning (1) Defendants 2013 Travis Oak Creek, LP (the "Partnership"), 2013 Travis Oak Creek, GP ("General Partner"), and Rene Campos's ("Campos") Motion to Enforce Settlement Agreement against the PNC Parties, (Dkt. 209), and (2) Plaintiffs PNC Bank, N.A. ("PNC Bank") and Columbia Housing SLP Corporation's ("Columbia") (collectively, the "PNC Parties") Motion to Enforce Settlement Agreement against the Partnership, General Partner, Campos, 2013 Travis Oak Creek Developer, Inc. ("Developer"), and Chula Investments, Ltd. ("Chula") (collectively, the "Eureka Parties"), (Dkt. 212). (Dkt. 258). The Court ordered that the motions to enforce the settlement agreement, (Dkts. 209, 212), and all related briefing and docket entries would be severed into a new case number. (*Id.*).

Accordingly, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on January 8, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE